IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Soverain Software, LLC | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 6-04CV-14 |
| The Gap, Inc., | § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Defendant, The Gap, Inc., here notifies the Court that Eric Findlay of the firm RAMEY & FLOCK, P.C., 100 E. Ferguson, Suite 500, P.O. Box 629, Tyler, Texas, 75710, Phone (903) 597-3301, Fax (903) 597-2413, E-mail: efindlay@rameyflock.com has entered this action as local co-counsel on its behalf. This entry of appearance is not in derogation of, but in addition to, the appearance of David A. Nelson of the law firm Latham & Watkins, LLP, who remain as Gap's lead counsel. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

TRACY CRAWFORD
State Bar No. 05024000
ERIC FINDLAY
State Bar No. 00789886
RAMEY & FLOCK, PC
100 E. Ferguson, Suite 500
P.O. Box 62902
(903) 597-3301
Fax: (903) 597-2413

1

# Certificate of Service

This is to certify that a true copy of this document has been forwarded, via the indicated method, to the following on this 4th day of March, 2004:

**SOVERAIN SOFTWARE, LLC**

| | |
|---|---|
| Carl R. Roth<br>Law Offices of Carl R. Roth<br>115 N. Wellington Suite 200<br>P.O. Box 876<br>Marshall, TX 75670 | *CMRRR: 7002 0860 0004 5565 0813* |
| Kenneth Robert Adamo<br>Jones Day<br>2727 N. Harwood St.<br>Dallas, TX 75201-1515 | *CMRRR: 7002 0860 0004 5565 0820* |

**AMAZON.COM**

| | |
|---|---|
| Brooke A. M. Taylor<br>Susman Godfrey, LLP<br>1201 Third Avenue<br>Suite 3100<br>Seattle, WA 98101 | *CMRRR: 7002 0860 0004 5565 0837* |
| Max Lalon Tribble, Jr.<br>Susman Godfrey, LLP<br>1000 Louisiana St.<br>Ste 5100<br>Houston, TX 77002-5096 | *CMRRR: 7002 0860 0004 5565 0837* |
| Richard David McLeod<br>Klarquist Sparkman<br>121 SW Salmon St.<br>Suite 1600 One World Trade Center<br>Portland, OR 97204 | *CMRRR: 7002 0860 0004 5565 0844* |

_____
Eric H. Findlay