RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 1 2 2004

DAVID J. MALAND, CLERK

**Appendix K**

Revised: 12/3/03
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
Tyler _____ DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 6:04 CV 14

Style: Soverain Software LLC v. (1) Amazon.com, Inc. (2) The Gap, Inc.

2. Applicant is representing the following party/ies:

The Gap, Inc.

3. Applicant was admitted to practice in ___IL___ (state) on ___11/6/03___ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

Illinois Supreme Court; United States District Court for the Northern District of IL.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, ___Amanda Smith___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 4/8/04

Signature _Amanda Smith_

Name (please print) _Amanda J. Smith_____

State Bar Number _6279821, Illinois_____

Firm Name: _Latham & Watkins LLP_

Address/P.O. Box: _233 South Wacker Drive, Suite 5800_

City/State/Zip: _Chicago, IL 60606-6401_____

Telephone #: _(312) 876-6569_____

Fax #: _____(312) 993-9767_____

E-mail Address: _amanda.smith@lw.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ____ day of _____, 20___.

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk