EXHIBIT K

Microsoft Press Computer Dictionary (3rd ed. 1997)

to

SOVERAIN'S CLAIM CONSTRUCTION BRIEF
PURSUANT TO PATENT RULE 4-5(a)

Microsoft Press

# Computer Dictionary

## Third Edition

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1  2  3  4  5  6  7  8  9    QMQM    2  1  0  9  8  7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

# Contents

Introduction

v

# Dictionary
## of Computer Terms

1

### Appendix A

ASCII Character Set

520

### Appendix B

IBM Extended Character Set

522

### Appendix C

Apple Macintosh Extended Character Set

524

### Appendix D

EBCDIC Character Set

528

### Appendix E

Numeric Equivalents

534

**H-sync** \H´sēnk\ *n. See* horizontal synchronization.

**.ht** \dot`H-T´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Haiti.

**.htm** \dot`H-T-M´\ *n.* The MS-DOS/Windows 3.*x* file extension that identifies Hypertext Markup Language (HTML) files, most commonly used as Web pages. Because MS-DOS and Windows 3.*x* cannot recognize file extensions longer than three letters, the .html extension is truncated to three letters in those environments. *See also* HTML.

**.html** \dot`H-T-M-L´\ *n.* The file extension that identifies Hypertext Markup Language (HTML) files, most commonly used as Web pages. *See also* HTML.

**HTML** \H`T-M-L´\ *n.* Acronym for **H**yper**t**ext **M**arkup **L**anguage. The markup language used for documents on the World Wide Web. HTML is an application of SGML that uses tags to mark elements, such as text and graphics, in a document to indicate how Web browsers should display these elements to the user and should respond to user actions such as activation of a link by means of a key press or mouse click. HTML 2.0, defined by the Internet Engineering Task Force (IETF), includes features of HTML common to all Web browsers as of 1995 and was the first version of HTML widely used on the World Wide Web. Future HTML development will be carried out by the World Wide Web Consortium (W3C). HTML 3.2, the latest proposed standard, incorporates features widely implemented as of early 1996. Most Web browsers, notably Netscape Navigator and Internet Explorer, recognize HTML tags beyond those included in the present standard. *See also* .htm, .html, SGML, tag (definition 3), Web browser.

**HTML+** \H`T-M-L-plus´\ *n.* An unofficial specification for enhancements to the original HTML, such as forms and tables. HTML+ was not adopted as a standard but influenced the HTML 2.0 and HTML 3.2 standards. *See also* HTML.

**HTML 2.0** \H`T-M-L` tōō´point-O´\ *n.* A revised version of the HTML specification that added the capability for forms and eliminated certain little-used tags. Produced as an Internet Draft in mid-1994, HTML 2.0 represented common practice among browser developers at the time. It was standardized as an RFC in November 1995. *See also* HTML, HTML 3.0, HTML 3.2, HTML+, RFC.

**HTML 3.0** \H`T-M-L` thrē´point-O´\ *n.* A revised version of the HTML specification. Its primary enhancement to HTML 2.0 is the support of tables. HTML 3.0 was never standardized or fully implemented by a major browser developer. *See also* HTML, HTML 2.0, HTML 3.2, HTML+.

**HTML 3.2** \H`T-M-L` thrē´point-tōō´\ *n.* A World Wide Web Consortium (W3C) recommendation for an HTML standard that supersedes the proposed HTML 3.0 standard and adds features to HTML 2.0 such as applets, sub- and superscripts, tables, and text flow around images. *See also* HTML, HTML 2.0, HTML 3.0.

**HTML document** \H`T-M-L` dok´yə-mənt\ *n.* **1.** A hypertext document that has been coded with HTML. **2.** *See* Web page.

**HTML editor** \H`T-M-L` ed´ə-tər\ *n.* A software program used to create and modify HTML documents (Web pages). Most HTML editors include a method for inserting HTML tags without actually having to type out each tag. A number of HTML editors will also automatically reformat a document with HTML tags, based on formatting codes used by the word processing program in which the document was created. *See also* tag (definition 3), Web page.

