# EXHIBIT L

Webster's New World Dictionary of Computer Terms
(5th ed. 1994)

to

SOVERAIN'S CLAIM CONSTRUCTION BRIEF
PURSUANT TO PATENT RULE 4-5(a)

# Webster's

# NEW WORLD DICTIONARY® OF COMPUTER TERMS

**FIFTH EDITION**

*Compiled by*
**Donald Spencer**

**MACMILLAN • USA**

Macmillan General Reference
A Prentice Hall Macmillan Company
15 Columbus Circle
New York, NY 10023

Copyright © 1994 by Simon & Schuster, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a registered trademark
of Simon & Schuster, Inc.

Prentice Hall is a registered trademark of Prentice-Hall, Inc.

Dictionary Editorial Offices:
New World Dictionaries
850 Euclid Avenue
Cleveland, Ohio 44114

Library of Congress Cataloging-in-Publication Data

Spencer, Donald.

ISBN: 0-671-89993-7

Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

Fifth Edition

# Introduction

It is unlikely that any field has contributed more new terms (or new meanings of old ones) to the language in the last few years than has computer technology. This is largely because computer technology is itself a new and changing field. As it evolves, fresh terminology must be developed to communicate, describe, and define the heretofore unknown concepts, components, and techniques. This book provides a glossary of over 7,000 words, phrases, acronyms, and abbreviations used in connection with computers.

When a business installs its first computer, not only are the owners and managers apprehensive; the majority of the office and administrative personnel are also involved in the change that has taken place. Managers must know something about the current computer jargon in order to assist the staff with knowledgeable explanations of what is happening. Filling the need for this information is the purpose of this book.

This new edition offers up-to-date coverage of terms used in reference to hardware, software, programming, logic, and computer graphics, as well as those used in ancillary fields such as data communications and artificial intelligence. Areas of frequent application are also covered, particularly mathematics and business administration.

The terms in this book have been selected as those most likely to confront the beginning computer-user, and they are defined in a way that any lay person can understand. Wherever possible, technical terms have been avoided so that the definitions might be easily read and understood. Where

**absolute addressing**  A method of machine addressing in which the address part of an instruction contains an absolute address.

**absolute coding**  Coding that uses machine instructions and absolute addresses. It can be directly executed by a computer without prior translation to a different form. Contrast with SYMBOLIC CODING.

**absolute coordinates**  A location relative to a coordinate system's origin. In Cartesian coordinates, a two-dimensional point is identified by its distance from the origin along the X- and Y-axes; a three-dimensional point is identified by its distance from the origin along the X-, Y-, and Z-axes.

**absolute error**  The magnitude of an error without regard for its algebraic sign.

**absolute instruction**  An instruction in its final, executable form.

**absolute value**  The magnitude of a number, regardless of its algebraic sign, equal to the positive value of the number. The absolute value of −82, for example, is 82.

**absolute vector**  In computer graphics, a vector with end points designated in ABSOLUTE COORDINATES.

**abstract art**  Art not primarily concerned with the representation of nature. The artist or computer graphicist selects and exaggerates certain aspects of reality in order to provide a visual experience by means of line, color, and form.

**abstract class**  In OBJECT-ORIENTED PROGRAMMING, a class that has no instances.

**abstraction**  In OBJECT-ORIENTED PROGRAMMING, the process of creating a superclass by extracting common qualities or general characteristics from more specific classes or objects.

**AC**  Abbreviation for ALTERNATING CURRENT.

**ACC**  Abbreviation for ACCUMULATOR.

**accelerator**  A device to speed up either the computer or monitor. Typically a circuit card with an extra processing chip and/or additional RAM.

**acceptance test**  A test used to demonstrate the capabilities and workability of a new computer system. Usually conducted by the manufacturer to show the customer that the system is in working order.

**access**  (1) Generally, to obtain data. (2) To locate desired data.

**access arm**  A mechanical device in a disk file storage unit that positions reading and writing mechanisms.

**access code**  A group of characters or numbers that identifies a user to the computer system.

**access control**  The process whereby use of a computer is restricted to authorized individual users.

**access level**  In COMPUTER SECURITY, the level of authority a subject has when using a protected resource.

**access light**  The light on the front of a system unit that signals when the computer is reading from or writing to a disk.

**access lock**  Same PRIVACY LOCK.

**access mechanism**  The mechanical device in the disk storage unit that positions the read/write heads on the proper tracks.

**access method**  Any of the data management techniques available to users for transferring data between storage and an input/output device.

**access mode**  The manner in which files are referred to by a computer.

**access monitoring**  A method of giving a system user only a certain number of attempts to provide the correct password.

**access name**  In a database system, a name that identifies an entity by the correct password.

**accessor**  In COMPUTER SECURITY, any user of a protected resource.

**APF**  Abbreviation for authorized program facility.

**APL**  Abbreviation for A Programming Language, a mathematically structured programming language. The power of this language is demonstrated by its extended single operators that allow a user to perform directly such calculations as taking the inverse of a matrix or solving a set of linear equations. APL was developed by Kenneth Iverson in the mid-1960s and originally designed for use on IBM mainframes. It is a very compact, hard-to-read, scientific programming language that is used on a wide variety of computers from microcomputers to supercomputers.

**Apollo**  A manufacturer of high-performance workstations. Apollo was founded in 1980 and pioneered the concept of networked workstations. In 1989, it became a division of the Hewlett-Packard Company.

