EXHIBIT O


FOLDOC (Free On-Line Dictionary of Computing),
available at http://foldoc.doc.ic.ac.uk/foldoc/


to


SOVERAIN'S CLAIM CONSTRUCTION BRIEF
PURSUANT TO PATENT RULE 4-5(a)



| HTTP | Search | Home | Contents | Feedback | Random |

## HTTP ==>

# Hypertext Transfer Protocol

<*protocol*> (HTTP) The client-server TCP/IP protocol used on the World-Wide Web for the exchange of HTML documents. It conventionally uses port 80.

Current version: HTTP 1.1, defined in RFC 2068, as of May 1997.

See also Uniform Resource Locator.

(1994-10-27)

Try this search on OneLook / Google

---

**Nearby terms:** HyperTalk « hypertext « Hypertext Markup Language « **Hypertext Transfer Protocol** » HyperText Transmission Protocol, Secure » hyperware » hypotenuse

---



| session | Search | Home | Contents | Feedback | Random |

# session

<*networking*> 1. A lasting connection between a user (or user agent) and a peer, typically a server, usually involving the exchange of many packets between the user's computer and the server. A session is typically implemented as a layer in a network protocol (e.g. telnet, FTP).

In the case of protocols where there is no concept of a session layer (e.g. UDP) or where sessions at the session layer are generally very short-lived (e.g. HTTP), virtual sessions are implemented by having each exchange between the user and the remote host include some form of cookie which stores state (e.g. a unique session ID, information about the user's preferences or authorisation level, etc.).

See also login.

2. A lasting connection using the session layer of a networking protocol.

(1997-08-03)

Try this search on OneLook / Google

---

**Nearby terms:** Service Discovery Protocol « service provider « servlet « **session** » Session Initiation Protocol » session layer » SES/workbench

---