# EXHIBIT P

## BBN Technologies Glossary,
available at http://www.bbn.com/glossary/

to

## SOVERAIN'S CLAIM CONSTRUCTION BRIEF
## PURSUANT TO PATENT RULE 4-5(a)

**BBN TECHNOLOGIES**

Who We Are | What We Do | Successes | News & Events | Careers | Licensing

Home—Site Map—Glossary

## Glossary

**GLossary Index A-Z**
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

### Hard goods
Synonym for physical goods.
top of page

### Hash function
A hash function is a computation that takes a variable-size input and returns a fixed-size string, which is called the hash value. Compare with message digest.
top of page

### Header
A formatting style designated in HTML by a specific tag and used to set titles and subtitles apart from plain text.
top of page

### Hidden Markov Model
A numeric analysis technology used frequently in continuous-speech recognition systems that recognizes speech by determining the probability of each phoneme at contiguous, small regions (frames) of the speech signal item in a string of items.
top of page

### Hierarchy
Structure used for organizing users or content. Very useful for logically organizing a site, resulting in faster and easier searching.
top of page

### Hit
A Web server is said to receive a hit when it receives an HTTP request from a Web client such as a browser. Typical hits occur when a browser sends a request for an HTML page, or an inline graphic that appears on the page.
top of page

### Home page
The main introductory page for a particular Web site. A home page typically provides an overview of the purpose of a site and includes links to the other resources available at that site.
top of page

### Hot link
A mechanism for sharing data between two application programs or sites on the Web. Clicking on a hot link in one site takes the user to another site specified by the link (see "image map").
top of page

### HTML (HyperText Markup Language)
Hypertext Markup Language codes data content in hypertext documents for platform-independent presentation. HTML documents are appropriate for delivering information across the World Wide Web. Commonly used file extension for HTML document files.
top of page

### HTML element
An HTML element is a component of an HTML document. Some HTML elements have contents (example: <P> Welcome!). Other elements are called "empty" because they are composed of just a single tag (example: </P> <HR> for a horizontal rule). Some nonempty elements are composed of an opening, or start, tag, followed by some content, and a closing, or stop, tag (example: <TITLE> Products </TITLE>).
top of page

### HTTP (Hypertext Transfer Protocol)
A client/server protocol for delivering hypertext material across an Internet. HTTP is stateless: when a client makes multiple requests to a single HTTP server, each request is treated independently. HTTP servers do not remember the earlier requests. The stateless protocol allows HTTP servers to respond to requests quickly. See also web, Web server, Web client.
top of page

### HTTP client
Synonym for Web client.
top of page

### HTTP server
Synonym for Web server.
top of page

**HTTPD**
The commonly used name for the UNIX daemon that implements a HTTP server. HTTPD listens for requests sent to the TCP/IP port assigned to HTTP.
top of page

**HTTPS (Hypertext Transfer Protocol - Secure)**
A variant of HTTP for handling secure transactions. Browsers that support the URL access method, "https", connect to HTTP servers using SSL. "https" is a unique protocol that is simply SSL underneath HTTP. Use "https://" for HTTP URLs with SSL and "http://" for HTTP URLs without SSL. T he default "https" port number is 443.
top of page

**Human Factors**
Human Factors Engineering or Cognitive Engineering is concerned with research, design and development of the features of systems that take account of human-system interaction and the relevant performance capacities of humans, especially where these considerations play a significant role in the success of failure of the resulting design. The processes associated with accomplishing these results are often referred to as human-centered design.
top of page

**Human Machine Dialog**
A technology that allows people to interact with computers through spoken or typed human language.
top of page

**Hyperlink**
An active cross-reference from one resource to another. The cross-reference is called active because it is presented in a medium which allows the reader to follow it, for example by mouse-clicking it. A reader can follow hyperlinks in an HTML document using a Web browser, or navigate through online help, or follow hyperlinks between terms defined in a glossary.
top of page

**Hypermedia**
Richly formatted documents containing a variety of information types, such as textual, image, movie, and audio. These information types are easily found through hyperlinks.
top of page

**Hypertext**
Text with hyperlinks. Readers can access the material in a variety of possible sequences, as opposed to more traditional, linear text.
top of page

