# EXHIBIT Q

The IEEE Standard Dictionary of Electrical and Electronics Terms (6th ed. 1996)

to

SOVERAIN'S CLAIM CONSTRUCTION BRIEF PURSUANT TO PATENT RULE 4-5(a)

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

**Standards Coordinating Committee 10, Terms and Definitions**
**Jane Radatz, Chair**

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6



usually expressed in decibels, as in the 1 dB compression point. (MTT) 457-1982w

**compression ratio (gain or amplification)** The ratio of (1) the magnitude of the gain (or amplification) at a reference signal level to (2) its magnitude at a higher stated signal level. *See also:* amplifier. (ED) 161-1971w

**compressor (data transmission)** A transducer, which for a given amplitude range of input voltages, produces a smaller range of output voltages. One important type of compressor employs the envelope of speech signals to reduce their volume range by amplifying weak signals and attenuating strong signals. (PE) 599-1985w

**compressor-stator-blade-control system (gas turbines)** A means by which the turbine compressor stator blades are adjusted by vary the operating characteristics of the compressor. *See also:* speed-governing system. (PE) [5]

**COM printer** *See:* computer output microfilm printer.

**compromise** A violation of the security of a system such that an unauthorized disclosure of sensitive information may have occurred. (C/LM) 802.10-1992

**computation** *See:* implicit computation.

**computational bandwidth** The maximum number of operations per second a machine can perform. (C) 610.10-1994

**computational data** *See:* fixed-point data.

**computational model** A model consisting of well-defined procedures that can be executed on a computer; for example, a model of the stock market, in the form of a set of equations and logic rules. (C) 610.3-1989

**compute-bound** Pertaining to programs that have an abundance of computations. *Synonym:* process bound. *Contrast:* input-output bound. (C) 610.10-1994

**computed tomography (CT)** A medical diagnostic technique in which a computer is used to produce an image of cross-sections of the human body by using measured attenuation of X rays through a cross-section of the body. *Synonym:* computer-assisted tomography. *See also:* computer-aided testing; computerized axial tomography. (C) 610.2-1987

**computer (1) (A) (emergency and standby power)** A machine for carrying out calculations. **(B) (emergency and standby power)** By extension, a machine for carrying out specified transformations on information. (C/IA) 165-1977w, 446-1987s

**(2) (A) (software)** A functional unit that can perform substantial computation, including numerous arithmetic operations, or logic operations without intervention by a human operator during a run. **(B) (software)** A functional programmable unit that consists of one or more associated processing units and peripheral equipment, that is controlled by internally stored programs, and that can perform substantial computation, including numerous arithmetic operations or logic operations, without human intervention. *See also:* program. (C/SE) 729-1983s

**(3)** A device that consists of one or more associated processing units and peripheral units, that is controlled by internally stored programs, and that can perform substantial computations, including numerous arithmetic operations, or logic operations, without human intervention during a run. *Note:* May be stand alone, or may consist of several interconnected units. (C) 610.10-1994

**computer-aided design (CAD) (computer graphics)** The use of computers to aid in design layout and analysis. May include modeling, analysis, simulation, or optimization of designs for production. Often used in combinations such as CAD/CAM. *See also:* computer-aided design and drafting; computer-aided engineering; computer-aided manufacturing; design automation. (C) 610.2-1987, 610.6-1991

**computer-aided design and drafting (CADD)** The use of computers to aid in design layout, drafting, and analysis. Often used as a synonym for computer-aided design. (C) 610.6-1991

**computer-aided education** *See:* computer-assisted instruction.

**computer-aided engineering (CAE) (1) (computer graphics)** The use of computers to aid in engineering analysis and design. May include solution of mathematical problems, process control, numerical control, and execution of programs performing complex or repetitive calculations. *See also:* computer-aided design; computer-aided manufacturing. (C) 610.2-1987, 610.6-1991

**(2)** The application of computers to the engineering process. The term now commonly applies to any computer system or program that manipulates data for the purpose of assisting engineering, design, procurement, maintenance, etc. (PE) 1150-1991

**computer-aided inspection (CAI)** The use of computers to inspect manufactured parts. *Synonym:* mechanical inspection. (C) 610.2-1987

**computer-aided instruction (CAI)** The use of computers to present instructional material and to accept and evaluate student responses. *See also:* computer-assisted instruction; computer-based instruction. (C) 610.2-1987

**computer-aided management (CAM)** The application of computers to business management activities. For example, database management, control reporting, and information retrieval. *See also:* decision support system; management information system. (C) 610.2-1987

**computer-aided manufacturing (CAM) (computer graphics)** The use of computers and numerical control equipment to aid in manufacturing processes. May include robotics, automation of testing, management functions, control, and product assembly. Often used in combinations such as CAD/CAM. *See also:* computer-aided design; computer-aided engineering. (C) 610.2-1987, 610.6-1991

**computer-aided page makeup** The use of computers to automate the formation of text and graphics into discrete camera-ready pages. *See also:* computer-aided typesetting; photocomposition. (C) 610.2-1987

**computer-aided software engineering (CASE)** The use of computers to aid in the software engineering process. May include the application of software tools to software design, requirements, tracing, code production, testing, document generation, and other software engineering activities. (C/SE) 1348-1995, 610.12-1990

**computer-aided testing (CAT)** The use of computers to test manufactured parts. (C) 610.2-1987

**computer-aided typesetting** The use of computers at any stage of the document composition process. This may involve text formatting, input from a word processing system, or computer-aided page makeup. *Synonym:* computer typesetting. (C) 610.2-1987

**Computer and Business Equipment Manufacturers Association** The Secretariat for ASC X3-series standards on information technology. (C) 610.10-1994, 610.7-1995

**computer architecture** The organizational structure of a computer system, including the hardware and the software. *Contrast:* computer network architecture. (C) 610.10-1994

**computer-assisted instruction (CAI)** The use of computers to present instructional material and to accept and evaluate student responses. *Synonyms:* computer-aided education; computer-aided instruction; computer-assisted learning; computer-augmented learning. *See also:* computer-based instruction. (C) 610.2-1987, 610.6-1991

**computer-assisted learning** *See:* computer-assisted instruction.

**computer-assisted tester (test, measurement, and diagnostic equipment)** A test not directly programmed by a computer but that operates in association with a computer by using some arithmetic functions of the computer. (MIL) [2]

**computer-assisted tomography** *See:* computed tomography.

**computer-augmented learning** *See:* computer-assisted instruction.

**computer automated measurement and control (CAMAC) (1)** A standard modular instrumentation and digital interface system. (NPS) 583-1982r

computer-based educati

**(2) (FASTBUS acqui** standardized modular i system as defined in I *Modular Instrumentati (CAMAC)*, and the co 1972, *CAMAC: A Modu Handling*, and IEC Pub *tion System for Data H* Automated Measureme

**computer-based educati**

**computer-based instruct** any process involving h based education; comp

**computer-based learning**

**computer-based simulati** computer. *Synonym:* m human-centered simula

**computer channel** *See:* i

**computer code** A machin

**computer component (a** or subdivision of a co power supply, or rack.

**computer conferencing** A one or more users to ex work. *See also:* video c

**computer control (electr** A mode of control wh process variables, prod *See also:* power system

**computer-control state (** distinct and selectable c cuits. *See also:* balance set; reset; static test.

**(2)** In an analog compu able conditions of the co hold; operate; potentio

**computer control unit** *Se*

**computer data (software** between or within com external (in computer-r computer equipment a digital signals. *See also*

**computer database** *See:*

**computer description la** guage.

**Computer Design Langu** or designing computer

**computer diagram (anal** showing interconnectio interconnections being ular set of equations. S board.

**computer equation (ana** An equation derived fr a computer which is eq equation. *See also:* scal

**computer generated forc** virtual battlefield. CGI (needing no human dire some direction by a hum in the virtual events). C ing forces (OPFOR), a portrayed by manned si

**computer graphics (A)** cerned with methods of torial data. **(B)** The us create, modify, or analy

that is used to control, design, or define a computer or computer program. (C) 610.13-1993

**computer literacy** An understanding of the capabilities, operation, and applications of computers. (C) 610.2-1987

**computer-managed instruction (CMI)** The use of computers for management of student progress. Activities may include record keeping, progress evaluation, and lesson assignment. *See also:* computer-based instruction. (C) 610.2-1987

**computer network (1)** An interconnection of assemblies of computer systems, terminals and communications facilities. (COM/LM) 168-1956w
**(2) (software)** A complex consisting of two or more interconnected computers. *See also:* computer. (C/SE) [20], [85], 729-1983s
**(3)** A structured connection of computer systems and peripheral devices that exchange data as necessary to perform the specific function of the network. *See also:* centralized computer network; decentralized computer network; distributed computer network; heterogeneous computer network; hierarchical computer network; homogeneous computer network. (C) 610.10-1994, 610.7-1995

**computer network architecture** The logical structure and the operating principles, including those concerning services, functions, nd protocols, of a computer network. *Contrast:* computer architecture. (C) 610.10-1994, 610.7-1995

**computer numerical control (CNC)** Numerical control in which one or more machines that produce manufactured parts are linked together via a single computer. (C) 610.2-1987

