EXHIBIT R

Microsoft Press Computer Dictionary (2nd ed. 1994)

to

SOVERAIN'S CLAIM CONSTRUCTION BRIEF
PURSUANT TO PATENT RULE 4-5(a)

# MICROSOFT PRESS®

# COMPUTER DICTIONARY

## SECOND EDITION



## THE COMPREHENSIVE STANDARD FOR BUSINESS, SCHOOL, LIBRARY, AND HOME



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Microsoft Press

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data

Microsoft Press computer dictionary : the comprehensive standard for
    business, school, library, and home / Microsoft Press. -- 2nd ed.
        p.   cm.
    ISBN 1-55615-597-2
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
I. Microsoft Press.   II. Title: Computer dictionary.
    QA76.15.M54   1993
    004'.03--dc20                                    93-29868
                                                     CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   MLML   9 8 7 6 5 4

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182-190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.

**Project Editor:** Casey D. Doyle
**Manuscript Editor:** Alice Copp Smith
**Technical Editors:** Mary DeJong, Jeff Carey, Dail Magee, Jr., Jim Fuchs, Seth McEvoy

# A

**absolute value** The magnitude of a number, without respect to its sign (+ or -). An absolute value is always either positive or zero; for example, the absolute value of both 10 and -10 is 10. Programming languages and spreadsheet programs commonly include *functions that re*turn the absolute value of a number.

**abstract** In information processing and library science, a summary, often consisting of one paragraph or a few paragraphs, at the beginning of an investigative document such as a scientific paper.

In character recognition systems, an adjective describing a type of symbol that, unlike a *letter* or a *numeral*, has no intrinsic meaning and must be defined before it can be interpreted.

In programming, an adjective referring to a data type that is defined by the operations that can be performed *on objects of that type* rather than by the properties of the objects themselves. *See also* abstract data type.

**abstract data type** In programming, a data type that is defined in terms of the information it can contain and the operations that can be performed with it. An abstract data type is more generalized than one constrained by the properties of the objects it contains—for example, the data type "pet" is more generalized than the data types "pet dog," "pet bird," and "pet fish." The standard example used in illustrating an abstract data type is the stack, a small portion of memory used to store information, generally on a temporary basis. As an abstract data type, the stack is simply a structure onto which values can be pushed (added) and from which they can be popped (removed). The type of value, such as *integer,* is irrelevant to the definition.

The way in which the *program performs* operations on abstract data types is encapsulated, or hidden, from the rest of the program. Encapsulation enables the programmer to change the definition of the data type or its operations without introducing errors to the existing code that uses the abstract data type. Abstract data types represent an intermediate step between traditional programming and object-oriented programming. *See also* module, object-oriented programming.

**AC** *See* alternating current.

**accelerator** In applications, a key or combination of keys that a user presses to perform an application-defined function. Also called a shortcut key, an accelerator offers a convenient alternative to the mouse in a graphical application.

In hardware, a device that quickens or otherwise improves the operation of one or more subsystems, resulting in better overall system performance. Accelerators are commonly used in computers' display adapters and microprocessors. Depending on the application, an accelerator might not need special software in the form of a device driver to control it. *See also* accelerator card, Windows-based accelerator.

**accelerator card** A printed circuit board that replaces or augments the computer's main microprocessor with a faster one. An accelerator card allows a user to upgrade a system to a faster microprocessor without having to replace the cards, drives, keyboard, or case.

**acceptance test** A formal evaluation performed by a customer, usually at the factory, to verify that the manufacturer has met the agreed-upon specifications and that a device is functioning as intended.

**access** To obtain entry to, or to locate, read into memory, and make ready for, some operation. *Access* is used with regard to disks, files, records, and network entry procedures.

**access arm** The arm that carries the read/write head(s) over the surface of the disk in a disk drive. See the illustration.

**access code** A unique combination of characters, usually letters or numbers, used in communications as identification for gaining access to a remote computer. On a network or an online service, the access code is generally referred to as user name or user ID and password.

**access mechanism** The disk-drive components that position the read/write head(s) over the tracks of a magnetic or an optical disk. More generally, *access mechanism* is used to mean any circuit board or integrated circuit that permits one part of a computer system to send signals to another part. For example, a central processing unit

**damping** A technique for preventing overshoot (exceeding the desired limit) in the response of a circuit or device. An amplifier circuit, for example, might contain components that damp the output, preventing it from exceeding a critical level.

**Darlington circuit** Sometimes called a Darlington pair. An amplifer circuit consisting of two transistors, often mounted in the same housing. The collectors of the two transistors are connected, and the emitter of the first is connected to the base of the second. Darlington circuits are used to provide high-gain current amplification.

**Darlington pair** *See* Darlington circuit.

**DASD** Sometimes pronounced "dazz-dee." Acronym for direct access storage device, a data storage device on which information can be accessed directly, rather than by starting at the beginning of the data and passing sequentially over all intervening storage areas. Thus, a disk drive is a DASD unit. A tape is not a DASD unit because the data is stored as a linear block. *Compare* sequential access; *see also* direct access.

**DAT** *See* digital audio tape, dynamic address translation.

**data** Plural of the Latin *datum,* meaning an item of information. Following classical usage, one item of information should be called a datum, and more than one item should be called data: "The datum is," but "the data are." In practice, however, *data* is frequently used for the singular as well as the plural form of the noun. *Compare* information.

