IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

SOVERAIN SOFTWARE LLC,     )
     )
    Plaintiff,     )
     )
     v.     )    Civil Action No.  6:04cv14
     )
(1)  AMAZON.COM INC.     )    Hon. Leonard E. Davis
(2)  THE GAP, INC.,     )
     )
    Defendants.     )
     )
     )

**PLAINTIFF'S SUR-REPLY TO DEFENDANTS'
REPLY IN SUPPORT OF THEIR JOINT MOTION
TO ENFORCE COMPLIANCE WITH P.R. 3-7 BY
<u>STRIKING AMENDED COMPLAINT</u>**

One searches defendants' reply brief in vain for any acknowledgment that the reply has been served in disregard of Local Rule CV-7(f).  The five day period for the service of reply briefs does not justify the thirteen days taken by defendants, nor is there any excuse for their failure to request permission to file an untimely reply.

Defendants' reply brief also is silent with respect to the facts set forth in Soverain's response brief.  Defendants do not dispute that:

- Soverain filed its Amended Complaint within the time period expressly provided for in the Docket Control Order.

- The Amended Complaint would result in the assertion in this case of only four new patent claims.

- A series of good reasons exist as to why these new patent claims should be tried together with the claims already in this action.

- Options exist which would permit the new patent claims to be accommodated with little or no disruption to the schedule in this case.

- The striking of the Amended Complaint advances no interest.

Even more importantly, defendants fail to address the fundamental question presented by this motion -- where the Docket Control Order permits pleadings to be amended by a specified date, and the parties amend their pleadings on the specified date, but the date falls within the time period for the Initial Disclosure Process under Patent Rule 3, how are such amended pleadings to be accommodated under the schedule?

Defendants' reply to this question is to misconstrue F. R. Civ. P. 16(b) and to argue that the fundamental question need not be addressed.  Most assuredly, F. R. Civ. P. 16(b) provides that a scheduling order may not be modified except upon a showing of good cause.  Rule 16(b) also provides that a scheduling order shall establish a date for the amendment of pleadings.  It is the defendants who seek to nullify that date, with their contention that a timely amended pleading is to be stricken.

Soverain has presented various reasonable alternatives for addressing the instant situation and for answering the scheduling issue which has arisen.  Defendants cannot simply wish away the four new patent claims in the Amended Complaint.  One way or another they will be the subject of litigation between the parties, and the only question is how and when.  Soverain has complied with the Docket Control Order, and the subject for discussion should be how to best

accommodate the amended pleading in the existing schedule.  Unfortunately, this is a discussion in which the defendants do not wish to participate.

Respectfully submitted,

Kenneth R. Adamo (Bar No. 00846960)
Attorney In Charge
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201
Telephone:    (214) 220-1515
Facsimile:    (214) 969-5100
E-mail:  kradamo@jonesday.com

Thomas L. Giannetti
Barry R. Satine
Ognjan V. Shentov
Jennifer Seraphine
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306
E-mail:  tlgiannetti@jonesday.com

Carl R. Roth (Bar No. 17312000)
Michael Smith (Bar No. 18650410)
THE ROTH LAW FIRM LLC
115 N. Wellington, Suite 200
Marshall, Texas  75670
Telephone:    (903) 935-1665
Facsimile:    (903) 935-1797
E-mail:  cr@rothfirm.com

ATTORNEYS FOR PLAINTIFF
SOVERAIN SOFTWARE LLC

NYI-2168549v1

## PROOF OF SERVICE

The undersigned certifies that on the 22nd day of November, 2004, the foregoing pleading was electronically filed with the Court.  Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

| | |
|---|---|
| Max. L. Tribble | mtribble@susmangodfrey.com |
| Victoria Capitaine | vcapitaine@susmangodfrey.com |
| Parker C. Folse III | pfolse@susmangodfrey.com |
| Brooke A. M. Taylor | btaylor@susmangodfrey.com |
| David A. Nelson | dnelson@lw.com |
| Eric Findlay | efindlay@rameyflock.com |
| J. Christopher Carraway | christopher.carraway@klarquist.com |
| Richard D. McLeod | rick.mcleod@klarquist.com |
| John D. Vandenberg | john.vandenberg@klarquist.com |

Barry R. Satine