# Exhibit #14 to Defendants' Markman Brief

Excerpts from Tanenbaum, A., Computer Networks, 2nd ed. © 1989

# COMPUTER NETWORKS

SECOND EDITION

ANDREW S. TANENBAUM

*Vrije Universiteit*
*Amsterdam, The Netherlands*

PRENTICE HALL

ENGLEWOOD CLIFFS, NEW JERSEY 07632

*Library of Congress Cataloging-in-Publication Data*

Tanenbaum, Andrew S.
Computer networks / Andrew S. Tanenbaum.—2nd ed.
p. cm.
Bibliography: p.
Includes index.
ISBN 0-13-162959-X
1. Computer networks. I. Title.
TK5105.5.T36 1988
004.6—dc19 88-16937
CIP

Editorial/production supervision: **Lisa Schulz Garboski**
Manufacturing buyer: **Mary Ann Gloriande**

*Prentice Hall Software Series*
*Brian W. Kernighan, Advisor*

The publisher offers discounts on this book when ordered in bulk quantities. For more information, write:

Special Sales/College Marketing
Prentice Hall
College Technical and Reference Division
Englewood Cliffs, NJ 07632

© 1989 by Prentice-Hall, Inc.
A Division of Simon & Schuster
Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America

10 9 8

ISBN 0-13-162959-X

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

Case 6:04-cv-00014-LED Document 127-15 Filed 11/30/04 Page 4 of 7 PageID #: 3479



computers, while large institutions had at most a few dozen. The idea that within 20 years equally powerful computers smaller than postage stamps would be mass produced by the millions was pure science fiction.

The merging of computers and communications has had a profound influence on the way computer systems are organized. The concept of the "computer center" as a room with a large computer to which users bring their work for processing is rapidly becoming obsolete. This model has not one, but at least two flaws: the concept of a single large computer doing all the work, and the idea of users bringing work to the computer instead of bringing the computer to the users.

The old model of a single computer serving all of the organization's computational needs, is rapidly being replaced by one in which a large number of separate but interconnected computers do the job. These systems are called **computer networks**. The design and analysis of these networks are the subjects of this book.

Throughout the book we will use the term "computer network" to mean an *interconnected* collection of *autonomous* computers. Two computers are said to be interconnected if they are able to exchange information. The connection need not be via a copper wire; lasers, microwaves, and communication satellites can also be used. By requiring the computers to be autonomous, we wish to exclude from our definition systems in which there is a clear master/slave relation. If one computer can forcibly start, stop, or control another one, the computers are not autonomous. A system with one control unit and many slaves is not a network; nor is a large computer with remote card readers, printers, and terminals.

There is considerable confusion in the literature between a computer network and a **distributed system**. The key distinction is that in a distributed system, the existence of multiple autonomous computers is transparent (i.e., not visible) to the user. He† can type a command to run a program, and it runs. It is up to the operating system to select the best processor, find and transport all the input files to that processor, and put the results in the appropriate place.

In other words, the user of a distributed system is not aware that there are multiple processors; it looks like a virtual uniprocessor. Allocation of jobs to processors and files to disks, movement of files between where they are stored and where they are needed, and all other system functions must be automatic.

With a network, a user must *explicitly* log onto one machine, *explicitly* submit jobs remotely, *explicitly* move files around and generally handle all the network management personally. With a distributed system, nothing has to be done explicitly; it is all automatically done by the system without the user's knowledge.

In effect, a distributed system is a special case of a network, one whose software gives it a high degree of cohesiveness and transparency. Thus the distinction between a network and a distributed system lies with the software (especially the operating system), rather than with the hardware.

† "He" should be read as "he or she" throughout this book.

Case 6:04-cv-00014-LED Document 127-15 Filed 11/30/04 Page 5 of 7 PageID #: 3480



*CONNECT.indication*. When a message arrives, the destination process has to be signaled. In effect, it has to get an interrupt, hardly an appropriate concept for programs written in any modern high-level language.

If the program was expecting the attempt to connect to it, it could call a library procedure *receive* to block itself, but if this were the case, why was *receive* not the primitive instead of *indication*? *Receive* is clearly oriented toward the way computers work, whereas *indication* is equally clearly oriented toward the way telephones work. Computers are different from telephones. Computers do not ring. In short, the semantic model of an interrupt-driven system is conceptually a very poor idea and totally at odds with all modern ideas of structured programming. This problem and similar ones are discussed by Langsford (1984).

## 1.7. EXAMPLE NETWORKS

Numerous networks are currently operating around the world. Some of these are public networks run by common carriers or PTTs, others are research networks, yet others are cooperative networks run by their users, and still others are commercial or corporate networks. In the following sections we will take a look at a few representative networks to get an idea of what they are like and how they differ from one another. Other networks are described by Quarterman and Hoskins (1986).

Networks differ in their history, administration, facilities offered, technical design, and user communities. The history and administration can vary from a network carefully planned by a single organization with a well-defined goal, to an ad-hoc collection of machines that have been connected to one another over the years without any master plan or central administration at all. The facilities available range from arbitrary process-to-process communication to electronic mail, file transfer, remote login, and remote execution. The technical designs can differ in the transmission media used, the naming and routing algorithms employed, the number and contents of the layers present, and the protocols used. Finally, the user community can vary from a single corporation to all the academic computer scientists in the industrialized world.

