# Computer Networks

## Third Edition

Andrew S. Tanenbaum

*Vrije Universiteit*
*Amsterdam, The Netherlands*

*For book and bookstore information*

**http://www.prenhall.com**

*Prentice Hall PTR*
*Upper Saddle River, New Jersey 07458*

Library of Congress Cataloging in Publication Data

Tanenbaum, Andrew S. 1944-.
Computer networks / Andrew S. Tanenbaum. -- 3rd ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-13-349945-6
1.Computer networks. I. Title.
TK5105.5.T36 1996 96-4121
004.6--dc20 CIP

Editorial/production manager: *Camille Trentacoste*
Interior design and composition: *Andrew S. Tanenbaum*
Cover design director: *Jerry Votta*
Cover designer: *Don Martinetti, DM Graphics, Inc.*
Cover concept: *Andrew S. Tanenbaum, from an idea by Marilyn Tremaine*
Interior graphics: *Hadel Studio*
Manufacturing manager: *Alexis R. Heydt*
Acquisitions editor: *Mary Franz*
Editorial Assistant: *Noreen Regina*

© 1996 by Prentice Hall PTR
Prentice-Hall, Inc.
A Simon & Schuster Company
Upper Saddle River, New Jersey 07458

The publisher offers discounts on this book when ordered in bulk quantities. For more information, contact:
Corporate Sales Department, Prentice Hall PTR, One Lake Street, Upper Saddle River, NJ 07458.
Phone: (800) 382-3419; Fax: (201) 236-7141. E-mail: corpsales@prenhall.com

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

All product names mentioned herein are the trademarks of their respective owners.

Printed in the United States of America
10 9 8

ISBN 0-13-349945-6

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

# CONTENTS

**PREFACE** xv

**1 INTRODUCTION** 1

1.1 USES OF COMPUTER NETWORKS 3
- 1.1.1 Networks for Companies 3
- 1.1.2 Networks for People 4
- 1.1.3 Social Issues 6

1.2 NETWORK HARDWARE 7
- 1.2.1 Local Area Networks 9
- 1.2.2 Metropolitan Area Networks 10
- 1.2.3 Wide Area Networks 11
- 1.2.4 Wireless Networks 13
- 1.2.5 Internetworks 16

1.3 NETWORK SOFTWARE 16
- 1.3.1 Protocol Hierarchies 17
- 1.3.2 Design Issues for the Layers 21
- 1.3.3 Interfaces and Services 22
- 1.3.4 Connection-Oriented and Connectionless Services 23
- 1.3.5 Service Primitives 25
- 1.3.6 The Relationship of Services to Protocols 27

1.4 REFERENCE MODELS 28
- 1.4.1 The OSI Reference Model 28
- 1.4.2 The TCP/IP Reference Model 35
- 1.4.3 A Comparison of the OSI and TCP Reference Models 38
- 1.4.4 A Critique of the OSI Model and Protocols 40
- 1.4.5 A Critique of the TCP/IP Reference Model 43

1.5 EXAMPLE NETWORKS 44
- 1.5.1 Novell NetWare 45
- 1.5.2 The ARPANET 47
- 1.5.3 NSFNET 50
- 1.5.4 The Internet 52
- 1.5.5 Gigabit Testbeds 54

### 1.3.1. Protocol Hierarchies

To reduce their design complexity, most networks are organized as a series of **layers** or **levels**, each one built upon the one below it. The number of layers, the name of each layer, the contents of each layer, and the function of each layer differ from network to network. However, in all networks, the purpose of each layer is to offer certain services to the higher layers, shielding those layers from the details of how the offered services are actually implemented.

Layer *n* on one machine carries on a conversation with layer *n* on another machine. The rules and conventions used in this conversation are collectively known as the layer *n* **protocol**. Basically, a protocol is an agreement between the communicating parties on how communication is to proceed. As an analogy, when a woman is introduced to a man, she may choose to stick out her hand. He, in turn, may decide either to shake it or kiss it, depending, for example, on whether she is an American lawyer at a business meeting or a European princess at a formal ball. Violating the protocol will make communication more difficult, if not impossible.

A five-layer network is illustrated in Fig. 1-9. The entities comprising the corresponding layers on different machines are called **peers**. In other words, it is the peers that communicate using the protocol.




**Fig. 1-9.** Layers, protocols, and interfaces.

In reality, no data are directly transferred from layer *n* on one machine to layer *n* on another machine. Instead, each layer passes data and control