# OPERATING SYSTEMS:

## Design and Implementation

ANDREW S. TANENBAUM

*Vrije Universiteit*
*Amsterdam, The Netherlands*

**PRENTICE-HALL, INC., Englewood Cliffs, New Jersey 07632**

*Library of Congress Cataloging-in-Publication Data*

Tanenbaum, Andrew S., (date)
Operating systems.

Bibliography: p. 337.
Includes index.
1. Operating systems (Computers) I. Title.
QA76.76.063T36 1986 005.4'3 86-18752
ISBN 0-13-637406-9

Editorial/production supervision
and interior design by Margaret Rizzi
Cover design by Lundgren Graphics, Ltd.
Cover cartoon by Jos Collignon
Manufacturing buyer: Ed O'Dougherty

© 1987 by Prentice-Hall, Inc.
A Division of Simon & Schuster
Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

LIMITS OF LIABILITY AND DISCLAIMER OF WARRANTY
The author and publisher of this book have used their best efforts in preparing this book. These efforts include the development, research and testing of the theories and programs to determine their effectiveness. The author and publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book. The author and publisher shall not be liable in any event for incidental or consequential damages in connection with, or arising out of, the furnishing, performance, or use of these programs.

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

ISBN 0-13-637406-9 025

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Prentice-Hall of Southeast Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

**5 FILE SYSTEMS 251**

5.1 THE USER VIEW OF THE FILE SYSTEM 251
- 5.1.1 File Basics 252
- 5.1.2 Directories 254

5.2 FILE SYSTEM DESIGN 256
- 5.2.1 Disk Space Management 256
- 5.2.2 File Storage 258
- 5.2.3 Directory Structure 261
- 5.2.4 Shared Files 263
- 5.2.5 File System Reliability 266
- 5.2.6 File System Performance 270

5.3 FILE SERVERS 273
- 5.3.1 Interface Level 273
- 5.3.2 Atomic Update 274
- 5.3.3 Concurrency Control 276
- 5.3.4 Transactions 277
- 5.3.5 Replicated Files 279

5.4 SECURITY 279
- 5.4.1 The Security Environment 280
- 5.4.2 Famous Security Flaws 281
- 5.4.3 Generic Security Attacks 283
- 5.4.4 Design Principles for Security 284
- 5.4.5 User Authentication 285

5.5 PROTECTION MECHANISMS 289
- 5.5.1 Protection Domains 289
- 5.5.2 Access Control Lists 292
- 5.5.3 Capabilities 293
- 5.5.4 Protection Models 295
- 5.5.5 Covert Channels 297

5.6 OVERVIEW OF THE MINIX FILE SYSTEM 299
- 5.6.1 Messages 299
- 5.6.2 File System Layout 300
- 5.6.3 Bit Maps 302
- 5.6.4 I-nodes 304
- 5.6.5 The Block Cache 305
- 5.6.6 Directories and Paths 306
- 5.6.7 File Descriptors 308
- 5.6.8 Pipes and Special Files 309
- 5.6.9 An Example: The READ System Call 311

5.7 IMPLEMENTATION OF THE MINIX FILE SYSTEM 311
- 5.7.1 The Header Files 312
- 5.7.2 Table Management 313
- 5.7.3 The Main Program 318
- 5.7.4 Operations on Individual Files 319

to maintain a single directory containing all the files of all the users. If there are many users, and they choose the same file names (e.g., *mail* and *games*), conflicts and confusion will quickly make the system unworkable. This system model is used only by the most primitive microcomputer operating systems.




**Fig. 5-2.** A directory may have several entries, each describing one file. The entries may either contain information about the file, or point to other structures that do.

An improvement on the idea of having a single directory for all files is to have one directory per user [see Fig. 5-3(b)]. This design eliminates name conflicts among users, but is not very satisfactory for users with many files. It is quite common for users to want to group their files together in logical ways. A professor, for example, might have a collection of files that together form a book that he is writing for one course, a second collection of files containing student programs submitted for another course, a third group of files containing the code of an advanced compiler-writing system he is building, a fourth group of files containing grant proposals, as well as other files for incoming and outgoing mail, minutes of committee meetings, papers he is writing, games, and so on. Some way is needed to group these files together reasonably.

What is needed is a general hierarchy (i.e., a tree of directories). With this approach, each user can have as many directories as are needed so that files can be grouped together in natural ways. This approach is shown in Fig. 5-3(c).

When the file system is organized as a directory tree, some way is needed for specifying file names. Two different methods are commonly used. In the first method, each file is given an **absolute path name** consisting of the path from the root directory to the file. As an example, the path */usr/ast/mailbox* means that the root directory contains a subdirectory *usr*, which in turn contains a subdirectory *ast*, which contains the file *mailbox*. Absolute path names always start at the root directory and are unique.

The other kind of name is the **relative path name**. This is used in conjunction with the concept of the **working directory** (also called the **current directory**). A user can designate one directory as the current working directory, in which case all path names not beginning at the root directory are taken relative to the working directory. In UNIX, all path names beginning with a slash are absolute; all others are relative to the user's current working directory. If the current




**Fig. 5-3.** Three file system designs. (a) Single directory shared by all users. (b) One directory per user. (c) Arbitrary tree per user. The letters indicate the directory or file's owner.

working directory is */usr/ast*, then the file whose absolute path is */usr/ast/mailbox* can be referenced simply as *mailbox*.

## 5.2. FILE SYSTEM DESIGN

Now it is time to turn from the user's view of the file system to the designer's view. Users are concerned with how files are named, what operations are allowed on them, what the directory tree looks like and similar interface issues. Designers are interested in how disk space is managed, how files are stored, and how to make everything work efficiently and reliably. In the following sections we will examine a number of key design areas to see what the issues and tradeoffs are.

### 5.2.1. Disk Space Management

Files are normally stored on disk, so management of disk space is a major concern to file system designers. Two general strategies are possible for storing an *n* byte file: *n* consecutive bytes of disk space are allocated, or the file is split up into a number of (not necessarily) contiguous blocks. The same tradeoff is present in memory management systems between pure segmentation and paging.

Storing a file as a contiguous sequence of bytes has the obvious problem that if a file grows, which is a very common occurrence, it will probably have to be moved on the disk. The same problem holds for segments in memory, except that moving a segment in memory is a relatively fast operation compared to