# '780 Patent



US005708780A

## United States Patent [19]

Levergood et al.

[11]  Patent Number:  5,708,780
[45]  Date of Patent:  Jan. 13, 1998

[54]  **INTERNET SERVER ACCESS CONTROL AND MONITORING SYSTEMS**

[75]  Inventors:  **Thomas Mark Levergood**, Hopkinton; **Lawrence C. Stewart**, Burlington; **Stephen Jeffrey Morris**, Westford; **Andrew C. Payne**, Lincoln; **George Winfield Treese**, Newton, all of Mass.

[73]  Assignee:  **Open Market, Inc.**, Cambridge, Mass.

[21]  Appl. No.:  **474,096**

[22]  Filed:  **Jun. 7, 1995**

[51]  Int. Cl.⁶ .................................. G06F 15/56
[52]  U.S. Cl. ...................... 395/200.12; 395/200.15
[58]  Field of Search ............... 395/200.01, 200.11, 200.12, 395/200.02, 200.05, 200.06, 200.09, 200.15; 380/23, 24, 25, 49; 340/825.34

[56]  **References Cited**

U.S. PATENT DOCUMENTS

5,347,632  9/1994  Filepp et al. ................... 395/200
5,544,322  8/1996  Cheng et al. ............. 395/200.12
5,560,008  9/1996  Johnson et al. ......... 395/200.09
5,577,209  11/1996  Boyle et al. ............ 395/200.06

FOREIGN PATENT DOCUMENTS

0 456 920  11/1991  European Pat. Off.
0 645 688  3/1995  European Pat. Off.
WO 94/03859  2/1994  WIPO ............... G06F 13/14
WO 94/03959  2/1994  WIPO .

OTHER PUBLICATIONS

Bina et al., Secure Access to Data over the Internet, 1994, pp. 99–102, IEEE.

Kiuchi et al., C-HTTP—the Development of a Secure, Closed HTTP based Network on the Internet, 1996, pp. 64–75, IEEE.

Ramanathan, Srinivas, et al., "Architectures for Personalized Multimedia," IEEE Multimedia, vol. 1, No. 1, Computer Society, pp. 37–46, 1994.

Choudhury, Abhijit K., et al., "Copyright Protection for Electronic Publishing Over Computer Networks," IEEE Network, The Magazine of Computer Communications, vol. 9, No. 3, pp. 12–20, May 1995.

Netscape Products, "Open and Secure Internet Software" Internet Sep. 18, 1995, pp. 1–2.

Merchant System: Overview, "Netscape Merchant System Data Sheet" Internet, Sep. 18, 1995, pp. 1–3.

Internet Applications Customer Showcase, "Customer Showcase" Internet, Sep. 18, 1995, pp. 1–2.

The Server–Application Function and Netscape Server API, "The Netscape Server API" Netscape Products Internet, Sep. 18, 1995, pp. 1–11.

The Object–Oriented Paradigm of Server Configuration, "The Object–Oriented Paradigm of Server Configuration" Internet, Sep. 18, 1995, p. 102.

Verisign Redirection Information, "Important Announcement" Internet, Sep. 18, 1995, p. 1.

(List continued on next page.)

*Primary Examiner*—William M. Treat
*Assistant Examiner*—Patrice L. Winder
*Attorney, Agent, or Firm*—Hamilton, Brook, Smith & Reynolds, P.C.

[57]  **ABSTRACT**

This invention relates to methods for controlling and monitoring access to network servers. In particular, the process described in the invention includes client-server sessions over the Internet involving hypertext files. In the hypertext environment, a client views a document transmitted by a content server with a standard program known as the browser. Each hypertext document or page contains links to other hypertext pages which the user may select to traverse. When the user selects a link that is directed to an access-controlled file, the server subjects the request to a secondary server which determines whether the client has an authorization or valid account. Upon such verification, the user is provided with a session identification which allows the user to access to the requested file as well as any other files within the present protection domain.

45 Claims, 7 Drawing Sheets





1



# '780 Patent Disputed Claim Terms

Eighteen disputed terms, in groups relating to:

1. Path Name In A URL

2. Session

3. Hypertext

4. Authentication Server

5. Means-Plus-Function Elements



# 1. Path Name In A URL Terms

- "path name in a uniform resource locator"

- "appending…[the session identifier]…as part of a…path name in a uniform resource locator"



# 1.  Path Name In A URL Terms



### "path name in a uniform resource locator"

| Soverain's Construction | Defendants' Construction |
|---|---|
| a sequence of zero or more elements that follows the host address in a URL | the name of the directories leading to<br><br>the file identified by the URL<br><br>nothing after the file name is part of the path name |



4

# 1.  Path Name In A URL Terms

## "path name in a uniform resource locator"

<u>Soverain's construction</u>: path name = URL part following the host name



<u>Defendants' construction</u>: path name = directory tree before the file name

Soverain's construction is consistent with the ordinary meaning
of the term in the art, and with the intrinsic record.



5

# 1.  Path Name In A URL Terms



('780 Patent, 2:28-41)

The URL naming system consists of three parts: the transfer format, the host name of the machine that holds the file, and the path to the file. An example of a URL may be:

http://www.college.univ.edu/Adir/Bdir/Cdir/page.html,

where "http" represents the transfer protocol; a colon and two forward slashes (://) are used to separate the transfer format from the host name; "www.college.univ.edu" is the host name in which "www" denotes that the file being requested is a Web page; "/Adir/Bdir/Cdir" is a set of directory names in a tree structure, or a path, on the host machine; and "page.html" is the file name with an indication that the file is written in HTML.

