IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE, L.L.C. | § | |
| | § | |
| Plaintiff | § | 6:04-CV-14 |
| | § | |
| vs. | § | |
| | § | |
| AMAZON.COM, INC., | § | |
| | § | |
| Defendant | | |

### ORDER

Previously, the Court appointed Danny Williams technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Williams' statement for services through January 31, 2005 in the amount of $28, 843.70 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Soverain | $14,421.85 |
| Amazon.com | $14,421.85 |
| Total | $28,843.70 |

**So ORDERED and SIGNED this 23rd day of February, 2005.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Case 6:04-cv-00014-LED   Document 194   Filed 02/23/05   Page 2 of 2 PageID #:  5661