# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SOVERAIN SOFTWARE LLC | N O T I C E |
| V. | |
| THE GAP, INC. | CASE NUMBER: 6:04-CV-14 |

TYPE OF CASE:

☒ CIVIL ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **UNITED STATES DISTRICT COURT 211 WEST FERGUSON, 3RD FLOOR TYLER, TEXAS 75702** | **306 - JUDGE DAVIS'S COURTROOM** |
| | DATE AND TIME: **MARCH 31, 2005 at 10:30 a.m.** |

TYPE OF PROCEEDING

**MOTION HEARING:**

Joint Motion for for Extension of Time to Complete Discovery *, specifically for Modification of Deadlines for Expert Reports and Expert Discovery* (Docket #226)

**Date: 3.28.2005**

**DAVID J. MALAND**
CLERK OF THE COURT

(BY) *Rosa L. Ferguson*, Courtroom Deputy

TO: All Counsel of Record

**FILED - 3/28/2005**
**U.S. DISTRICT COURT - EASTERN DISTRICT OF TEXAS**
**DAVID J MALAND, CLERK**