IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 6:04cv14** |
| **v.** | ) | |
| | ) | **Hon. Leonard E. Davis** |
| **AMAZON.COM INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### DISCLOSURE OF EXPERT WITNESSES

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's Docket Control Order of June 3, 2004, plaintiff Soverain Software LLC designates the following expert witnesses who may be called at trial to give testimony under Rules 702, 703 or 705 of the Federal Rules of Evidence:

Jack D. Grimes, Ph.D.
7030 Galli Drive
San Jose, CA 95129

James J. Nawrocki
c/o FTI Consulting
First City Tower
1001 Fanin, Suite 500
Houston, TX 77002

Plaintiff reserves the right to designate rebuttal experts in accordance with the above Docket Control Order, and the parties' agreement on the ordering of expert reports, and to otherwise supplement its expert designations as necessary.

Written expert reports for the above-identified individuals will be provided to defendant in accordance with the Court's schedule.

Respectfully submitted,

Kenneth R. Adamo (Bar No. 00846960)
Attorney In Charge
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-1515
Facsimile: (214) 969-5100
E-mail: kradamo@jonesday.com

Thomas L. Giannetti
Ognjan V. Shentov
Jennifer Seraphine
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
E-mail: tlgiannetti@jonesday.com

Carl R. Roth (Bar No. 17312000)
Michael Smith (Bar No. 18650410)
THE ROTH LAW FIRM LLC
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797
E-mail: cr@rothfirm.com

ATTORNEYS FOR PLAINTIFF
SOVERAIN SOFTWARE LLC

**PROOF OF SERVICE**

The undersigned certifies that on the 11th day of April 2005, the foregoing was electronically filed with the Court. Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

Max. L. Tribble                           mtribble@susmangodfrey.com

Victoria Capitaine                        vcapitaine@susmangodfrey.com

Parker C. Folse III                       pfolse@susmangodfrey.com

Brooke A. M. Taylor                       btaylor@susmangodfrey.com

J. Christopher Carraway                   christopher.carraway@klarquist.com

Richard D. McLeod                         rick.mcleod@klarquist.com

John D. Vandenberg                        john.vandenberg@klarquist.com



_____
April Tate Tishler