IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | Hon. Leonard E. Davis |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 6-04CV-14 |
| | § | JURY TRIAL DEMANDED |
| AMAZON.COM, INC. and | § | |
| THE GAP, INC. | § | |
| | § | |
| Defendants. | § | |

## DISCLOSURE OF EXPERT WITNESSES

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's

Docket Control Order of June 3, 2004, defendant Amazon.com, Inc. designates the

following expert witnesses who may be called at trial to give testimony under Rules 702,

703, or 705 of the Federal Rules of Evidence:

> Mr. Justin Erenkrantz
> Information and Computer Science
> University of California, Irvine
> Irvine, CA 92697-3425

> Dr. Stephen Magee
> Magee and Magee
> 1219 Castle Hill Street
> Austin, TX 78703

> Mr. Larry S. Nixon
> Nixon & Vanderhye PC
> 1100 North Glebe Road, 8th Floor
> Arlington, VA 22201-4714

> Dr. Richard Taylor
> Information and Computer Science
> University of California, Irvine
> Irvine, CA 92697-3425

Mr. Alexander B. Trevor
910 Clayton Drive
Worthington, OH 43085

Defendant reserves the right to designate rebuttal experts in accordance with the

above Docket Control Order, and the parties' agreement on the ordering of expert reports,

and to otherwise supplement its expert designations as necessary.

Written expert reports for the above-identified individuals will be provided to

plaintiff in accordance with the Court's schedule.

Respectfully submitted,


By: /s/ Max L. Tribble
    Max L. Tribble
    State Bar No. 20213950
    mtribble@susmangodfrey.com
    Victoria Capitaine
    State Bar No. 24031912
    vcapitaine@susmangodfrey.com
    Susman Godfrey L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666

    Parker C. Folse, III
    WSBA No. 24895
    pfolse@susmangodfrey.com
    Brooke A.M. Taylor
    WSBA No. 33190
    btaylor@susmangodfrey.com
    Susman Godfrey L.L.P.
    1201 Third Avenue, Suite 3100
    Seattle, Washington 98101-3000
    Telephone: (206) 516-3880
    Fax:  (206) 516-3883

John D. Vandenberg
OSB No. 89375
John.vandengerg@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street
Portland, OR 97204
Telephone: (503) 226-7391
Fax: (503) 228-9446

*Attorneys for Defendant Amazon.com, Inc.*

OF COUNSEL:

David A. Zapolsky
Washington State Bar No. 22451
davidz@amazon.com
Vice President and Associate General Counsel
Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98101-1226
Telephone: (206) 266-1323
Fax: (206) 266-7010

## PROOF OF SERVICE

The undersigned certifies that on the ⎯11⎯ day of April, 2005, the foregoing pleading was electronically filed with the Court. Pursuant to Local Rule CV-5, this constitutes service on the following counsel:

| | |
|---|---|
| Carl Roth | cr@rothfirm.com |
| Thomas L. Giannetti | tlgiannetti@jonesday.com |
| Kenneth Adamo | kradamo@jonesday.com |
| Michael C. Smith | ms@rothfirm.com |
| Jennifer Seraphine | jseraphine@jonesday.com |
| Kennth L. Stein | klstein@jonesday.com |
| Ognian V. Shentov | ovshentov@jonesday.com |
| Richard H. An | rhan@jonesday.com |

**Attorneys for Plaintiff Soverain Software, LLC**