**HTML page** \H`T-M-L´ pāj\ *n. See* Web page.

**HTML tag** \H`T-M-L´ tag`\ *n. See* tag (definition 3).

**HTML validation service** \H`T-M-L` val-ə-dā´shən sər`vis\ *n.* A service used to confirm that a Web page uses valid HTML according to the latest standard and/or that its hyperlinks are valid. An HTML validation service can catch small syntactical errors in HTML coding as well as deviations from the HTML standards. *See also* HTML.

**HTTP** \H`T-T-P´\ *n.* Acronym for **H**yper**t**ext **T**ransfer **P**rotocol. The client/server protocol used to access information on the World Wide Web. *See also* URL.

**HTTPd** \H`T-T-P-D´\ *n.* Short for **H**yper**t**ext **T**ransfer **P**rotocol **D**aemon. A small, fast HTTP server available free from NCSA. *See also* HTTP server, NCSA (definition 1).

**HTTP Next Generation** \H`T-T-P` nekst` jen`ər-ā´shən\ *n. See* HTTP-NG.



**hyperlink** \hī´pər-lĕnk`\ *n.* A connection between an element in a hypertext document, such as a word, phrase, symbol, or image, and a different element in the document, another hypertext document, a file, or a script. The user activates the link by clicking on the linked element, which is usually underlined or in a color different from the rest of the document to indicate that the element is linked. Hyperlinks are indicated in a hypertext document through tags in markup languages such as SGML and HTML. These tags are generally not visible to the user. *Also called* hot link, hypertext link. *See also* anchor (definition 2), HTML, hypermedia, hypertext, URL.

**hypermedia** \hī´pər-mē`dē-ə\ *n.* The integration of any combination of text, graphics, sound, and video into a primarily associative system of information storage and retrieval in which users jump from subject to related subject in searching for information. Hypermedia attempts to offer a working and learning environment that parallels human thinking—that is, one in which the user can make associations between topics, rather than move sequentially from one to the next, as in an alphabetic list. For example, a hypermedia presentation on navigation might include links to astronomy, bird migration, geography, satellites, and radar. If the information is primarily in text form, it is regarded as hypertext; if video, music, animation, or other elements are included, the information is regarded as hypermedia. *See also* hypertext.

**hyperspace** \hī´pər-spās`\ *n.* The set of all documents that can be accessed by following hyperlinks in the World Wide Web. *Compare* cyber-space (definition 2), Gopherspace.

**HyperTalk** \hī´pər-tăk\ *n.* The programming language used to manipulate HyperCard stacks. *See also* HyperCard.

**hypertext** \hī´pər-tekst\ *n.* Text linked together in a complex, nonsequential web of associations in which the user can browse through related topics. For example, in an article with the word *iron,* traveling among the links to *iron* might lead the user to the periodic table of the elements or a map of the migration of metallurgy in Iron Age Europe. The term *hypertext* was coined in 1965 to describe documents presented by a computer that express the nonlinear structure of ideas as opposed to the linear format of books, film, and speech. The term *hypermedia,* more recently introduced, is nearly synonymous but emphasizes the nontextual element, such as animation, recorded sound, and video. *See also* HyperCard, hypermedia.

**hypertext link** \hī´pər-tekst lĕnk`\ *n. See* hyperlink.

**Hypertext Markup Language** \hī´pər-tekst märk´up lang`wəj\ *n. See* HTML.

**Hypertext Transfer Protocol** \hī´pər-tekst trans`fər prō`tə-kol\ *n. See* HTTP.

**Hypertext Transfer Protocol Daemon** \hī´pər-tekst trans`fər prō`tə-kol dē`mən\ *n. See* HTTPd.

**Hypertext Transfer Protocol Next Generation** \hī´pər-tekst trans`fər prō`tə-kol nekst` jen-ər-ā´shən\ *n. See* HTTP-NG.