**apothem**  A perpendicular line from the center to one side of a regular polygon.

**append**  To add on, such as to add new records to a database or to add to the end of a character string or list.

**Apple Computer, Inc.**  One of the first and certainly the most influential of the microcomputer manufacturers. Founded in 1976 by Steven P. Jobs and Stephen G. Wozniak, using the family garage as a base and $100 in capital, Apple made computers that became wildly successful. Because of excellent design principles, the early Apple II™ family of microcomputers is still useful, and later machines, such as the Macintosh™ family of microcomputers, have become extremely popular and have greatly affected the design of other machines and of software. The Macintosh computer, with its innovative software, is in a class by itself. Apple Computer, Inc. is a leader in high-performance personal computing.

**Apple key**  On keyboards produced by Apple Computer, Inc., a special key identified by the Apple™ logo symbol. The key is used by the operating system and certain applications programs.

**Apple Macintosh**  See MACINTOSH.

**Applesoft BASIC**  An extended version of the BASIC programming language used with the Apple II family of computers and capable of processing numbers in floating-point form. An interpreter for creating and executing programs, Applesoft BASIC is built into the computer.

**AppleTalk™**  A network scheme designed primarily for the Apple Macintosh computer. The system often uses the relatively slow LocalTalk hardware, but has grown in popularity because of its low cost, ease of use and installation, and general reliability. It allows computers to share files and peripherals.

**Apple II**  A family of personal computers from Apple Computer, Inc. The first Apple II was introduced in 1977. The computer family now includes several models widely used in secondary schools, businesses, and homes. The Apple II computers are based on the MOS Technology 6502 microcomputer.

**AppleWorks™**  An integrated software package that runs on the Apple II family of microcomputers. The program combines word processing, spreadsheet, and database management, and was introduced in 1983.

**application**  A task to be performed by a computer program or system. Broad examples of computer applications are engineering design, numerical control, airline seat reservations, business forecasting, and hospital administration. Accounts receivable, mailing list, or electronic spreadsheet programs are examples of applications that run on small business computers.

**application developer**  The person, business, or organization creating an application for a particular user need.

**application generator**  A very-high-level language that allows the user to give a detailed explanation of what data are to be processed, rather than how to process the data.

**application-oriented language**  A problem-oriented programming language whose statements contain or resemble the terminology of the computer user.

**application package**  A product that, when the user sets a few parameters,

accepts a charged image, is toned, and transfers the image to uncoated paper.

**DIF** Acronym for **D**ata **I**nterchange **F**ormat, a particular standard for data files. It is used by many programs involving forecasting and it allows files created on one software package to be read by another software package—perhaps one produced by an entirely different company. DIF files are not interchangeable between different machines; an Apple DIF file disk cannot be read directly into an IBM machine. While the files are compatible, the disks are formatted differently for different machines.

**difference** The amount by which one quantity or number is greater or less than another.

**Difference Engine** A mechanical machine devised by Charles Babbage in the 1800s to perform computations automatically and print their results.

**diffuse highlight** In computer graphics, object highlights that result when a light source interacts with a nonreflective surface.

**diffusion** A high-temperature process by which impurity atoms deposited on the surface of a material, such as a silicon wafer, have sufficient thermal energy to penetrate the material, seeking to equalize their densities by displacing the host atoms and altering the electrical properties of the material in desired ways. Normal diffusion temperatures are between 900 and 1,200°C for the most frequently used impurities in silicon.

**digit** One of the symbols of a numbering system used to designate a quantity. The decimal system has the ten digits, 0 through 9.

**digital** Pertaining to representation of information by encoding as bits of 1's or 0's that indicate on or off states. Highly important in the technology of computers and data communications. Contrast with ANALOG SIGNAL.

**digital audio tape (DAT)** A data storage medium.

**digital communications** The transmission of information by coding it into discrete on/off electronic signals.

**digital computer** A computer that operates on discrete data. A device that performs arithmetic, logical, and comparative functions upon information represented in digital form and that operates under control of an internal program. Digital means that the computer uses data in the form of discrete numbers, such as binary 1's and 0's. Most computers used today (mainframes, minicomputers, and microcomputers) are digital. Contrast with ANALOG COMPUTER.

**digital computer animation** A COMPUTER GRAPHICS SYSTEM that generates and animates graphics. The digital signal is understood by the computer as discrete units of data.

**digital control** The use of digital technology to maintain conditions in operating systems as close as possible to desired values despite changes in the operating environment.

**Digital Darkroom**™ An image processing program from Silicon Beach Software that acts as a computerized darkroom to compose images. The program uses computer processing techniques to edit and enhance scanned images.

**digital data** Data represented in discrete, discontinuous form, as contrasted with analog data, which is represented in continuous form.

**Digital Equipment Corporation (DEC)** A major manufacturer of minicomputer systems, founded in 1957 by Kenneth Olson. DEC pioneered the minicomputer business with its PDP computers in 1959. The popular PDP-8 was introduced in 1965, and the PDP-11 was introduced in 1970. In 1977, DEC announced the VAX series of minicomputer systems and gained a strong foothold in commercial data processing.

**digital image** (**1**) An image that has been converted into an array of pixels. (**2**) A generic term that can apply to all computer graphics images.

**digital mapping** The digitizing of geographic information for a geographic information system.

**digital picture library** Based on floppy or hard disks or on optical discs,