**GLossary Index A-Z**
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Contact BBN: Webmaster@bbn.com | 617-873-8000

Copyright—Privacy

| | Who We Are | What We Do | Successes | News & Events | Careers | Licensing |
|---|---|---|---|---|---|---|

**BBN TECHNOLOGIES**

Home—Site Map—Glossary

## Glossary

**GLossary Index A-Z**
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

### Search engine
A "robot" or "crawler" that goes to every page or representative pages on a Web site, or the whole Web, and creates an index; or, a program that receives your search request, compares it to the entries in the index, and returns results to you.
top of page

### Secret key
A key known only to authorized parties. It can be used to authenticate the sender or recipient of a message. See secret key cryptography.
top of page

### Secret Key Cryptography
Also known as symmetric key cryptography. A method of cryptography in which the sender and receiver of a message both use the same key, which is known only to them. Usually, the sender uses it to encrypt the message and the receiver uses it to decrypt the message. The sender can also use the key to generate a message digest to accompany a message being sent; the receiver can then check the message's integrity by generating another digest and comparing the two. Sender and receiver usually keep their copies of this key in files on their respective machines, known as secret key files. Compare with public key cryptography.
top of page

### Secret Key File
In secret key cryptography, a file in which a user stores a copy of a key that is used for encryption, decryption, or checking integrity.
top of page

### Security architecture
A plan and set of principles that describes how to implement the security services a system should provide to deal with the system's threat environment. A complete security architecture must deal with both intentional, intelligent threats and accidental kinds of threats. Tupically includes a firewall to protect against Internet threats as well the basics of computer, personnel, physical, and procedural security, such as classifying and labeling data according to sensitivity, protecting access to workstations, running anti-virus software, and tracking removable media.
top of page

### Security perimeter
The boundary of the domain in which an organization's security policy applies. An organization establishes a security perimeter to separate its own computing resources from external threats.
top of page

### Security policy
A set of rules and practices that regulate how a system provides security services to protect sensitive and critical resources. A firewall implements a security policy that defines the services and access to be permitted from the restricted network. A firewall policy must balance between protecting the network from known risks while still providing users reasonable access to network resources. It is important to define the policy before implementing a firewall.
top of page

### Self Service
Providing individual users with personalized access to information that pertains specifically to them. Commonly used for checking financial account information or customer support problem resolution status.
top of page

### Semantic Web
The predicted evolution of the current HTML-based World Wide Web, in which information will be stored in machine-readable formats for easy retrieval by software applications, computer agents, and virtual assistants.
top of page

### Serial port
The communications port on your computer: Also called the COM or RS-232 port.
top of page

### Server
Software that processes and fulfills requests from client software. Common servers include HTTP and FTP servers. May also refer to the hardware on which the server software runs.
top of page

### Server Farm
Secure facility that hosts a large number of Web servers. See also Internet Data Center.

top of page

### Service Provider
See ISP.
top of page

### session identifier
A random value generated by a client that identifies itself across multiple hits to a particular server. The session identifier can be thought of as a code word that both parties use to access a recorded secret key (such as a session key). If both parties remember the session identifier then the implication is that the secret key is already known and need not be negotiated. Compareto Session Identifier.
top of page

### Session Identifier (SI)
When capitalized, a a ticket assigned to an individual (client) when beginning a server session. It allows the individual's hits to be uniquely identified among all the current server clients. Session Identifiers are refreshed due to expiration or by following an absolute URL. Session Identifiers are used in a commerce service provider to provide access to subscription-based content, as they allow content trees to pass authentication and authorization information in relative URLs.
top of page

### SET (Secure Electronic Transaction)
A draft industry standard for securely conducting payment card transactions on the Internet, developed by MasterCard and Visa, together with Genuity, IBM, Microsoft, Netscape, SAIC, andVerisign.
top of page

### Settlement
The stage of the credit card payment process during which the cardholder's account is debited, and the merchant's account is credited.
top of page

### Shareware
Try-before-you-buy-software. Shareware is a distribution method rather than a type of software.
top of page

### Shared hosting
A form of Web hosting in which the hosting provider uses a single machine to host Web sites for multiple customers' Web sites.
top of page