**computer operation (A)** An operation which can be performed by a computer with a single instruction. **(B)** An operation performed by a functional unit within a computer. For example: an instruction fetch, or an addition. *Synonym:* machine operation. (C) 610.10-1994

**computer output microfilm (COM)** The end result of a process that converts and records data from a computer directly to a microform. (C) 610.2-1987

**computer output microfilmer** A device for producing computer output microfilm. *Synonym:* COM device. (C) 610.2-1987

**computer output microfilm printer** A page printer that produces a microimage of each page on a photographic film. (C) 610.10-1994

**computer performance evaluation (software)** An engineering discipline that measures the performance of computer systems and investigates methods by which that performance can be improved. *See also:* throughput; utilization. (C) 610.12-1990

**computer program (1) (general)** A plan or routine for solving a problem on a computer, as contrasted with such terms as fiscal program, military program, and development program. (C/MIL) [2], [20], [85]
**(2) (analog computer)** That combination of computer diagram, potentiometer list, amplifier list, trunk list, switch list, scaled equations, and any other documentation that defines the analog configuration for the particular problem to be solved. This term sometimes is used to include the problem patch board as well, and, in some loose usage, the computer program may be (incorrectly) used to refer solely to the program patch panel. (C) 165-1977w
**(3) (programmable digital computer systems in safety systems of nuclear power generating stations)** A schedule or plan that specifies actions that may or may not be taken, expressed in a form suitable for execution by a programmable digital computer. 7432-1982w
**(4) (computer terminology)** A combination of computer instructions and data definitions that enable computer hardware to perform computational or control functions. *See also:* software. (C/SE) 610.10-1994, 610.12-1990, 610.5-1990, J-STD-016-1995

**computer program abstract (software)** A brief description of a computer program that provides sufficient information for potential users to determine the appropriateness of the program to their needs and resources. (C) 610.12-1990

**computer program annotation** *See:* comment.

**computer program certification** *See:* certification.

**computer program component*** *See:* computer software component.
* Deprecated.

**computer program configuration identification** *See:* configuration identification.

**computer program configuration item** *See:* computer software configuration item.

**computer program development plan** *See:* software development plan.

**computer program validation** *See:* validation.

**computer program verification** *See:* verification.

**computer resource allocation** The assignment of computer resources to current and waiting jobs; for example, the assignment of main memory, input/output devices, and auxiliary storage to jobs executing concurrently in a computer system. *See also:* dynamic resource allocation; storage allocation. (C) 610.12-1990

**computer resources** The computer equipment, programs, documentation, services, facilities, supplies, and personnel available for a given purpose. *See also:* computer resource allocation. (C) 610.10-1994, 610.12-1990

**computer security** Protection of information, system resources, and system services through controls provided by hardware and software mechanisms, including access controls, user authentication mechanisms, and audit facilities. (BA/C) 896.3-1993

**computer security object** An information object used to maintain a condition of security in computerized environments. Examples include: representations of computer or communications systems resources, security label semantics, modes of operation for cryptographic algorithms, and one-way hashing functions. (C/LM) 802.10g-1995

**computer simulation** A simulation of the operation of a computer. *See also:* computer-based simulation. (C) 610.3-1989

**computer software** *See:* software.

**computer software component (CSC)** A functionally or logically distinct part of a computer software configuration item, typically an aggregate of two or more software units. (C) 610.12-1990

**computer software configuration item (CSCI)** An aggregation of software that is designated for configuration management and treated as a single entity in the configuration management process. *Contrast:* hardware configuration item. *See also:* configuration item. (C) 610.12-1990

**computer system (1) (software)** A system containing one or more computers and associated software. (C) 610.12-1990
**(2)** A system containing one or more computers, peripheral devices and associated software. *Synonym:* computing system. (C) 610.10-1994, 610.7-1995

**Computer System Simulation II (CSS/II)** A simulation language that is based on the concepts used in GPSS, but specialized for use in modeling computer systems. (C) 610.13-1993

**computer time** *See:* time.

**computer typesetting** *See:* computer-aided typesetting.

**computer variable (1)** A dependent variable as represented on the computer. *See also:* time. (C) 165-1977w
**(2) (machine variable)** *See also:* scale factor. (C) 165-1977w

**computer word (1)** A sequence of bits or characters treated as a unit and capable of being stored in one computer location. (C) [20], [85]
**(2)** A unit of storage, typically a set of bits, that is suitable for processing by a given computer; for example, two bytes.



*Synonyms:* fullw
word.
**(3) (computer te**
(

**computing center** vices to a variety and auxiliary har facility's staff.

**computing elemen** nent that perfor problem solution or computer prog

**computing system**

**concatenate** To ap form a single uni concatenate 'AP onym: catenate.

**concatenated key** the concatenation catenated key; catenation of the erarchical path. concatenated key




**concatenated tran** response subacti between the ack packet.

**concatenation (fib** ing of optical wa

**concave (image pr** ing to a region between two poi within the region



**concealed** Rendere the building. Wi concealed, even drawing them.

**concealed knob-a** knobs, tubes, an tion and support hollow spaces of

**concentrate (meta** ing disseminated cesses thereby el *See also:* electro

Conical Incident

Directional Collected



2π

2π

Hemispherical Collected

mittance

(EEC/IE) [126]

l area increases as the (SP) [32]

l lobing in which the tes a cone whose ver- alf-power beamwidth. tating or nutating ac- rization rotates or re-

145-1993, 149-1979r

the direction of max- f the antenna. Rotation a cone whose vertex ; such scanning may to whether the direc- unchanged. The vari- scans provides infor- f displacement of the (AE) 686-1990w

A method in which y scanned for angle (AE) 686-1990w



**conical wave (radio-wave propagation)** A wave whose equiphase surfaces asymptotically form a family of coaxial circular cones. (AP) 211-1977s

**coning effect (gyros)** The apparent drift rate caused by motion of an input axis in a manner that generally describes a cone. This usually results from a combination of oscillatory motions about the gyro principal axes. The apparent drift rate is a function of the amplitudes and frequencies of oscillations present and the phase angles between them. (AE) 528-1994

**conjugate bridge** The detector circuit and the supply circuit are interchanged as compared with a normal bridge of the given type. *See also:* bridge. (EEC/PE) [119]

**conjunction (1)** The logical 'AND' operator. (C) 1084-1986w, 610.5-1990
**(2)** The result of joining two conditions by the logical 'AND' operator. *Contrast:* disjunction. *See also:* conjunctive query. (C) 610.5-1990
**(3)** The Boolean operation whose result has the value 1 if and only if each operand has the value 1. *Contrast:* nonconjunction. *See also:* AND gate. (C) 610.10-1994

**conjunctive query** A database query formed by using one of the logical operators 'AND' and 'OR.' (C) 610.5-1990

**connect (1)** Indicates that a DCC has been physically attached to a BCC port, generally by means of an interconnecting cable. Connect does not necessarily imply that communications have been logically established between the BCC and the DCC. (EMB) 1073.3.1-1994, 1073.4.1-1994
**(2)** The term *connect* is used consistently to express the capability for communication, across a Group or LAN, between adjacent Bridges, or between the Bridge Ports of adjacent Bridges. *Contrast:* attach. (C/LM) 802.1G-1996

**connected (1) (networks)** A network is connected if there exists at least one path, composed of branches of the network, between every pair of nodes of the network. *See also:* network analysis. (BT) 153-1950w
**(2) (graph)** A graph is connected if there exists at least one path between every pair of its vertices. (CAS) [13]
**(3) (image processing and pattern recognition)** Pertaining to a subset of an image, any two points of which can be joined by an arc that is entirely contained within the subset.



**connected**

(C) 610.4-1990
**(4) (maintenance of energized power lines)** *See also:* bonded. (PE/T&D) 516-1987s, 524-1992

**connected load (1)** The sum of the continuous ratings of the load-consuming apparatus connected to the system or any part thereof. *See also:* generating station. (PE/T&D) [10]
**(2) (electric power systems in commercial buildings)** The sum of the continuous ratings of the power consuming apparatus connected to the system or any part thereof in watts, kilowatts, or horsepower. (IA) 241-1990

**connected PHY** A peer cable PHY at the other end of a particular physical connection from the local PHY. (C/MM) 1394-1995

**connected position** (of a switchgear-assembly removable element) That position of the removable element in which both primary and secondary disconnecting devices are in full contact. (PE/SWG) C37.100-1992

**connected slave** A slave that is permitted to participate actively in the data transfer handshake. A selected slave that is not disabled (including a diverted slave), a reflecting slave, and an intervening slave are connected slaves. A disabled slave or, an unselected slave that is not intervening or reflecting, is not a connected slave. (C/MM) 896.1-1987s

**connected system** All segments of a connected system are capable of communicating directly with one another through SIs. Note that because of the route map table implementation of message paths, segments of a system that are connected electrically by SIs are not necessarily also logically connected in the sense used here. 960-1993

**connected transaction** A transaction in which both the request and response are performed within the same bus transaction. (BA/C) 1014.1-1994, 10857-1994, 896.3-1993, 896.4-1993

**connecting rod (high voltage air switches, insulators, and bus supports)** A component of a switch operating mechanism designed to transmit motion from an offset bearing or bell crank to a switch pole unit. *Synonym:* connecting shaft. (PE/SWG) C37.100-1992, C37.30-1971s