**data acquisition** The process of obtaining data from another source, typically one outside the system. It can be done by electronic sensing, as in process control or communications, or through data terminal input, as in online transaction processing, or from some magnetic medium, as in batch database processing.

**data aggregate** A collection of data records or blocks that typically includes a description of the placement of each block within the collection and its relationship to the entire set.

**data attribute** Structural information about data that serves to establish its context and give meaning to it. The term is also used to refer to descriptive structural information about a data field in a record.

**data bank** A repository of data; any substantial collection of data.

**database** Loosely, any aggregation of data; a file consisting of a number of records (or tables), each of which is constructed of fields (columns) of a particular type, together with a collection of operations that facilitate searching, sorting, recombination, and similar activities.

**database administrator** Abbreviated DBA. The individual or group of individuals responsible for a database. Typically, the DBA is responsible for determining the information content of the database; determining the internal storage structure and access strategy for the database; defining data security and integrity checks; and monitoring database performance and responding to changing requirements.

**database analyst** An individual who provides the analytic functions required to design and/or maintain applications requiring use of a database. The functions performed by a database analyst are, in a database context, much like the functions performed by a systems analyst in a programming context.

**database designer** An individual who provides the design and implementation functions required to implement and/or maintain applications that use a database. The functions performed are, in a database context, much like the functions performed by a programmer in a programming context.

**database engine** The program module or modules that provide access to the functions of a database management system (DBMS). A database engine is used as an interface between the data manipulation language (DML) or programs written in conventional programming languages and the functions supported by the DBMS.

**database machine** A computer peripheral device that, from the viewpoint of the computer, directly executes database-related tasks, relieving the main computer of the execution of these tasks. Database machines can be attached to the computer

that
these
gainst
wheel
fully
le as
inters
laser
daisy



**I**

allows the user to indicate the position of the insertion point for text editing.

**IBG** Interblock gap. *See* inter-record gap.

**IBM Advanced Keyboard** *See* enhanced keyboard.

**IBM AT keyboard** *See* AT keyboard.

**IBMBIO.COM** *See* IO.SYS.

**IBMDOS.COM** *See* MSDOS.COM.

**IBM PC/XT keyboard** *See* PC/XT keyboard.

**IC** *See* integrated circuit.

**I-CASE** Acronym for Integrated Computer-Aided Software Engineering, which is software that performs a wide variety of software engineering functions such as program design, coding (writing the actual program lines), and testing parts or all of the completed program.

**icon** In graphical environments, a small graphics image displayed on the screen to represent an object that can be manipulated by the user. See the illustration. Icons are visual mnemonics; for example, a trash can represents a command for deleting unwanted text or files. Icons allow the user to control certain computer actions without having to remember commands or type them at the keyboard. Icons are a significant factor in the "user-friendliness" of graphical user interfaces. *See also* graphical user interface.

Print Manager

*Icon.*

**iconic interface** A user interface (method of enabling a person to interact with a computer) that is based on icons rather than on typed commands. *See also* graphical user interface, icon.

**IDE** Acronym for Integrated Device Electronics. A type of disk-drive interface in which the controller electronics reside on the drive itself, eliminating the need for a separate adapter card. The IDE interface is compatible with the Western Digital ST-506 controller used by IBM in their PC/AT computer but offers advantages such as look-ahead caching to increase overall performance.

**identifier** Generally, any text string used as a label, such as the name of a procedure or a variable in a program, or the name attached to a hard drive or a floppy disk. *Compare* descriptor.

**idle** A reference to the time (idle time) during which a device is operational but not in use; also, the state (idle state) of such a device while it is awaiting a command to begin working.

**idle character** In communications, a control character transmitted when no other information is available or ready to be sent. *See also* SYN.

**idle interrupt** An interrupt (a signal to the microprocessor) that occurs when a device or process becomes idle.

**idle time** The time during which a device, process, or system is not actually busy working—executing instructions, for example, or transmitting data.

**IEEE** Pronounced "eye-triple-ee." Abbreviation for Institute of Electrical and Electronics Engineers, an organization of engineering and electronics professionals; notable for developing the IEEE 802 standards for the physical and data-link layers of local area networks following the ISO Open Systems Interconnection model.

**IEEE 488** The electrical definition of the general-purpose interface bus (GPIB) as standardized by the Institute of Electrical and Electronics Engineers. The IEEE 488 standard specifies the data and control lines for the bus and the voltage and current levels to be used with the bus. *See also* general-purpose interface bus.

**IEEE 696/S-100** The electrical definition of the S-100 bus used by early personal computer systems based on the Intel 8080, Zilog Z-80, and Motorola 6800 microprocessors. S-100 computers were extremely popular with early computer enthusiasts. They had a completely open architecture, permitting the configuration of systems with a wide range of add-on expansion boards. Several companies still offer systems based on the S-100 bus.

**IEEE 802 standards** A set of standards developed by the IEEE (Institute of Electrical and Electronics Engineers) to define methods of access and control on local area networks (LANs). The IEEE 802 standards correspond to the physical and data-link layers of the widely accepted ISO Open Systems Interconnection model, but they