### 1.7.1. Public Networks

In many countries the government or private companies have begun to offer networking services to any organization that wishes to subscribe. The subnet is owned by the network operator, providing communication service for the customers' hosts and terminals. Such a system is called a **public network**. It is analogous to, and often a part of, the public telephone system.

Although public networks in different countries are frequently quite different internally, virtually all of them use the OSI model and the standard CCITT or OSI

protocols for all the layers. In addition, many private networks also use the OSI protocols, or are planning to use them in the near future.

For the lowest three layers, CCITT has issued recommendations that have been universally adopted by public networks worldwide. These layers are always known collectively as **X.25** (the CCITT recommendation number), although ISO has also adopted and numbered them as standards.

The physical layer protocol, called **X.21**, specifies the physical, electrical, and procedural interface between the host and the network. Very few public networks actually support this standard, because it requires digital, rather than analog signaling on the telephone lines, but it may conceivably become more important in the future. As an interim measure, an analog interface similar to the familiar RS-232 standard has been defined.

The data link layer standard has a number of (slightly incompatible) variations. They all are designed to deal with transmission errors on the telephone line between the user's equipment (host or terminal) and the public network (IMP).

The network layer protocol deals with addressing, flow control, delivery confirmation, interrupts and related issues.

Because the world is still full of terminals that do not speak X.25, another set of standards has been defined that describes how an ordinary (nonintelligent) terminal communicates with an X.25 public network. In effect, the user or network operator installs a "black box" to which these terminals can connect. The black box is called a **PAD (Packet Assembler Disassembler)**, and its function is described in a CCITT recommendation known as **X.3**. A standard protocol has been defined between the terminal and the PAD, called **X.28**; another standard protocol exists between the PAD and the network, called **X.29**. Together, these three recommendations are often called **triple X**. We will discuss these standards in Chap. 9.

Above the network layer, the situation is less uniform. ISO has developed standards for a connection-oriented transport layer service definition (ISO 8072) and a connection-oriented transport layer protocol (ISO 8073). Most public networks will no doubt eventually adopt these. The transport service has five different variants. These will be discussed later in the book in the chapter on the transport layer.

ISO has also adopted standards for the connection-oriented session service and protocol (ISO 8326 and ISO 8327) and presentation service and protocol (ISO 8822 and ISO 8823). These will also be adopted eventually by most public networks, although the need is less critical than for a uniform transport service since many applications have no real need for session or presentation services at all.

The application layer contains not just one, but a whole collection of protocols for various applications. The **FTAM (File Transfer, Access, and Management)** protocol provides a way to transfer, access, and generally manipulate remote files in a uniform way. The **MOTIS (Message-Oriented Text Interchange Systems)** protocol is used for electronic mail. It is similar to the CCITT **X.400** series of recommendations. The **VTP (Virtual Terminal Protocol)** protocol provides a terminal-independent way for programs to access remote terminals (e.g., for full-

screen editors). The **JTM (Job Transfer and Manipulation)** protocol is used for submitting jobs to remote mainframe computers for batch processing. It can be used to move both programs and data files. Numerous other industry-specific and application-specific protocols have also been defined, and new ones are being thought up and standardized all the time.

Figure 1-14 shows the numbers of a few of the key international standards. The style of the standards changes radically between layers 3 and 4, since the lower ones were done by CCITT and the upper ones were done by ISO. In particular, CCITT never bothered to distinguish between the service and the protocol, something ISO has meticulously done. Many other standards, including most of the connectionless ones, are not listed. Copies of all the standards are available from national standards organizations (e.g., ANSI).

| Layer | Standard | Description |
|---|---|---|
| 1-7 | ISO 7498 | ISO OSI Basic reference model |
| 7 | ISO 8571 | File transfer, access and manipulation service |
| | ISO 8572 | File transfer, access and manipulation protocol |
| | ISO 8831 | Job transfer and manipulation service |
| | ISO 8832 | Job transfer and manipulation protocol |
| | ISO 9040 | Virtual terminal service |
| | ISO 9041 | Virtual terminal protocol |
| | CCITT X.400 | Message handling (electronic mail) |
| 6 | ISO 8822 | Connection-oriented presentation service |
| | ISO 8823 | Connection-oriented presentation protocol |
| 5 | ISO 8326 | Connection-oriented session service |
| | ISO 8327 | Connection-oriented session protocol |
| 4 | ISO 8072 | Connection-oriented transport service |
| | ISO 8073 | Connection-oriented transport protocol |
| 3 | CCITT X.25 | X.25 layer 3 protocol |
| 2 | ISO 8802 | Local area networks |
| | CCITT X.25 | HDLC/LAPB data link layer |
| 1 | CCITT X.21 | Physical layer digital interface |

**Fig. 1-14.** A few of the key ISO and CCITT network standards. ISO refers to an ISO International Standard. ISO 8802 is derived from IEEE 802.