Defendants' construction fails because:

1. their argument that the ordinary meaning of the term "is overridden by express definition in the patent" contradicts the above disclosure, on which they rely

2. the patent does not define the file name as a fourth URL part, excluded from the path name



6

# 1.  Path Name In A URL Terms

## "appending … as part of a path name in a URL"

| Soverain's Construction | Defendants' Construction |
|---|---|
| tagging, adding, affixing or supplementing [the session identifier] to the URL as part of a path name | tagging, adding, affixing or supplementing within or after the path name<br><br>(but before the file name) |

<u>Defendants' Position</u>: Session identifier can be placed anywhere in the pathname:

http://www.college.univ.edu/SID/Adir/Bdir/Cdir/page.html
http://www.college.univ.edu/Adir/Bdir/Cdir/SID/page.html
http://www.college.univ.edu/Adir/SID/Bdir/Cdir/page.html

<u>Except</u> at the end, (where it is used in Amazon's web site)

http://www.college.univ.edu/Adir/Bdir/Cdir/page.html/SID



7

## 2.  Session-Related Terms

- "session"

- "session identifier"

- "authorization identifier"



## 2.  Session-Related Terms



"session"

| Soverain's Construction | Defendants' Construction |
|---|---|
| a series of requests and responses to perform a complete task or set of tasks between a client and a server system | an <span style="color:red">uninterrupted</span> series of requests and responses between (1) a specific client (<span style="color:red">identified by its network address and user</span>) and (2) a specific server system |

**SOVERAIN**

## 2.  Session-Related Terms

### Examples of Internet Session

- A complete task in a session is illustrated by the Internet Purchase Example in Soverain's Tutorial presentation, where a client purchases several items in a shopping basket.

- Discrete tasks in a session may involve viewing one or more articles in a server system.



SOVERAIN

10

## 2. Session-Related Terms

# Internet Sessions Use Discrete Communications



Defendants' attempt to require "uninterrupted" sessions must fail because Internet communications include the exchange of a series of <u>discrete</u> messages, which are neither "continuous" nor "uninterrupted"



11



# 2.  Session-Related Terms

## Sessions With Multiple Clients May Be "interrupted"



Client A waits while the server processes a request from Client B

SOVERAIN

12

## 2.  Session-Related Terms

The Defendants' Attempt to Define a "Session"
in Terms of User Identification Fails:

Legally, because:

- Defendants are improperly attempting to read into the claims a feature of a preferred embodiment

- User identification is  <u>not</u> part of the definition of a "session" under claim differentiation principles

Factually, because:

- Defendants erroneously rely on a discussion of <u>one</u> aspect of the invention

- The specification discloses sessions with different authentication level requirements (col. 6:36-47); user identification is one option, which cannot be part of the definition of a "session"





13

## 2.  Session-Related Terms

# Defendants' Attempt to Import Identification by User of a "Session" Into the Claims Fails Legally

Even if a patent describes only a single embodiment (which is not the case here), a long line of Federal Circuit decisions has:

> "…*expressly rejected the contention that . . . the claims of the patent must be construed as being limited to that embodiment.*"

*Liebel-Flarsheim Co. v. Medrad, Inc.*, 358 F.3d 898, 906 (Fed. Cir. 2004)
(Citing *ACTV, Inc. v. Walt Disney Co.*, 346 F.3d 1082, 1091 (Fed. Cir. 2003); *Apex Inc. v. Raritan Computer, Inc.*, 325 F.3d 1364, 1377 (Fed. Cir. 2003); *Altiris, Inc. v. Symantec Corp., 318 F.3d 1363, 1373 (Fed. Cir. 2003); Tex. Digital Sys., Inc. v. Telegenix, Inc.,* 308 F.3d 1193, 1204-05 (Fed. Cir. 2002); *Teleflex, Inc. v. Ficosa N. Am. Corp.,* 299 F.3d 1313, 1327 (Fed. Cir. 2002); *SRI Int'l v. Matsushita Elec. Corp. of Am.,* 775 F.2d 1107, 1121 n. 14 (Fed. Cir. 1985) (en banc)).



## 2. Session-Related Terms

# Adding User Identification As the Only New Element in a Dependent Claim Gives Rise to a Presumption That It Is Not Part of the Definition of a "Session"



1. A method of processing service requests from a client to a server system through a network, said method comprising the steps of:

forwarding a service request from the client to the server system, wherein communications between the client and server system are according to hypertext transfer protocol;

returning a session identifier from the server system to the client; and

appending as part of a path name in a uniform resource locator the **session identifier** to the request and to subsequent service requests from the client to the server system within a session of requests.

2. A method as claimed in claim 1 wherein the **session identifier** includes a user identifier.

('780 Patent, claims 1 and 2)



15

## 2.  Session-Related Terms

### "session identifier"

| Soverain's Construction | Defendants' Construction |
|---|---|
| a text string that identifies a session | a value [1]with multiple fields [2]whose cryptographic authentication [3]indicates to an access-controlling server that [4]the client identified in the session identifier is [5]authorized to access [6]the requested file |

SOVERAIN

16