**HyperWave** \hī´pər-wāv`\ *n.* A World Wide Web server that specializes in database manipulation and multimedia.

**hyphen** \hī´fən\ *n.* A punctuation mark (-) used to break a word between syllables at the end of a line or to separate the parts of a compound word. Word processing programs with sophisticated hyphenation capabilities recognize three types of hyphens: normal, optional, and nonbreaking. Normal hyphens, also called *required* or *hard hyphens,* are part of a word's spelling and are always visible, as in *long-term.* Optional hyphens, also called *discretionary* or *soft hyphens,* appear only when a word is broken between syllables at the end of a line; they are usually supplied by the word processing program itself. Nonbreaking hyphens are always visible, like normal hyphens, but they do not allow a line break. *See also* hyphenation program.

**hyphenation program** \hī-fə-nā´shən prō`gram\ *n.* A program (often included as part of a word processing application) that introduces optional hyphens at line breaks. A good hyphenation program will avoid ending more than three lines in a row with hyphens and will prompt the user for confirmation or tag ambiguous breaks, as in the word *desert* (did the army de-sert in the des-ert?). *See also* hyphen.

**hysteresis** \hī´stər-ē´sis\ *n.* The tendency of a system, a device, or a circuit to behave differently



***IBM PC.***

**I-CASE** \ī´kās, ī´C-A-S-E´\ *n.* Acronym for Integrated Computer-Aided Software Engineering. Software that performs a wide variety of software engineering functions, such as program design, coding, and testing parts or all of the completed program.

**ICM** \ī´C-M´\ *n. See* image color matching.

**ICMP** \ī´C-M-P´\ *n.* Acronym for Internet Control Message Protocol. A network-layer (ISO/OSI level 3) Internet protocol that provides error correction and other information relevant to IP packet processing. For example, it can let the IP software on one machine inform another machine about an unreachable destination. *See also* communications protocol, IP, ISO/OSI model, packet (definition 1).

**icon** \ī´kon\ *n.* A small image displayed on the screen to represent an object that can be manipulated by the user. By serving as visual mnemonics and allowing the user to control certain computer actions without having to remember commands or type them at the keyboard, icons are a significant factor in the user-friendliness of graphical user interfaces. See the illustration. *See also* graphical user interface.



Recycle Bin

***Icon.***

**iconic interface** \ī-kon´ik in´tər-fās\ *n.* A user interface that is based on icons rather than on typed commands. *See also* graphical user interface, icon.

**icon parade** \ī´kon pər-ād´\ *n.* The sequence of icons that appears during the boot-up of a Macintosh computer.

**.id** \dot´I-D´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Indonesia.

**IDE** \ī´D-E´\ *n.* **1.** Acronym for Integrated Device Electronics. A type of disk-drive interface in which the controller electronics reside on the drive itself, eliminating the need for a separate adapter card. The IDE interface is compatible with the controller used by IBM in the PC/AT computer but offers advantages such as look-ahead caching. **2.** *See* integrated development environment.

**identifier** \ī-den´tə-fī ər, ə-den´tə-fī´ər\ *n.* Any text string used as a label, such as the name of a procedure or a variable in a program or the name attached to a hard disk or floppy disk. *Compare* descriptor.

**idle** \ī´dl\ *adj.* **1.** Operational but not in use. **2.** Waiting for a command.

**idle character** \ī´dl kăr´ək-tər\ *n.* In communications, a control character transmitted when no other information is available or ready to be sent. *See also* SYN.

**idle interrupt** \ī´dl in´tər-upt\ *n.* An interrupt that occurs when a device or process becomes idle.

**idle state** \ī´dl stāt´\ *n.* The condition in which a device is operating but is not being used.

**IDSL** \ī´D-S-L´\ *n.* Acronym for Internet digital subscriber line. A high-speed digital communications service that provides Internet access as fast as 1.1 Mbps (megabits per second) over standard telephone lines. IDSL uses a hybrid of ISDN and digital subscriber line technology. *See also* digital subscriber line, ISDN.