### Shell account
A connection that enables an end-user's computer to act as a terminal on an Internet hostThe terminal user is not directly on the Internet but is using a machine that is. This means that to complete functions such as transferring files require an extra "hop"; users must first transfer the file to the Internet host, then download it through the terminal connection to their desktop.
top of page

### Shopping cart
Electronic order form that buyers may use in electronic commerce visit when they wish to select multiple items for possible purchase.
top of page

### S-HTTP (Secure HyperText Transfer Protocol)
An encryption protocol used to allow private communication on the Web. Allows encryption, digital signatures, authentication, or any combination of these, at the application level. Contrast with SSL.
top of page

### SLIP (Serial Line Internet Protocol)
Serial Line Internet Protocol is the other popular protocol for connecting a computer to the Internet over a dial-up phone line.
top of page

### Smart card
A card endowed with a means to store monetary value or private information electronically, typically on a chip. Smart cards look like credit cards. Sometimes also called stored-value cards or cash cards.
top of page

### Smiley
Smiling faces used in mail and news to indicated humor and irony. The most common smiley is :).
top of page

### Soft goods
Industry synonym for electronic goods.
top of page

### Spam
The act of posting inappropriate and unsolicited messages to large numbers of e-mail recipients and Usenet news groups. Also refers to the message itself.
top of page

**SSL (Secure Sockets Layer)**
Use of PKI technology to protect application-layer data and protocols (HTTP, FTP, Telnet)
Transparently.
top of page

**Staging**
The process of bringing new content to the Web. New Web pages can be changed incrementally or altogether, and may have a preview period.
top of page

**Static**
Unchanging. When referring to Web pages, pages that are created once, and served as-is. They may be updated at any time, but are not recreated each time they are requested, as dynamic pages are. When referring to IP addresses, a static IP address is one that is permanently assigned to a particular system, and not re-assigned every time the system is booted.
top of page

**Statistics**
Generally, processed reports based on information recorded in a Web server's log file(s). They may include the number of page views, the amount of data transferred, the most popular pages, the most popular viewing times, etc.
top of page

**Storefront**
The home page of an online store.
top of page

**Streaming Media**
Media files (sound or video) that play on the user's system as they arrive. By streaming a media file to an end user, it alleviates the delay of waiting for the whole (often rather large) file to download before it can be played.
top of page

**Subscription**
A transaction wherein the buyer purchases a product or service for a period of time. For example, a subscription to an online magazine, where a buyer purchases the right to access a collection of online content comprising the magazine for a period of months.
top of page

**Subnetting**
A means of making a splitting a single IP address into multiple network addresses. It is accomplished by mathematically combining an IP address with another set of numbers called a network mask. Subnetting increases the number of networks an organization can have but decreases the number of hosts that can be on each network.
top of page

**Supernetting**
A means of combining multiple network addresses into a single network address. It is accomplished by mathematically combining an IP address with another set of numbers called a network mask. Supernetting decreases the number of networks an organization can have, but increases the number of hosts that can be on each network.
top of page

**Surf**
To browse the Web, especially to visit new pages.
top of page

**Symmetric Secret Key**
Synonym for secret key.
top of page

**Small Vocabulary System**
A speech recognition system that can perform limited functions using vocabularies ranging from a few hundred words to a few thousand words.
top of page

**Speaker Adaptive**
The ability of a speech recognition system to increase its recognition rate by learning from the corrections made by the speaker.
top of page

**Speaker Dependent**
A voice input system that requires an enrollment period (usually 15-60 minutes) in which it is trained to recognize each word by each individual user.
top of page

**Speaker Identification**
The use of speech analysis to determine who spoke a recorded example.
top of page

**Speaker Independent**
A voice input system that does not need an enrollment period to recognize words, but comprehends

any person who speaks into the system as soon as they start speaking.
top of page

### Speaker Verification
The use of speaker identification technology to verify a person's identity through voice input.
top of page

### Speech Recognition
The process in which software digitizes spoken words, then uses mathematical models to identify and transcribe the words. Voice-recognition software is used with an increasingly wide range of business software.
top of page

### Speech-to-Text
The field of computerized voice recognition/speech recognition.
top of page

**GLossary Index A-Z**
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Contact BBN: Webmaster@bbn.com | 617-873-8000      Copyright—Privacy