**connecting shaft** *See:* connecting rod.

**connecting wire** A wire generally of smaller gauge than the shot-firing cord and used for connecting the electric blasting-cap wires from one drill hole to those of an adjoining one in mines, quarries, and tunnels. *See also:* mine feeder circuit. (EEC/PE) [119]

**connection (1) (rotating machinery)** Any low-impedance tie between electrically conducting components. (PE) [9]
**(2) (cable, field splice, and connection qualification) (nuclear power generating station)** (design and installation of cable systems for Class 1E circuits in nuclear power generating stations) A cable terminal, splice, or hostile environment boundary seal at the interface of cable and equipment. (PE) 383-1974r, 690-1984r
**(3) (A) (software)** A reference in one part of a program to the identifier of another part (that is something found elsewhere). **(B) (software)** An association established between functional units for conveying information. *See also:* functional unit; identifier; program. (C/SE) 729-1983s
**(4)** An association of channels, switching systems, and other functional units set up to provide means for a transfer of information between two or more points in a telecommunications network. *Notes:* 1. A connection can also be one channel or a series of two or more channels regardless of the method used to interconnect them. 2. A transmission path that is considered as a connection by one vendor may be resold as a channel to the vendor's customers. (Std100)
**(5)** An association established by a *layer* between two or more users of the layer service for the transfer of information. (C/LM) 8802-6-1994

**connection and winding support insulation (1) (insulation systems of synchronous machines)** The connection and winding support insulation includes all of the insulation materials that envelope the connections, which carry current from coil to coil or from bar to bar, and from field and armature coil terminals to the points of external circuit and attachment; and also the insulation of metallic supports for the winding. (REM) [115]
**(2) (repair and rewinding of motors for the petroleum and chemical industry)** Includes all of the insulation materials that envelop the connections that carry current from coil to coil, and from stationary or rotating coil terminals to the points of external circuit attachment; and the insulation of any metallic supports for the winding. *See also:* insulation system. (IA) 1068-1996

**connection assembly (Class 1E connection assemblies)** Any connector or termination combined with related cables or wires as an assembly. This assembly may include environmental seals, but excludes fire stops, in-line splices, and containment electric penetration assemblies. (PE) 572-1985r

**connection charge (power operations)** The amount paid by a customer for connecting the customer's facilities to the supplier's facilities. (PE) 858-1987s

nt flowing in the absence
nt; dark-current pulses;

J, 161-1971w, 398-1972r
rk-current excursions that
oying the phototube. *See*
(NPS) 175-1960w
ction by chemical action,
d film (usually a sulfide)
plating.
(EEC/PE) [119]
utput electrode when the
arkness. These pulses are
g at the photocathode.
(NPS) 398-1972r
k space.
rk space.
s) A screen giving a spot
rface. *See also:* cathode-
(Std100) [84]
tion) A cathode-ray tube
s color but does not nec-
mpact, showing, for ex-
round. *See also:* cathode-
(Std100) [84]
g a bright face, on which
or dark blips; sometimes
tence display because the
il erased by heat or elec-
now obsolete. *Synonym:*
(AE) 686-1990w
RT display device whose
face of the tube to darken
ple, the image may be
rear as a reverse image
r translucent face of the
(C) 610.10-1994
nics) (solenoid current)
olated trains of heavily
cy, high voltage, and rel-
Arsonvalization.
(EMB) [47]
ics) The therapeutic use
heavily damped oscilla-
e, and relatively low am-
d because it was initially
e is not of contemporary
(EMB) [47]
a subsequent stroke of a
(PE/SUB) 998-1996
ce.

puter systems in safety
ng stations) A represen-
uctions in a formalized
n, interpretation or pro-
computer.
(C) 610.10-1994
sition) (supervisory con-
atic control) Any repre-
ity to which meaning has

7.1-1994, C37.100-1992
nary information that is
rray.
(C/TT) 660-1986w
are) A representation of
manner suitable for com-
ssing by humans or by
plural for datum, but is
"The data is in this file."

*See also:* data type; logical data; null data; numeric data; pointer data. **(B) (data management) (software)** Anything observed in the documentation or operation of software that deviates from expectations based on previously verified software products or reference documents. *Synonym:* documentation. (C) 610.12-1990, 610.5-1990

**data abstraction (A) (software)** The process of extracting the essential characteristics of data by defining data types and their associated functional characteristics and disregarding representation details. *See also:* encapsulation; information hiding. **(B) (software)** The result of the process in definition (A). (C) 610.12-1990

**data-access operation** A processor-initiated load, store, or lock that involves a data-format copy and (for lock operations) a data-update action (such as swap or add). (C/MM) 1596.5-1993

**data access register** A register that is used for arithmetic associated with random-access of data. (C) 610.10-1994

**data acquisition (station control and data acquisition) (supervisory control, data acquisition, and automatic control)** The collection of data. (PE/SWG/SUB) 999-1992, C37.1-1994, C37.100-1992

**data acquisition system (1) (station control and data acquisition) (supervisory control, data acquisition, and automatic control)** A system that receives data from one or more locations. *See also:* telemetering. (PE/SUB) C37.1-1994

**(2)** A centralized system that receives data from one or more remote points—a telemetering system. Data may be transported by either analog or digital telemetering. (PE/SWG) C37.100-1992

**data administrator** An individual who is responsible for the definition, organization, supervision, and protection of data within some organization. *See also:* database administrator. (C) 610.5-1990

**data aggregate** A collection of two or more data items that are treated as a unit. *Synonyms:* aggregate; group item. *See also:* composite data element. (C) 610.5-1990

**data attribute** A characteristic of a unit of data. (C) 610.5-1990

**data bank (A)** A collection of data libraries. *Note:* A record contains one or more items, a file contains one or more records, a library contains one or more files, and a data bank contains one or more libraries. **(B)** A collection of data relating to a particular subject area. *Note:* The data may or may not be machine-readable. (C) 610.5-1990

**database (1) (A) (data management) (software)** A collection of logically related data stored together in one or more computerized files. *Note:* Each data item is identified by one or more keys. *See also:* database management system. **(B) (data management) (software)** In CODASYL, the collection of all the record occurrences, set occurrences, and areas controlled by a specific schema. (C) 610.5-1990

**(2)** A collection of data fundamental to a system. (C/SE) 1074-1995

**(3)** A collection of related data stored in one or more computerized files in a manner that can be accessed by users or computer programs via a database management system. (C/SE) J-STD-016-1995

**database access method** A technique for organizing and storing a physical database in computer storage. (C) 610.5-1990

**database administration (DBA)** The responsibility for the definition, operation, protection, performance, and recovery of a database. (C) 610.5-1990

**database administrator (DBA)** An individual who is responsible for the definition, operation, protection, performance, and recovery of a database. *See also:* data administrator. (C) 610.5-1990

**database command language (DBCL)** A procedural data manipulation language used to access a database through a database management system. *See also:* database manipulation language. (C) 610.5-1990

**database creation** The process of naming, allocating space, formatting, and defining a database. *See also:* database definition; database design. (C) 610.5-1990

**database definition (A)** The process of translating a conceptual schema for a database into a data storage schema. *See also:* database creation; database design; redefinition. **(B)** The result of such a translation. (C) 610.5-1990

**database description language** *See:* data definition language.

**database design (A)** The process of developing a conceptual schema for a database that will meet a user's requirements. *Synonym:* implementation design. *See also:* database creation; database definition. **(B)** The result of the process in definition (A). (C) 610.5-1990

**database engine** A software engine that is specially designed for database applications; performs low-level database operations such as record creation, editing, and deletion. *See also:* relational engine. (C) 610.10-1994

**database extract** A file, each record of which contains data items selected from a database based on a particular criterion. (C) 610.5-1990

**database integrity** The degree to which the data in a database are current, consistent and accurate. *See also:* data integrity; database security; integrity. (C) 610.5-1990

**database key** A field in a database that identifies a record in that database. (C) 610.5-1990

**database management system (DBMS) (1)** A computer system involving hardware, software, or both that provides a systematic approach to creating, storing, retrieving and processing information stored in a database. A DBMS acts as an interface between computers' programs and data files as well as between users and the database. It may include backup/recovery, checkpoint processing, and ad-hoc query capability. (C) 610.5-1990

**(2)** An integrated set of computer programs that provide the capabilities needed to establish, modify, make available, and maintain the integrity of a database. (C/SE) J-STD-016-1995

**database manipulation language** *See:* data manipulation language.

**database organization** The manner in which a database is structured; for example, a hierarchical organization, a relational organization. *See also:* reorganization. (C) 610.5-1990

**database record (A)** A collection of data elements that are stored in a database. *See also:* record. **(B)** A collection of hierarchically dependent segments (one root and all its descendants) within a hierarchical database. *See also:* record. (C) 610.5-1990

**database reorganization** *See:* reorganization.

**database security** The degree to which a database is protected from exposure to accidental or malicious alteration or destruction. *See also:* data security; database integrity. (C) 610.5-1990

**database segment** *See:* segment.

**database server** On a network, a server that provides access to a database at the record level; that is, the server sends and locks only the records affected by a particular requestor. *See also:* disk server; file server; mail server; network server; print server; terminal server. (C) 610.7-1995