**.ie** \dot´I-E´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Ireland.

**IE** \I-E´\ *n.* **1.** Acronym for information engineering. A methodology for developing and maintaining information-processing systems, including computer systems and networks, within an organization. **2.** *See* Internet Explorer.

**IEEE** \ī´E-E-E´, ī´trip-l-E´\ *n.* Acronym for Institute of Electrical and Electronics Engineers. An organization of engineering and electronics professionals

window, often at the top, from which menus can be selected by the user. Names of available menus are displayed in the menu bar; choosing one with the keyboard or with a mouse causes the list of options in that menu to be displayed. See the illustration.

Menu bar



*Menu bar.*

**menu-driven** \men´yōō-driv`ən\ *adj.* Using menus to present choices of commands and available options. Menu-driven programs are usually considered friendlier and easier to learn than programs with a command-line interface. *Compare* command-line interface.

**menu item** \men´yōō ī`təm\ *n.* A choice on a menu, selectable by either the keyboard or a mouse. In some instances, a menu item that is not available (that is, not appropriate) for a given situation is "grayed" (dimmed in comparison to the valid menu choices). See the illustration.

**merge** \mərj\ *vb.* To combine two or more items, such as lists, in an ordered way and without changing the basic structure of either. *Compare* concatenate.

**merged transistor logic** \mərjd` tran-zi´stər loj`ik\ *n. See* integrated injection logic.

**merge sort** \mərj´ sôrt\ *n.* A sorting technique that combines several sorted (input) lists into a single sorted (output) list. *See also* bubble sort, insertion sort, quicksort, sort algorithm.

**mesa** \mā´sə\ *n.* An area of a germanium or silicon wafer that was protected during the etching process and is therefore higher than the surrounding etched areas. *See also* photolithography.

**mesh network** \mesh´ net`wərk\ *n.* A communications network having two or more paths to any node.

**message** \mes´əj\ *n.* **1.** In communications, a unit of information transmitted electronically from one device to another. A message can contain one or more blocks of text as well as beginning and ending characters, control characters, a software-generated header (destination address, type of message, and other such information), and error-checking or synchronizing information. A message can be routed directly from sender to receiver through a physical link, or it can be passed, either whole or in parts, through a switching system that routes it from one intermediate station to another. *See also* asynchronous transmission, block (definition 4), control character (definition 1), frame (definition 1), frame (definition 2), header (definition 2), message switching, network, packet (definition 1), packet switching, synchronous transmission. **2.** In software, a piece of information passed from the application or operating system to the user to suggest an action, indicate a condition, or inform that an event has occurred. **3.** In message-based operating environ-

Menu item



*Menu item.*





**P** \pet´ə\ *prefix See* peta-.

**P5** \P-fīv´\ *n.* Intel Corporation's internal working name for the Pentium microprocessor. Although it was not intended to be used publicly, the name P5 leaked out to the computer-industry trade press and was commonly used to reference the microprocessor before it was released. *See also* 586, Pentium.

**.pa** \dot`P-A´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Panama.

**pack** \pak\ *vb.* To store information in a more compact form. Packing eliminates unnecessary spaces and other such characters and may use other special methods of compressing data as well. It is used by some programs to minimize storage requirements.

**package** \pak´əj\ *n.* **1.** A computer application consisting of one or more programs created to perform a particular type of work—for example, an accounting package or a spreadsheet package. **2.** In electronics, the housing in which an electronic component is packaged. *See also* DIP.

**packaged software** \pak`əjd soft´wâr\ *n.* A software program sold through a retail distributor, as opposed to custom software. *Compare* canned software.

**packed decimal** \pakd` des´ə-məl\ *adj.* A method of encoding decimal numbers in binary form that maximizes storage space by using each byte to represent two decimal digits. When signed decimal numbers are stored in packed decimal format, the sign appears in the rightmost four bits of the rightmost (least significant) byte.