**database sublanguage** *See:* data sublanguage.

**database system** A software system that supports multiple applications using a common database. (C) 610.5-1990

**Database Task Group (DBTG)** A task group of the CODASYL Programming Language Committee that established a set of standards for specification and design of network database structures. *See also:* CODASYL database. (C) 610.5-1990

**data bit (1)** A single entity of information that is transmitted across a serial signalling media. A bit assumes one of two

s produced by diffusion of

'S) 300-1982s, 325-1986s

**eering)** Lighting provided t light that is not incident r direction.
(EEC/IE) [126]

**electric single crystals or ) (primary ferroelectric al** permittivity, when mea- e, indicates by its width a tween the ferroelectric and terials exhibit weak ferro- ature range of the diffuse trics are noted for their al- vior and have been called 1-loop materials, penferro- alpha-phase materials.
(UFFC) 180-1986w

ween radar and target for other(s) involve scattering pheric volume.
(AE) 686-1990w

) A device to redirect or rimarily by the process of
(EEC/IE) [126]

**gineering)** The ratio of the by diffuse reflection to the
(EEC/IE) [126]

**engineering)** That process ed over a range of angles. edia. (EEC/IE) [126]

atial distribution of a beam many directions by a sur-
(LEO) 586-1980w

ion. (LEO) 586-1980w

which the time average of everywhere the same and s is equally probable.
(SP) [32]

**engineering)** That process g through a surface or me-
(EEC/IE) [126]

value of the photographic en the light flux impinges he transmitted flux is col-
(SP) [32]

**engineering)** The ratio of ng a surface or medium to for exclusion of regularly escribed.
(EEC/IE) [126]

**eering)** A translucent ma- naire in order to reduce the over an extended area.
(EEC/IE) [126]

**lluminating engineering)** distribute at least some of
(EEC/IE) [126]

he spatial distribution of a ted in many directions by
(LEO) 586-1980w

**ctive, and nonreciprocal ductor)** A capacitance en- p-n junctions. Because the kes time, there is a storage additional capacitance in ard bias state, the diffusion over the space-charge ca- r can be neglected at lower n capacitance varies in-versely with frequency, but increases as minority carrier lifetime increases and must be dealt with in many frequency multiplier and parametric amplifier designs.
(MTT) 457-1982w

**diffusion charging** Charging of aerosols by small ions in collisions resulting from thermal motion of the small ions.
(PE/T&D) 539-1990

**diffusion constant (charge carrier) (homogeneous semiconductor)** The quotient of diffusion current density by the charge-carrier concentration gradient. It is equal to the product of the drift mobility and the average thermal energy per unit charge of carriers. *See also:* semiconductor.
(ED) 216-1960w

**diffusion depth** *See:* junction depth.

**diffusion length, charge-carrier (homogeneous semiconductor)** The average distance to which minority carriers diffusion length is equal to the square root of the product of the charge-carrier diffusion constant and the volume lifetime. *See also:* semiconductor.
(AE/ED/IA) [12], [41], 216-1960w, 270-1966w

**digit (1) (metric practice)** One of the ten Arabic numerals (0 to 9). (QUL) 268-1982s
**(2) (A) (notation) (positional notation)** A character that stands for an integer; Loosely, the integer that the digit stands for; Loosely, any character. **(B) (notation) (positional notation)** A character used to represent one of the nonnegative integers smaller than the radix, for example, in decimal notation one of the characters 0 to 9. (C) [85]
**(3) (data management) (mathematics of computing)** A symbol or character that represents one of the non-negative integers smaller than the radix; for example, in decimal notation, a digit is one of the characters 0 1 2 3 4 5 6 7 8 9. *Synonym:* numeric character.
(C) 1084-1986w, 610.5-1990

**digit absorption (telephone switching systems)** The interpretation and rejection of those digits received, but not required, in the setting of automatic direct control system crosspoints.
(COM) 312-1977w

**digital (1)** Pertaining to data in the form of digits. *See also:* analog. (C) 162-1963w
**(2) (mathematics of computing)** Pertaining to quantities in the form of discrete, integral values. *Contrast:* analog.
(C) 1084-1986w, 610.10-1994

**digital-analog converter** *See:* digital-to-analog converter.

**digital bit rate** The number of bits per unit of time.
(COM) 1007-1991

**Digital Business Oriented Language (DIBOL)** A problem-oriented programming language developed by Digital Equipment Company; used to develop business applications. *See also:* DBL. (C) 610.13-1993

**digital coefficient attenuator (1) (hybrid computer linkage components)** Essentially the same as a digital-to-analog multiplier (DAM). This term is generally reserved for those components that are used as the high speed hybrid replacement for manual and servo potentiometers. *Synonym:* digital potentiometer. (C) 166-1977w
(2) A component that is used as a high-speed hybrid replacement for manual and servo potentiometers in analog computers. *Synonym:* digital potentiometer. *See also:* digital-to-analog multiplier. (C) 610.10-1994

**Digital Command Language (DCL)** A command language used under Digital's VAX/VMS environments.
(C) 610.13-1993

**digital computer (1) (information processing)** A computer that operates on discrete data by performing arithmetic and logic processes on these data. *Contrast:* analog computer.
(C) [20], [85]
**(2) (test, measurement, and diagnostic equipment)** A computer in which discrete quantities are represented in digital form and which generally is made to solve mathematical problems by iterative use of the fundamental processes of addition, subtraction, multiplication, and division.
(MIL) [2]
**(3) (A)** A computer that consists of one or more associated processing units and that is controlled by internally-stored programs. **(B)** A computer that utilizes digital circuitry to perform calculations and logical instructions, and to control sequencing of operations. *Contrast:* analog computer; hybrid computer. (C) 610.10-1994

**Digital Control Design Language (DCDL)** A simulation language for use in designing digital computer systems.
(C) 610.13-1993

**digital controller (data processing)** A controller that accepts an input sequence of numbers and processes them to produce an output sequence of numbers. (IM) [52]

**digital converter** A device, or group of devices, that converts an input numerical signal or code of one type into an output numerical signal or code of another type. *Synonym:* code translator. (PE/SWG) C37.100-1992

**digital data (1) (data transmission)** Pertaining to data in the form of digits or interval quantities. *Contrast:* analog data.
(PE) 599-1985w
(2) Data in the form of discrete integral values. *Contrast:* analog data. (C) 610.7-1995

**digital data circuit** Any circuit that transfers data in a digitally encoded form which is essential for the proper operation of the relay system. (PE) C37.90.1-1989r

**digital device (1) (control equipment)** A device that operates on the basis of discrete numerical techniques in which the variables are represented by coded pulses or states.
(PE) 94-1970w
**(2) (radio-noise emissions)** An information technology equipment (ITE) that falls into the class of unintentional radiators that uses digital techniques and generates and uses timing signals or pulses at a rate in excess of 9000 pulses per second. (EMC) C63.4-1991

**digital differential analyzer** A special-purpose digital computer consisting of many parallel computing elements, that performs integration by means of a suitable integration code on incremental quantities and that can be programmed for the solution of differential equations in a manner similar to an analog computer. (C) 165-1977w, 610.10-1994

**digital filter** A device that produces a predetermined digital output in response to a digital input. For example, a digital filter may use arithmetic or delays in order to obtain the desired transfer function. (C) 610.10-1994

**digital image** An image that has been converted into an array of pixels, each of which has an associated value called its gray level. *Note:* A digital image may be referred to as an image when the intended meaning is clear from the context. *Synonym:* digitized image. *See also:* digitization.
(C) 610.4-1990

**digital line link (digital line path)** A digital link that comprises a digital line section or a number of tandem-connected digital line sections. (COM) 1007-1991

**digital line section** A digital section implemented on a single type of manufactured transmission medium, such as symmetric cable pair, coaxial, or fiber. (COM) 1007-1991

**digital link** The method of digital transmission of a digital signal of specified rate between two digital distribution frames (or equivalent). *Notes:* 1. A digital link comprises one or more digital sections and may include multiplexing or demultiplexing, with the rule that the digital signal exiting the link must not differ in information content from the signal entering the link. 2. The term may be qualified to indicate the transmission medium used, for example, "digital satellite link." 3. The term always applies to the combination of "forward" and "return" directions of transmission, unless stated otherwise. 4. The term *digital path* is sometimes used to describe one or more digital links connected in tandem, especially between equipment at which the signals of the specified rate originate and terminate. (COM) 1007-1991

**H.V. power flow control reactor** A transmission class reactor connected in series with the transmission system in order to optimize power flow by altering the line reactance. (PE) C57.16-1996

**HWCI** *See:* hardware configuration item.

**hybrid balance (data transmission)** A measure of the degree of balance between two impedances connected to two conjugate sides of a hybrid set, and is given by the formula for return loss. (PE) 599-1985w

**hybrid circuit (A)** A circuit, usually in the form of a module or substrate, that is made up of discrete components and integrated circuits. *Contrast:* monolithic integrated circuit. **(B)** A circuit that uses a combination of digital and analog components, modes of operation, or techniques. (C) 610.10-1994

**hybrid coil (bridge transformer) (data transmission)** A single transformer having effectively three windings, which is designed to be connected to four branches of a circuit so as to render these branches conjugate in pairs. (PE) 599-1985w