**packet** \pak´ət\ *n.* **1.** A unit of information transmitted as a whole from one device to another on a network. **2.** In packet-switching networks, a transmission unit of fixed maximum size that consists of binary digits representing both data and a header containing an identification number, source and destination addresses, and sometimes error-control data. *See also* packet switching.

**packet assembler/disassembler** \pak´ət ə-sem´-blər-dis´ə-sem-blər\ *n.* An interface between non-packet-switching equipment and a packet-switching network. *Acronym:* PAD (P`A-D´).

**packet filtering** \pak´ət fil`tər-ēng\ *n.* The process of controlling network access based on IP addresses. Firewalls will often incorporate filters that allow or deny users the ability to enter or leave a local area network. Packet filtering is also used to accept or reject packets such as e-mail, based on the origin of the packet to ensure security on a private network. *See also* firewall, IP address, packet (definition 1).

**Packet Internet Groper** \pak´ət in´tər-net grō´-pər\ *n. See* ping[1] (definition 1).

**packet switching** \pak´ət swich`ēng\ *n.* A message-delivery technique in which small units of information (packets) are relayed through stations in a computer network along the best route available between the source and the destination. A packet-switching network handles information in small units, breaking long messages into multiple packets before routing. Although each packet may travel along a different path, and the packets composing a message may arrive at different times or out of sequence, the receiving computer reassembles the original message correctly. Packet-switching networks are considered to be fast and efficient. To manage the tasks of routing traffic and assembling/disassembling packets, such a network requires some "intelligence" from the computers and software that control delivery. The Internet is an example of a packet-switching network. Standards for packet switching on networks are documented in the CCITT recommendation X.25.

**packing density** \pak´ēng den`sə-tē\ *n.* The number of storage units per length or area of a

authorized users access to a computer system or its files.

**paste** \pāst\ *vb.* To insert text or a graphic that has been cut or copied from one document into a different location in the same or a different document. *See also* cut, cut and paste.

**patch**[1] \pach\ *n.* A piece of object code that is inserted in an executable program as a temporary fix of a bug.

**patch**[2] \pach\ *vb.* In programming, to repair a deficiency in the functionality of an existing routine or program, generally in response to an unforeseen need or set of operating circumstances. Patching is a common means of adding a feature or a function to a program until the next version of the software is released. *Compare* hack (definition 2), kludge (definition 2).

**path** \path\ *n.* **1.** In communications, a link between two nodes in a network. **2.** A route through a structured collection of information, as in a database, a program, or files stored on disk.

**3.** In programming, the sequence of instructions a computer carries out in executing a routine. **4.** In information processing, such as the theory underlying expert (deductive) systems, a logical course through the branches of a tree of inferences leading to a conclusion. **5.** In file storage, the route followed by the operating system through the directories in finding, sorting, and retrieving files on a disk. **6.** In graphics, an accumulation of line segments or curves to be filled or drawn. See the illustration.

**path menu** \path´ men`yōō\ *n.* In windows environments, the menu or drop box used to enter the universal naming convention path to a shared network resource.

**pathname** \path´nām\ *n.* In a hierarchical filing system, a listing of the directories or folders that lead from the current directory to a file. *Also called* directory path.

**pattern recognition** \pat´ərn rek-əg-nish`ən\ *n.* **1.** A broad technology describing the ability of a



Passive-matrix display.

ITO electrodes in columns on opposite side of the LCD panel

LCD panel matrix

Indium Tin Oxide (ITO) electrodes in rows on one side of the LCD panel

Pixel element



computer to a remote computer by means of a modem or network. **2.** The copy of the file that is being or has been transferred.

**upload**[2] \up´lōd\ *vb.* To transfer a copy of a file from a local computer to a remote computer. *Compare* download.