**hybrid computer (1) (analog computer)** A computer which consists of two main computers, one a dc analog computer, and the other a digital computer, with appropriate control and signal interface, such that they may simultaneously operate or solve, or both, upon different portions of a single problem. (C) 165-1977w
**(2)** A computer consisting of both a DC analog computer and a digital computer that can process both analog and digital data. (C) 610.10-1994

**hybrid coupling** A type of coupling in which different subsets of the range of values that a data item can assume are used for different and unrelated purposes in different software module. *Contrast:* common-environment coupling; content coupling; control coupling; data coupling; pathological coupling. (C) 610.12-1990

**hybrid device** A VMEbus compatible device that includes application-specific subsets of VXIbus protocols. (C/MM) 1155-1992

**hybrid junction (waveguide components)** A waveguide or transmission-line arrangement with four ports which, when the ports have reflectionless terminations, has the property that energy entering ay one port is transferred (usually equally) to two of the remaining three. (MTT) 147-1979w

**hybrid mode (1) (fiber optics)** A mode possessing components of both electric and magnetic field vectors in the direction of propagation. *Note:* Such modes correspond to skew (non-meridional) rays. *See also:* mode; skew ray; transverse electric mode; transverse magnetic mode. (Std100) 812-1984w
**(2) (waveguide)** A waveguide mode such that both the electric and magnetic field vectors have components in the direction of propagation of the mode as well as transverse components. (MTT) 146-1980w

**hybrid-mode horn (antenna)** A horn antenna excited by one or more hybrid waveguide modes in order to produce a specified aperture illumination. (AP) 145-1993

**hybrid network** A local area network or wide area network that contains a mixture of topologies and access methods. (C) 610.7-1995

**hybrid set (data transmission)** Two or more transformers interconnected to form a network having four pairs of accessible terminals to which may be connected four impedances so that the branches containing them may be made conjugate in pairs when the impedances have the proper values but not otherwise. (PE) 599-1985w

**hybrid simulation** A simulation, portions of which are designed to be executed on an analog system and portions on a digital system. Interaction between the two portions may take place during execution. *See also:* analog simulation; digital simulation. (C) 610.3-1989

**hybrid tee (waveguide components)** (magic tee) A hybrid junction composed of an E-H tee with internal matching elements, which is reflectionless for a wave propagating into the junction from one pot when the other three ports have reflectionless terminations. (MTT) 147-1979w

**hybrid wave (radio-wave propagation)** An electromagnetic wave in which either the electric or magnetic field vector is linearly polarized normal to the plane of propagation and the other vector is elliptically polarized in this plane. *See also:* transverse-electric hybrid wave; transverse-magnetic hybrid wave. (AP) 211-1977s

**hydraulically-release-free (trip-free)** (as applied to a hydraulically operated switching device) A term indicating that by hydraulic control the switching device is free to open at any position in the closing stroke if the release is energized. *Note:* This release-free feature is operative even though the closing control switch is held closed. (PE/SWG) C37.100-1992

**hydraulic operation** Power operation by movement of a liquid under pressure. (PE/SWG) C37.100-1992

**hydraulic pressure supply system** The pumps, means for driving them, pressure and sump tanks, valves and piping connecting the various parts of the governing system, and associated and accessory devices. (PE) 125-1988r

**hydro capability (power operations)** The capability supplied by hydroelectric sources under specified water conditions. (PE) 858-1987s

**hydroelectric station (power operations)** An electric generating station utilizing hydroenergy for the motive force of its prime movers. (PE) 858-1987s

**hydrolysis (composite insulators)** The chemical reaction between the ions of water and polymer materials resulting in depolymerization and a change of electrical and mechanical properties. (PE/T&D) 987-1985w

**hydromagnetic wave*** *See:* magneto-hydrodynamic wave.
* Deprecated.

**hydro-thermal coordination** Coordinated operation of hydroelectric, pumped-storage hydro, and steam electric stations so as to obtain minimum costs for the system over a predetermined period. (PE) 858-1993

**hyperabrupt junction (nonlinear, active, and nonreciprocal waveguide components) (semiconductor)** A specially designed p-n junction that provides a greater capacitance change over a given voltage range than does an abrupt junction. These devices offer a linear frequency versus voltage characteristic over a limited voltage range when used in a voltage controlled oscillator. The slope of a log-log plot of abrupt-junction capacitance versus voltage is 0.5, whereas a hyperabrupt junction has a slope between 0.5 and 2.0 in the hyperabrupt voltage region. (MTT) 457-1982w

**hypercube architecture** A computer architecture in which processors are arranged as nodes in multiple dimensions with direct channel communication among neighboring nodes. *Note:* An n-dimensional hypercube has $2^n$ nodes. (C) 610.10-1994

**hypermedia** The integration of text, graphics, sound, or video into an associative, user-controllable system of information storage and retrieval; for example, a hypermedia presentation on exercise might include dynamic links to additional topics such as health, anatomy, and sporting events. *Note:* If the information is primarily presented in text form, the product is known as hypertext. *See also:* multimedia. (C) 610.10-1994

**hypertape drive** A high-speed tape drive that uses tape cartridges that can be automatically loaded. (C) 610.10-1994

**hypertext** *See:* hypermedia.

**hyphenation** In text formatting, a manual, semi-manual, or fully automatic process of selecting appropriate word breaks at the end of a line of text and inserting a hyphen at one of those breaks. *Contrast:* hyphenless justification. *See also:* automatic hyphenation; manual hyphenation; semi-manual hyphenation. (C) 610.2-1987

**hyphen drop** In word processing, the automatic omission of a discretionary hyphen from formatted text when the hyphen is not needed to achieve justification. (C) 610.2-1987

lly mounted. (C) **(mercury-**
**sm** in which mercury estab-
**es** in a sealed capsule as a
**d** by an electromagnetically
-up or dropout or both. *See*
(Std100)
**minating engineering)** An
high-pressure mercury arc
**pe** coated with a fluorescing
sforms some of the ultravi-
into light.
(EEC/IE) [126]
**iverter (dielectric heating)**
source which utilizes the os-
through an inductor and a
frequency power. The spark
and a pool of mercury in a
induction heating.
**IA)** 169-1955w, 54-1955w
**eering)** A high intensity dis-
major portion of the light is
rcury operating at a partial
$0^5$ Pa (one atmosphere). In-
(mercury-fluorescent), and
(EEC/IE) [126]

onstant-current (series) mer-

**pe** meter in which a portion
cury, which serves to direct
ortions of the rotor. *See also:*
(Std100)
**ell** in which depolarization
mercury. *See also:* electro-
341
A pool cathode consisting of
(ED) [45], [84]
the movement of mercury
(EEC) [87]
**ge** that utilizes the acoustic
mercury to store data. *See*
(C) 610.10-1994
**rs (power and distribution**
type) Transformers, auto-
erating mercury or metallic
of lighting applications, in-
dway, uviarc, and other pro-
(PE) C57.12.80-1978r
which the active gas is mer-
(ED) 161-1971w
e two or more sets of items
equence. (C) [20], [85]
bine the items of two or more
e set in that order. *See also:*
coalesce; collate; merge sort;
erge. (C) 610.5-1990
r's parallel sort.
in which the set of search
e sequence as the set to be
equentially, using the first
r greater search key is found,
cessful search, the latter, an
for the next search argument
off. (C) 610.5-1990
to be sorted is divided into
t are sorted, and the sorted
erging sort. *See also:* exter-
ort. (C) 610.5-1990
that involves dual ring sta-
ng links in favor of a restored
(C/LM) 802.5c-1991

**merging sort** *See:* merge sort.

**meridional ray (fiber optics)** A ray that passes through the optical axis of an optical waveguide (in contrast with a skew ray, which does not). *See also:* axial ray; geometric optics; numerical aperture; optical axis; paraxial ray; skew ray. (Std100) 812-1984w

**Merritt and Miller's Own Block Structured Simulation Language (MOBSSL-UAF)** A simulation language used to model continuous systems using an augmented block structure. (C) 610.13-1993

**Mesa** An application development language used by Xerox to program Viewpoint applications. (C) 610.13-1993

**mesh (1)** A set of branches forming a closed path in a network, provided that if any one branch is omitted from the set, the remaining branches of the set do not form a closed path. *Note:* The term loop is sometimes used in the sense of mesh. *See also:* network analysis. (Std100) 270-1966w
**(2) (computer graphics)** A group of polygons that, when placed on the surface of a three-dimensional object, visually describes the shape of the exterior surface. (See the corresponding figure.)



mesh

(C) 610.6-1991

**mesh-connected circuit** A polyphase circuit in which all the current paths of the circuit extend directly from the terminal of entry of one phase conductor to the terminal of entry of another phase conductor, without any intermediate interconnections among such paths and without any connection to the neutral conductor, if one exists. *Note:* In a three-phase system this is called the delta (or D) connection. *See also:* network analysis. (Std100) 270-1966w

**mesh current** A current assumed to exist over all cross sections of a given closed path in a network. *Note:* A mesh current may be the total current in a branch included in the path, or it may be a partial current such that when combined with others the total current is obtained. *See also:* network analysis. (Std100) 270-1966w

**mesh or loop equations** Any set of equations (of minimum number) such that the independent mesh or loop currents of a specified network may be determined from the impressed voltages. *Notes:* 1. For a given network, different sets of equations, equivalent to one another, may be obtained by different choices of mesh or loop currents. 2. The equations may be differential equations, or algebraic equations when impedances and phasor equivalents of steady-state single-frequency sine-wave quantities are used. *See also:* network analysis. (Std100) 270-1966w