**uppercase** \up´ər-kās´\ *adj.* Of, pertaining to, or characterized by capital letters. *Compare* lowercase.

**upper memory area** \up´ər mem´ər-ē âr´ē-ə\ *n.* *See* UMA.

**upper memory block** \up´ər mem´ər-ē blok´\ *n.* *See* UMB.

**UPS** \U´P-S´\ *n.* Acronym for **u**ninterruptible **p**ower **s**upply. A device, connected between a computer (or other electronic equipment) and a power source (usually an outlet receptacle), that ensures that electrical flow to the computer is not interrupted because of a blackout and, in most cases, protects the computer against potentially damaging events, such as power surges and brownouts. All UPS units are equipped with a battery and a loss-of-power sensor; if the sensor detects a loss of power, it switches over to the battery so that the user has time to save his or her work and shut off the computer. *See also* blackout, brownout.

**uptime** \up´tīm\ *n.* The amount or percentage of time a computer system or associated hardware is functioning and available for use. *Compare* downtime.

**upward-compatible** \up´wərd-kəm-pat´ə-bl\ *adj.* Of, pertaining to, or characteristic of a computer product, especially software, designed to perform adequately with other products that are expected to become widely used in the foreseeable future. The use of standards and conventions makes upward compatibility easier to achieve.

**urban legend** \ur´bən lej´ənd\ *n.* A widely distributed story that remains in circulation in spite of the fact that it is not true. Many urban legends have been floating around the Internet and other online services for years, including the request for cards for the sick boy in England (he's long since recovered and grown up), the cookie or cake recipe that cost $250 (it's a myth), and the Good Times or Penpal Greetings virus, which will infect your computer when you read an e-mail message (it does not exist). *See also* Good Times virus.

**URC** \U´R-C´\ *n.* *See* Uniform Resource Citation.

**URI** \U´R-I´\ *n.* *See* Uniform Resource Identifier.

**URL** \U´R-L´, ərl\ *n.* Acronym for **U**niform **Re**source **L**ocator. An address for a resource on the Internet. URLs are used by Web browsers to locate Internet resources. A URL specifies the protocol to be used in accessing the resource (such as http: for a World Wide Web page or ftp: for an FTP site), the name of the server on which the resource resides (such as //www.whitehouse.gov), and, optionally, the path to a resource (such as an HTML document or a file on that server). *See also* FTP[1] (definition 1), HTML, HTTP, path (definition 1), server (definition 2), virtual path (definition 1), Web browser.

**URN** \U´R-N´\ *n.* *See* Uniform Resource Name.

**.us** \dot´U-S´\ *n.* On the Internet, the major geographic domain specifying that an address is located in the United States. Because the United States was the only possible location in the older ARPANET naming system, the United States can be regarded as a default location for domain name addresses ending in .com, .gov, .edu, .org, .mil, and .net. *See also* ARPANET, .com, domain name, .edu, .gov, .mil, .net, .org.

**usable** \yōō´zə-bl´\ *adj.* Of, pertaining to, or characteristic of the ease and adaptability with which a product can be applied to the performance of the work for which it is designed. A high degree of usability implies ease of learning, flexibility, freedom from bugs, and good design that does not involve unnecessarily complicated procedures.

**USB** \U´S-B´\ *n.* Acronym for **u**niversal **s**erial **b**us. A serial bus with a bandwidth of 1.5 megabits per second (Mbps) for connecting peripherals to a microcomputer. USB can connect up to 127 peripherals, such as external CD-ROM drives, printers, modems, mice, and keyboards, to the system through a single, general-purpose port. This is accomplished by daisy chaining peripherals together. USB supports hot plugging and multiple data streams. Developed by Intel, USB competes with DEC's ACCESS.bus for lower-speed applications. *See also* bus, daisy chain, hot plugging, input/output port, peripheral. *Compare* ACCESS.bus.

**U.S. Department of Defense** \U´S də-pärt´mənt əv də-fens´\ *n.* The military branch of the United

**virtual name space** \vər`chŏŏ-əl nām´ spās\ *n.* The set of all hierarchical sequences of names that can be used by an application to locate objects. One such sequence of names defines a path through the virtual name space, regardless of whether the hierarchy of names reflects the actual arrangement of objects around the system. For example, the virtual name space of a Web server consists of all possible URLs on the network on which it runs. *See also* URL.