**mesial point (pulse terminology)** A magnitude referenced point at the intersection of a waveform and a mesial line. *See also:* waveform epoch. (IM) 194-1977w

**mesopause (radio-wave propagation)** The upper boundary of the mesosphere. (AP) 211-1990

**mesopic vision (illuminating engineering)** Vision with fully adapted eyes at luminance conditions between those of photopic and scotopic vision, that is, between about 3.4 cd/m$^2$ ($2.2 \times 10^{-3}$ cd/in$^2$) (1.0 fL) and 0.034 cd/m$^2$ ($2.2 \times 10^{-5}$ cd/in$^2$) (0.01 fL). (EEC/IE) [126]

**mesosphere** That part of the Earth's atmosphere, located above the stratosphere, in which the temperature decreases with increasing height. The mesosphere extends to an altitude of around 85 km, where the temperature reaches a minimum value. (AP) 211-1990

**message (1) (telephone switching systems)** An answered call or the information content thereof. (COM) 312-1977w
**(2) (A)** In information theory, an ordered series of characters or bits intended to convey information. **(B)** An arbitrary amount of information whose beginning and end are defined or implied. **(C)** For bisync-type devices, the data unit from the beginning of a transmission to the first end-of-text (ETX) characters. **(D)** A group of characters and control bit sequences transferred as an entity from a data source to a data sink, where the arrangement of characters is determined by the data source. **(E)** In telecommunications, a combination of characters and symbols transferred from one point to another. (PE/SUB) 999-1992
**(3)** A value or set of values representing an interface event between functions. The term as used here is intended to be very primitive, not implying a particular structure or interface protocol unless modified by an appropriate adjective (like transaction-initiation message). A message can be arbitrarily simple (a signal) or complicated. (C/MM) 1212.1-1993
**(4)** A set of packets starting with a HEADER, consisting of that HEADER and all (ACKNOWLEDGE and DATA) packets transmitted as the immediate consequence of the command in that HEADER, and terminating when the M-module returns to the IDLE Master Controller state. (C/TT) 1149.5-1995
**(5)** An ordered series of characters used to convey information. (C) 610.7-1995
**(6)** Information that can be transferred among processes or threads by being added to and removed from a message queue. A message consists of a fixed-size message buffer. (C/PA) 9945-1-1996
**(7)** Information that can be transferred among tasks (possibly in different processes) by being added to and removed from a message queue. (C/PA) 1003.5b-1995

**message-based device** An intelligent device that implements the defined VXIbus registers and communication protocols. (C/MM) 1155-1992

**message box** A visual user interface control used to display information not requested by the user but displayed in a secondary window by an application in response to an unexpected event or a possibility of something undesirable happening. (C) 1295-1993

**message code (MC)** The predefined 12-bit code contained in an Auto-Negotiation Message Page. (C/LM) 802.3u-1995

**message_extension** An allocated buffer in System Memory containing items that either would not fit in the primary_message or that are only needed for unusually large messages. (C/MM) 1212.1-1993

**message identifier** An identifier used to identify derived MAC protocol data units (DMPDUs) derived from the same initial MAC protocol data unit (IMPDU). (C/LM) 8802-6-1994

**message-mode agent** An agent that exclusively uses message space for communication with other agents. (C/MM) 1296-1987s

**message-mode system** A system in which communication between agents is via blocks of data transmitted in the message space. (C/MM) 1296-1987s

**message page** An Auto-Negotiation Next Page encoding that contains a predefined 12-bit message code. (C/LM) 802.3u-1995

**message queue (1)** A data structure and related procedures for passing a sequence of primary_messages from one or more producers to a consumer. (C/MM) 1212.1-1993

ored in a compact form in a
aracteristics of the data and
f the data.
(C) 610.5-1990
pact form in a storage me-
s of the data and the medium
ee also: packed binary data;
(C) 610.5-1990
stored in a compact form in
haracteristics of the data and
f the data. In the most com-
al digit is represented in bi-
e right-most decimal digit is
t (hexadecimal A,C,E, or F
).

0111 0101 $1111_2$ = $275F_{16}$

1001 0001 $1011_2$ = $091B_{16}$
al data. (C) 610.5-1990
s including data and control
transmitted as a composite
ents and possibly error con-
a specified format.
(COM/LM) 168-1956w
f information that is trans-
peration in message space.
r operation.
(C/MM) 1296-1987s
t contains addressing infor-
RC. A subaction consists of
n echo packet.
(C/MM) 1596-1992
itted over the link medium,
AC frame, and the start of
ers. *See also:* frame.
(C/LM) 802.12-1995
ing of a 16-bit word plus 1
(C/TT) 1149.5-1995
a specific order and format.
n followed by a payload. A
of_packet marker. *See also:*
(BA/C) 1355-1995
-size that is transmitted as a
a header containing control
umber, the network address
packet, and the network ad-
*See also:* long packet; short
) 610.10-1994, 610.7-1995
ta bits. A packet is normally
ugh the cable physical layer
ecial short packets for man-
(C/MM) 1394-1995
ceded by the Preamble and
ded, as appropriate, for the
(C/LM) 802.3u-1995
t contains addressing infor-
RC. A subaction consists of
n echo packet.
(C/MM) 1596.3-1996
is transmitted within a single
(C/MM) 1596.4-1996
PAD) (1) A device that as-
ts.
COM/C/LM) 8802-9-1996
that performs packet assem-
y refers to a terminal multi-
and terminals on a network.
(C) 610.7-1995

**packet assembly/disassembly** The process of dividing a message into packets for transmission over a packet switching network and then reassembling the packets in the original message. (C) 610.7-1995

**PACKET COUNT packet** A packet by means of which an M-module conveys to addressed S-modules the number of packets to follow in the current message. S-modules may or may not include the ability to use the data in this packet. (C/TT) 1149.5-1995

**packet data network** *See:* packet switching network.

**packet data transfer** A very fast, but technology-dependent, noncompelled transfer mechanism used to transfer data from a source to a destination. (BA/C) 1014.1-1994

**packet data transfer protocol** A very fast but technology-dependent noncompelled transfer mechanism that uses a compelled protocol over the entire packet to provide flow control. (BA/C) 10857-1994, 896.4-1993

**packet error** An error that occurs when a packet is lost in the network. *See also:* abnormal preamble; address error; alignment error; type error. (C) 610.7-1995

**packet handler (PH)** A device for processing packets or frames in a manner so as to be able to route individual frames or packets out of one data stream into multiple different data streams. (COM/C/LM) 8802-9-1996

**packetized data transfer** Transfer of data through a network where data is conveyed in packets and/or frames in a statistical manner. Packets or frames are propagated through the network and delivered to destinations based on addressing information contained therein. (COM/C/LM) 8802-9-1996

**packet latency** During a send/receive message, the number of packet transfers by which the first non-NULL DATA packet returned by the addressed S-module lags the first non-null DATA packet transmitted by the M-module. (C/TT) 1149.5-1995

**packet layer** The layer of the protocol concerned with end-to-end transmission of information, possibly through a number of intermediate routers. It is at the packet layer that the routing decisions are taken. (BA/C) 1355-1995

**packet mode protocol** The access protocol based on the use of out-of-band control and Link Layer multiplexing. (COM/C/LM) 8802-9-1996

**packet pair** Two packets, one transmitted by the M-module and one by an S-module, such that the last 14 bits of the M-module-originated packet are transmitted simultaneously with the first 14 bits of the S-module-originated packet. (C/TT) 1149.5-1995

**packet-switched data network (PSDN)** A packet-switched subnetwork that can be a PPSN (private) or a PSPDN (public) packet-switched network. (COM/C/LM) 8802-9-1996

**packet switched network** *See:* packet switching network.

**packet switched public data network (PSPDN)** A public subnetwork that is accessed via the CCITT X.25 protocol and that provides virtual circuit service. (COM/C/LM) 8802-9-1996

**packet switching (1)** A data transmission process, utilizing addressed packets, whereby a channel is occupied only for the duration of transmission of the packet. *See also:* circuit switching; message switching; store-and-forward switching. (COM/LM) 168-1956w
**(2)** A technique used in data communications in which messages are broken into finite-size packets and are forwarded to the other party over the network. Packets may vary in size so long as the size does not exceed the maximum size convention for the local network or protocol in use. *Note:* The packets need not travel the same path. At the end of the circuit, the packets are reassembled into the messages and are then passed on to the receiving terminals. *Contrast:* cell switching. *See also:* fast packet switching; virtual circuit. (C) 610.7-1995

**packet switching network** A network that uses packet switching techniques for transmission of data. *Synonyms:* packet data network; packet switched network. (C) 610.7-1995

**packet symbol** A symbol contained within a packet and protected by the packet's CRC. (Exception: part of the second symbol in a packet contains flow control information that is not covered by the CRC, but the symbol as a whole is still considered to be within the packet.) (C/MM) 1596-1992

**packing density (computers)** The number of useful storage cells per unit of dimension, for example, the number of bits per inch stored on a magnetic tape or drum track. (C/MIL) [2], [20], [85]