**virtual network** \vər`chŏŏ-əl net´wərk\ *n.* A part of a network that appears to a user to be a network of its own. For example, an Internet service provider can set up multiple domains on a single HTTP server so that each one can be addressed with its company's registered domain name. *See also* domain name, HTTP server (definition 1), ISP.

**virtual path** \vər`chŏŏ-əl path´\ *n.* **1.** A sequence of names that is used to locate a file and that has the same form as a pathname in the file system but is not necessarily the actual sequence of directory names under which the file is located. The part of a URL that follows the server name is a virtual path. For example, if the directory *c:\bar\sinister\forces\distance* on the server *miles* is shared on the local area network at *foo.com* under the name *\\miles\baz* and contains the file *elena.html*, that file might be returned by a Web request for *http://miles.foo.com/baz/elena.html*. **2.** In Asynchronous Transfer Mode (ATM), a set of virtual channels that are switched together as a unit through the network. *See also* ATM (definition 1), virtual channel.

**virtual peripheral** \vər`chŏŏ-əl pər-if´ər-əl\ *n.* A peripheral that can be referenced but does not physically exist. For example, an application might treat a serial port through which data is being transmitted as a printer, but the device receiving the data might be another computer instead.

**virtual printer** \vər`chŏŏ-əl prin´tər\ *n.* A feature in many operating systems that allows printer output to be saved to a file until a printer becomes available.

**virtual printer device driver** \vər`chŏŏ-əl prin´tər de-vīs´ drī´vər\ *n. See* virtual device driver.

**virtual private network** \vər`chŏŏ-əl prī´vat net´wərk\ *n.* **1.** A set of nodes on a public network such as the Internet that communicate among themselves using encryption technology so that their messages are as safe from being intercepted and understood by unauthorized users as if the nodes were connected by private lines. **2.** A wide area network formed of permanent virtual circuits (PVCs) on another network, especially a network using technologies such as ATM or frame relay. *Acronym:* VPN (V¨P-N´). *See also* ATM (definition 1), frame relay, PVC.

**virtual reality** \vər`chŏŏ-əl rē-al´ə-tē\ *n.* A simulated 3-D environment that a user can experience and manipulate as if it were physical. The user sees the environment on display screens, possibly mounted in a special pair of goggles. Special input devices, such as gloves or suits fitted with motion sensors, detect the user's actions. *Acronym:* VR (V¨-R´).

**Virtual Reality Modeling Language** \vər`chŏŏ-əl rē-al`ə-tē mod´ə-lēng lang´wəj\ *n. See* VRML.

**virtual real mode** \vər`chŏŏ-əl rēl´ mōd´\ *n.* A feature of the Intel 80386 (SX and DX) and higher microprocessors that allows them to emulate several 8086 (real-mode) environments at the same time. The microprocessor provides a set of virtual registers and virtual memory space to each virtual 8086 environment. A program running in a virtual 8086 environment is completely protected from other virtual 8086 environments in the system and behaves as if it had control of the entire system. *Also called* V86 mode, virtual 8086 mode, virtual 86 mode. *See also* real mode.

**virtual root** \vər`chŏŏ-əl rŏŏt´, rŏŏt´\ *n.* The root directory that a user follows when connected to an Internet server, such as an HTTP or FTP server. The virtual root is actually a pointer to the physical root directory, which may be in a different location, such as another server. The advantages of using a virtual root include being able to create a simple URL for the Internet site and to move the root directory without affecting the URL. *Also called* v-root. *See also* pointer (definition 1), root directory, server (definition 2), URL.

**virtual route** \vər`chŏŏ-əl rŏŏt´, rout´\ *n. See* virtual circuit.

**virtual screen** \vər`chŏŏ-əl skrēn´\ *n.* An image area that extends beyond the dimensions of the physical screen on the monitor, allowing manipulation of large documents or of multiple documents