**packing fraction (fiber optics)** In a fiber bundle, the ratio of the aggregate fiber cross-sectional core area to the total cross-sectional area (usually within the ferrule) including cladding and interstitial areas. *See also:* ferrule; fiber bundle. (Std100) 812-1984w

**packing gland** An explosion-proof entrance for conductors through the wall of an explosionproof enclosure, to provide compressed packing completely surrounding the wire or cable, for not less than 0.5 in measured along the length of the cable. *See also:* mine feeder circuit. (EEC/PE) [119]

**PAD** *See:* packet assembler/disassembler; packet assembly/disassembly.

**pad (1) (attenuating pad) (data transmission)** A nonadjustable passive network that reduces the power level of a signal without introducing appreciable distortion. *Note:* A pad may also provide impedance matching. (PE) 599-1985w
**(2) (data management)** To fill an item such as a record or block with one or more filler characters in order to satisfy some prescribed condition. For example, in order to right justify a seven-character string in a ten-position field, three blank characters are used to pad the data. *See also:* character fill; zero fill. (C) 610.5-1990
**(3)** Any combination of octets used to extend the end of the data field of the ISO/IEC 8802-3 MAC frame so that it will meet minimum length requirements. (C/LM) 802.12-1995

**padding (A)** The technique of filling out a fixed-length block of data with dummy characters, words, or records. **(B)** Dummy characters, words, or records used to fill out a fixed-length block of data. (C) 610.12-1990

**paddle** A cursor control device consisting of a rotatable knob and potentiometer used to control the position of a cursor on a display device. (C) 610.10-1994

**pad electrode (dielectric heating)** One of a pair of electrode plates between which a load is placed for dielectric heating. (IA) 169-1955w, 54-1955w

**pad-mounted (1)** A method of supporting equipment, generally at ground level. (NESC) C2-1977s
**(2)** A general term describing equipment positioned on a surface-mounted pad located outdoors. The equipment is usually enclosed with all exposed surfaces at ground potential. (PE/SWG) C37.100-1992

**pad-mounted equipment** A general term describing enclosed equipment, the exterior of which enclosure is at ground potential, positioned on a surface-mounted pad. (NESC) C2-1997

**pad-mounted transformer (power and distribution transformers)** An outdoor transformer utilized as part of an underground distribution system, with enclosed compartment(s) for high-voltage and low-voltage cables entering from below, and mounted on a foundation pad. (PE) C57.12.80-1978r

**pad-type bearing (rotating machinery)** A journal or thrust-type bearing in which the bearing surface is not continuous but consists of separate pads. *See also:* bearing. (PE) [9]

**PAGE** A text-formatting language that uses two-character instruction codes to control typesetting. (C) 610.13-1993

**page (1) (A)** A fixed-length segment of data or of a computer program treated as a unit in storage allocation. *See also:* paging. **(B)** In a virtual storage system, a fixed-length segment

ridian convergence zone (polar region) away from the place of intended operation. (AE) 172-1983w

**pseudonoise sequence (communication satellite)** A binary sequence with a very desirable transorthogonal auto-correlation property. In space communications commonly used for synchronization and ranging. Syn: PN sequence. (COM) [19]

**pseudo-op** *See:* pseudo-instruction.

**pseudo operation** *See:* pseudo-instruction.

**pseudo-random** Pertaining to the approximation of true, statistical randomness. (C) 1084-1986w

**pseudo-random number** Any member of a sequence of numbers sufficiently close to a random number sequence to permit its use in calculations formally requiring random numbers. (C) 1084-1986w

**pseudo-random number sequence (1)** A sequence of numbers, determined by some defined arithmetic process, that is satisfactorily random for a given purpose, such as by satisfying one or more of the standard statistical tests for randomness. Such a sequence may approximate any one of several statistical distributions, such as uniform distribution or normal Gaussian distribution. (C) [20], [85]
**(2) (mathematics of computing)** A sequence of numbers, determined by some defined arithmetic process, that is sufficiently close to a random number sequence to permit its use in calculations formally requiring a random number sequence. (C) 1084-1986w

**pseudo-random test signal** A signal consisting of a bit sequence that approximates a random signal. (COM) 1007-1991

**pseudoternary coding** A means of digital signaling in which three signal levels are used to encode binary data. (C) 610.10-1994

**PSF** *See:* product specification file.

**PSK** *See:* phase-shift keying.

**PSN** *See:* private switching network; public switched network.

**PSPDN** *See:* packet switched public data network.

**PSS** *See:* physical source statements.

**PSTN** *See:* public switched telephone network.

**PSW** *See:* program status word.

**psychometric chroma (illuminating engineering)** A correlate of perceived chroma defined in terms of CIELUV or CIELAB. Equal scale intervals correspond approximately to equal differences in perceived chroma. (EEC/IE) [126]

**psychometric hue-angle (illuminating engineering)** A correlate of hue defined in terms of CIELUV or CIELAB. (EEC/IE) [126]

**psychometric lightness (illuminating engineering)** A correlate of lightness defined in terms of CIELUV or CIELAB. Equal scale intervals correspond approximately to equal differences in (perceived) lightness. (EEC/IE) [126]

**psychometric saturation (illuminating engineering)** A correlate of saturation defined in terms of CIELUV. Equal scale intervals correspond approximately to equal differences of (perceived) saturation. *Note:* Psychometric saturation cannot be calculated in terms of CIELAB. (EEC/IE) [126]

**psychophysics** Study of correlations between stimulus parameters and detection or perception of stimuli. (PE/T&D) 539-1990

**PTE** *See:* Port Transfer Error.

**PTM** *See:* pulse-time modulation.

**PTT** *See:* postal telephone and telegraph.

**PTYPE** *See:* protocol type.

**p-type crystal rectifier** A crystal rectifier in which forward current flows when the semiconductor is positive with respect to the metal. *See also:* rectifier. (EEC/PE) [119]

**p-type semiconductor** *See:* semiconductor, *p*-type.

**public** A design feature, documented in the component data sheet, that may be used by purchasers of the component. (C/TT) 1149.1-1990

**public-address system** A system designed to pick up and amplify sounds for an assembly of people. (EEC/PE) [119]

**public circuit-switched network** A public data network using circuit-switching techniques. (C) 610.7-1995

**public data network** A network established and operated by communications common carriers or telecommunications administrations for the specific purpose of providing low error-rate data transmission services to the public. *Synonym:* public data transmission service. *Contrast:* private network. *See also:* public circuit-switched network; public packet switching network; public switched network. (C) 610.7-1995

**public data transmission service** *See:* public data network.

**public key system** An encryption system using a combination of a public encryption key and a private decryption key to provide message security or authentication. *See also:* electronic signatures. (C) 610.7-1995

**public object** The representation by the client of an object in a particular language binding. (C/PA) 1224-1993, 1238.1-1994, 1327-1993, 1328-1993

**public OM object** The representation by the client of an object in a particular programming language binding. (C/PA) 1224.2-1993, 1326.2-1993, 1327.2-1993, 1328.2-1993

**public packet switching network** A public data network that uses packet switching techniques. (C) 610.7-1995

**public specifications** Specifications that are available, without restriction, to anyone for implementation, sublicensing, and distribution (i.e., sale) of that implementation. (C/PA) 14252-1996

**public switched network** A public data network in which dedicated communications paths are established for customers. (C) 610.7-1995

**public switched telephone network (PSTN) (1)** A telephone network in which connections are established as and when required and that is supplied, operated, and controlled by one or more telecommunications operating companies to provide telephone service that is available to the public. (COM) 823-1989w
**(2)** Commonly called the switched telephone network. (AMR) 1390-1995
**(3)** A network of a complete public telephone system, including telephones, lines and exchanges. (C) 610.7-1995

**public telecommunications exchange (telephone switching systems)** A telecommunications exchange that serves the public. (COM) 312-1977w

**public telephone network** A network of public telephone system. *See also:* public switched telephone network. (C) 610.7-1995

**public telephone station (pay station)** A station available for use by the public, generally on the payment of a fee that is deposited in a coin collector or is paid to an attendant. *See also:* telephone station. (EEC/PE) [119]

**puck (computer graphics)** An input device, used as a locator, consisting of a hand-held control box with crosshairs that can be moved over a data tablet containing an image such that the user can identify a point in the image. *Note:* This term is sometimes used to refer to a mouse. (C) 610.10-1994, 610.6-1991

**pull (data management)** To retrieve data from a stack. *Synonym:* pop. *Contrast:* push. (C) 610.5-1990

**pull blade (cable plowing)** A plow blade used to pull direct burial conductors into position by means of a suitable pulling grip attachment at the heel of the blade. (PE/T&D) 590-1977r

**pull box** A box with a blank cover that is inserted in one or more runs of raceway to facilitate pulling in the conductors, and may also serve the purpose of distributing the conductors. *See also:* cabinet. (EEC/PE) [119]

**puller** *See:* puller, bullwheel.

**puller, bullwheel** A device designed to pull pulling lines and conductors during stringing operations. It normally incorpo-



rates one or mor
driven, single or
pair is arranged i
generated against
grooves of a pul
equipped with im
mechanically, hy
both. Some of th
tensioner. Synony

**puller, drum** A d
stringing operati
engine, which dri
or through a com
synthetic fiber ro
The pulling line i
the travelers in th
The conductor is
back onto the dru
thetic fiber rope a
lines across canyo
gle drum; tugger;

**puller, reel** A device
ing operations. It
which drives the
hydraulically, or th
turn, drives the ree
the same as that
function as either

**puller, two drum,**
for this unit is esse
It differs in that th
and thus can pull
or simultaneously.
drum; tugger; winc
triple drum; winch

**pulley (1) (rotating**
wheel used to trans
etc. *See also:* rota
(2) *See also:* shea

**pull function*** *See:*
* Deprecated.

**pulling eye** A device
conductors of a ca
armor and to which
in order to pull the
eyes are sometimes
oil feed or vacuum

**pulling figure (osci**
mum and minimum
the phase angle of
varies through 360
coefficient is consta
0.20. (Voltage stand
circuit; waveguide.

**pulling into synchro**
of synchronizing by
synchronous.

**pulling iron** An ancho
a manhole or vault

**pulling line (conduct**
line, normally synth
the conductor. Howe
ductor is being repla
pulling line for the
conductor must be c
the pulling operation

**pulling out of synchro**
of losing synchroniz

time that elapses
ator to its receipt
(C) 610.7-1995
tween the electric
lding or structure
NESC) C2-1997
the last pole or
lices, if any, con-
at the building or
(NEC) [86]
or multiconductor
rall covering, pri-
ng types:
ture-resistant cov-
protection against
nd use, having a
quired to have a
ection against me-
ables having an
purpose do not re-
e-conductor Type
erground use may
with the assembly.
nductor assemblies
ave a bare copper
nstructions do not
o or more conduc-
ulated.
NEC/NESC) [86]
ystems) (overhead
he terminals of the
tside the building,
ap or splice to the
(NESC) [86]
onductors between
d the point of con-
service equipment
may be no service-
ntirely outside the
E/T&D) [10], [86]
t) The aggregate of
or unit in its enclo-
g normal, accident,
(PE) 387-1995
t, usually consisting
d their accessories,
ply conductors to a
se defined area, and
nd means of cutoff
NEC/NESC) [86]
ystems) Determina-
the customer.
COM) 312-1977w
ng-current motor)
ted power, indicates
e carried under the
or. *See also:* asyn-
(PE) [9]
ervice equipment or
ound.
(PE/T&D) [10]
eliability, availabil-
measurement) The
vice state.
(PE) [3]
for the benefit of the
27-1993, 1328-1993
nternal to an agency
ted, which performs

radioassay measurements for the purpose of providing analytical results, exclusive of the purpose of monitoring or testing. The term "service laboratory" is synonymous with "processing laboratory." (NI) N42.23-1995

**service lateral** The underground service conductors between the street main, including any risers at a pole or other structure or from transformers, and the first point of connection to the service-entrance conductors in a terminal box or meter or other enclosure with adequate space, inside or outside the building wall. Where there is no terminal box, meter, or other enclosure with adequate space, the point of connection shall be considered to be the point of entrance of the service conductors into the building. (NEC/NESC) [86]

**service life (1) (primary cell or battery)** The period of useful service before its working voltage falls to a specified cutoff voltage. (EEC/PE) [119]
**(2) (storage cell or battery)** The period of useful service under specified conditions, usually expressed as the period elapsed before the ampere-hour capacity has fallen to a specified percentage of the rated capacity. *See also:* battery; charge. (EEC/PE) [119]
**(3)** The actual period from initial operation to retirement of a system, structure, or component. (PE) 1205-1993

**service life capacity** Minimum battery capacity needed to meet design requirements, including temperature correction but excluding margin. (PE) 1106-1987s

**service life of cable (cable systems)** The time during which satisfactory cable performance can be expected for a specific set of service conditions. (PE/SUB) 422-1986w, 525-1992

**service order process time** A command to a switching system to install, remove, or rearrange trunking, routing, or a customer's service. The time required for input of a service order and its implementation in the switch under specified traffic conditions may be defined separately for manual or computer-generated input. (COM) 973-1990w

**service period (illuminating engineering)** The number of hours per day for which the daylighting provides a specified illuminance level. It often is stated as a monthly average. (EEC/IE) [126]

**service pipe** The pipe or conduit that contains underground service conductors and extends from the junction with outside supply wires into the customer's premises. *See also:* distributor duct; service. (PE/T&D) [10]

**service-point** The point of connection between the facilities of the serving utility and the premises' wiring. *Note:* For clearances of conductors of over 600 volts, see the National Electrical Safety Code. (NEC/NESC) [86]

**service pole** *See:* structure.

**service primitive (1)** A specific service provided by a particular protocol layer entity. (C/MM) 1394-1995
**(2)** An abstract, implementation-independent interaction between a service user and the service provider. *Synonym:* primitive. (C/LM) 8802-6-1994

**service provider** An implementation of the ACSE and Presentation Layer protocols, to which the APS API provides access. (C/PA) 1351-1994

**service raceway** The raceway that encloses the service-entrance conductors. (NEC/NESC) [86]

**service rating (rectifier transformer)** The maximum constant load that, after a transformer has carried its continuous rated load until there is no further measurable increase in temperature rise, may be applied for a specified time without injury. *See also:* rectifier transformer. (Std100) C57.18-1964w

**service recovery** Actions or strategies that restore the service capabilities of a switching system from detected troubles, both internal and external to the switching system, in order to protect service with minimal impact on customers, consistent with reliability and service objectives. (COM) 973-1990w

**service request** A solicitation of services from a client to a server. A service request may entail the exchange of any number of messages between the client and the server. In this amendment, the term *request* denotes a service request. When naming specific types of requests, the term *request* is qualified by the type of request, as in Queue Job Request and Delete Job Request. (C/PA) 1003.2d-1994

**service request handler (SRH)** A Master responsible for monitoring the service request line, SR, on a segment or a group of segments. When SR=1 the SRH requests bus mastership and after obtaining mastership determines which module(s) is asserting SR, either by polling or by a broadcast operation. The SRH may subsequently service the pending request(s) itself, or may issue interrupt messages to other devices on behalf of the module(s) asserting SR. SR is usually asserted only by modules which lack Mastership capability. 960-1993

**service requirement (thermal classification of electric equipment and electrical insulation)** The specified performance to be expected in a specific application under a specified service condition. 1-1986r

**service routine (computers)** A routine in general support of the operation of a computer, for example, an input-output, diagnostic, tracing, or monitoring routine. *See also:* utility routine. (C/MIL) [2], [20], [85]

**services (1) (logical link control)** The capabilities and features provided by an *N*-layer to an *N*-user. (PE) 799-1987r
**(2)** A set of capabilities provided by one protocol layer entity for use by a higher layer or by management entities. (C/MM) 1394-1995

**service specification** The formal description of the services provided by an entity of the OSI model to the next higher layer. *See also:* application layer; client layer; data link layer; entity layer; logical link control sublayer; medium access control (MAC) sublayer; network layer; physical layer; presentation layer; session layer; sublayer; transport layer. (C) 610.7-1995

**service, standby (electric power utilization)** Service through a permanent connection not normally used but available in lieu of, or as a supplement to, the usual source of supply. (PE) 346-1973w

**service, station** Facilities which provide energy for station use in a generating, switching, converting, or transforming station. (PE) 346-1973w

**service test (1) (primary battery)** A test designed to measure the capacity of a cell or battery under specified conditions comparable with some particular service for which such cells are used. (EEC/PE) [119]
**(2) (meter)** A test made during the period that the meter is in service. *Note:* A service test may be made on the consumer's premises without removing the meter from its support, or by removing the meter for test, either on the premises or in a laboratory or meter shop. *See also:* field tests. (ELM) C12.1-1982s
**(3)** A test, in the "as found" condition, of the battery's capability to satisfy the battery duty cycle. (PE) 1106-1995, 450-1995
**(4) (battery)** A special test of the battery's capability, as found, to satisfy the design requirements (battery duty cycle) of the dc system. (SB) 1188-1996

**service time** The accumulated time one or more components or units are in the in-service state during the reporting period. (PE) 859-1987r

**service voltage (elecrtic power systems in commercial buildings) (system voltage ratings)** The voltage at the point where the electric system of the supplier and the electric system of the user are connected. *See also:* high voltage; low voltage; maximum system voltage; medium voltage; nominal system voltage; service voltage; system voltage; utilization voltage. (IA) [80], 241-1990

**servicing** Planned servicing of the circuit breaker including lubricating and replacing minor parts. (PE/SWG) C37.10-1995

servicing ti
is necessa
servicing
serving (ca
before th
armored.
or cotton.
for insula
servo *See:* s
servo ampl
part of a s
input term
servomecha
at least o
tion. (B)
feedback
mechanic
control sy
(2) (A) A
physical p
*See also:*
repeater
back cont
represents
servomecha
mechanica
tion, in ac
quently, t
in a mann
However,
which a l
ducer can
by a comp
a loop err
of the rec
in a presc
transmitti
servomech
servomecha
ical shaft
input sign
servomecha
which loo
compared
identical
servomech
sition line
transducer,
servomecha
loop trans
$K(1 + a_1s$
$s^n(1 + b_1s$
where K,
of the int
frequency
gain−log
quency sl
also: con
servomotor
gates, ru
vices.
servomotor
the govern
tor from o
set.
servomotor
position of