

success story

hp
invent

amazon.com

# Amazon.com surges ahead with hp superdome

"We've been very pleased with what we've seen so far with our Superdome data warehouse. Today, we run approximately two and a half times the number of queries than we did last year. Our data set has virtually doubled in that time and the overall time we spend performing the work has decreased by 20%!"

Mark Dunlap
Director of Data Warehousing
Amazon.com

As we expand the scope and volume of the data warehouse, the system becomes increasingly critical to our business. Amazon.com, with help from Hewlett-Packard Company, is on the leading edge of how people think about data warehouses today – we are bringing the benefits of the data warehouse to Amazon.com customers.

## an Amazon-sized challenge

Amazon.com is an online retailer of books, toys, music, DVDs, housewares and a variety of other products. Its services are aimed primarily at the consumer – the person who goes online and uses Amazon.com's website to find a product.

"We're different from other online retailers in that we have a technology base that allows customers to find, discover and glean out of hundreds of millions of products, those that really interest them," remarked Rick Dalzell, Amazon.com's chief information officer. "We have one of the largest data warehouses in the world. It's in the top five. And if you look at it in terms of raw data, it has to be number one or number two!"

Charlie Bell, vice president of technology infrastructure for Amazon.com, concurred, "The data warehouse at Amazon.com is the single place that we bring everything together. It has a centralized infrastructure that can be leveraged. The data warehouse gives us a single place that we can pull all the data together to improve service for our customers and lower our costs."

Mark Dunlap, director of data warehousing for Amazon.com, elaborated, "Amazon.com's big challenge with data warehousing is managing growth. We see our business growing at an incredible rate year over year! Likewise, our business is getting smarter about how we analyze and measure our business. When we looked for a data warehouse platform, we wanted to find a solution that would meet our needs today and scale to meet our requirements in the future."

## hp meets the challenge

Since 1999, HP has been a primary component of Amazon.com's IT infrastructure with tremendous success partly due to a track record of very high availability. So when the company decided to increase its data warehouse to meet current and future growth, it was natural to turn to its trusted partner, HP.

Dunlap recalled, "We had a very short migration cycle for our data warehouse – two months from the time we selected the platform until it was in full production running the Amazon.com data warehouse. In addition, we relocated the physical instance of the data warehouse to another computer facility across the country, so we had some long range issues to address, as well."

Bell noted, "HP Services came in and did a stellar job of making sure that every aspect of this migration was successful. Their onsite people were second to none. They did a great job of meeting our time-to-market demands. We had a tight working relationship between our team and HP's. In the end, the conversion went off without a hitch and we hit the milestone perfectly."

## building on a scalable foundation

But there is much more to this entire story. At Amazon.com, the data warehouse is the central point for all of its data — including order data, customer data and inventory data — which supports user analysis. Consequently, the data warehouse is connected to almost every system in the company.

Dunlap recalled, "When Amazon.com started to expand our data warehouse, we looked for a platform that could support our large workload. We wanted a large symmetric multi-processing system. The HP Superdome provides that and more in terms of its capability."

Two large HP Superdome servers are at the heart of Amazon.com's data warehouse. Each Superdome runs a large Oracle database. One is used for a staging area and is connected to 17 Virtual Array 7100s. It prepares the data so it can be used for reports. The second Superdome is the actual data warehouse and is connected to 39 Virtual Array 7100s.

### industry

on-line retailer

### challenges

- manage company's growth
- increase size of existing data warehouse to current and future growth
- complete migration cycle from platform selection to production in two months
- relocate physical instance of data warehouse to another solution center

### solution

- HP Superdome servers
- HP SureStore Virtual Array 7100
- HP Critical Systems Support

### results

- Amazon.com handles 2½ times the number of queries as one year ago
- data has doubled
- time responding to queries decreased 20%
- ability to move 3-4GB per second
- 24x7 availability

"We were impressed by the scalability of the Superdome," said Dunlap, "Beyond its scalability, the Superdome also has a wide range of options so we could deploy a system to meet our financial needs today and have an infrastructure in place that we could grow into in the future."

## nuts and bolts of terabytes

Today, Amazon.com runs nearly 100 processors on the Superdomes to meet its current needs, and has IO capacity for additional growth.

In selecting storage for its data warehouse, Amazon.com had three important criteria: a competitive price per terabyte; the ability to move large IO; and a high level of availability.

"The VA 7100s really met all three of the criteria. The price/performance was extremely competitive; the availability of the data with autoraid is superb; and we're able to pull 3-4 gigabytes of data per second off the 7100 arrays!" Dunlap boasted.

## data flow

The front-end of Amazon.com's data warehouse is a collection of HP LT6000 Intel-based Linux servers. The Linux systems support our extract, transform and load processing and also support our User Interface.

"The User Interface provides our users the ability to analyze the data that is stored in the warehouse." Dunlap explained. "On a typical day, we will run thousands of queries some 'canned,' most ad hoc-our query workload is dynamic and extremely large!"

## metrics of performance

On a daily basis, Dunlap confided the performance of Amazon.com's data warehouse is challenged by moving, "Literally terabytes of data from the disk to the system."

He continued, "With the Superdome and the VA 7100s, we've built a system that can move large volumes of data quickly into and out of the Oracle database so our users can analyze it. The performance we're seeing is second to none." Because the performance of its data warehouse is the basis of its service level agreement with its end users, Amazon.com measures and monitors its performance closely.

Dunlap commented, "We've been very pleased with what we've seen so far with our Superdome data warehouse. Today, we run approximately two and a half times the number of queries than we did last year. Our data set has virtually doubled in that time and the overall time we spend performing the work has actually decreased by 20%!."

## always-on availability

Because the very nature of Amazon.com's business is 24x7, availability was – and continues to be – a significant concern. Like the continually flowing river the company is named after, Amazon.com produces and uses data around the clock.

Bell noted, "These systems are not traditional data warehouse systems. They carry availability requirements more similar to on-line transaction processing (OLTP) systems."

"It is important that our data warehouse is 'always on' and always there for business," Dunlap remarked. "We wanted each component to be fault tolerant, with no single point of failure. The VA 7100s are architected with primary and secondary paths so if one path goes down, the VA7100 will fail-over to the second path. From the disk-sub-system all the way up through the software we have implemented, the entire system has been architected to make sure that the data warehouse is available to the business when we need it, as we need it."

Bell added, "The Superdome architecture is extremely reliable and cost effective. We've actually been able to manage the environment with fewer people and the availability is always there."

In addition to the sheer performance and strength of Superdome and the VA 7100s, Amazon.com also has HP's Critical Systems Support with on-site engineers. Dunlap described this support as "invaluable," admitting that the few problems Amazon.com did experience were resolved quickly without any discernible impact on production.

**"Hewlett-Packard is an important partner to us in building out the data warehouse that we need for our technology platform. What makes them so important – beyond the technology – is that HP has invested in Amazon.com and is really interested in our success. HP is a very important component of our business and a highly valued partner. In fact, today, HP is in over 90% of the applications we have at Amazon.com."**
Rick Dalzell
Chief Information Officer
Amazon.com

www.amazon.com
www.amazon.co.uk
www.amazon.de
www.amazon.fr
www.amazon.co.jp





**customer at a glance:**

**amazon.com.**

**company:** Amazon.com
**headquarters:** Seattle, WA
**founded:** 1995
**employees:** 7,200 throughout the United States, Germany, France, Japan and the UK
**net sales for Q3 2001:** $639 million
**URL:** www.amazon.com
**about Amazon.com:** Amazon.com opened its virtual doors on the World Wide Web in July 1995 and today offers Earth's Biggest Selection. Amazon.com and sellers list millions of unique new and used items in categories such as electronics, computers, kitchen and housewares, books, music, DVDs, videos, camera and photo items, toys, baby and baby registry, software, computer and video games, cell phones and service, tools and hardware, travel services, and outdoor living products. Through Amazon Marketplace, zShops and Auctions, any business or individual can sell virtually anything to Amazon.com's more than 38 million customers (cumulative customer accounts). Amazon.com operates four international Web sites: *www.amazon.co.uk*, *www.amazon.de*, *www.amazon.fr* and *www.amazon.co.jp*.

## depth of relationship

Bell concluded by reflecting on HP's role at Amazon.com. "When we looked at strategic partners to work with us on our infrastructure, we knew that the relationship would be deep. That company would have to be willing to work with us – not just as a supplier, but as partners with our engineering teams as well as our operational and support teams. HP amazes us at every step of the way. They go beyond what we ask for, deliver things ahead of schedule and put people on task quickly. But, the most important thing is they really have become part of our team, sharing our goals and really caring about our business."

## solution highlights

- **2 HP SuperDome Servers with 64 processors**
- **56 HP SureStore Virtual Array 7100s for failover**
- **2 Oracle databases**
- **HP LT6000 Intel-based Linux server for front end**
- **HP Critical System Support**

For more information on how working with Hewlett-Packard can benefit you, contact your local HP service representative, or visit us through the Internet at our World Wide Web address: http://www.hp.com

Technical information in this document is subject to change without notice.
©Copyright Hewlett-Packard Company, 2002.
All rights reserved. Reproduction, adaptation, or translation without prior written permission is prohibited except as allowed under the copyright laws

Printed in USA M0102
5980-8740EN

Shop in
Gourmet Food
(Beta-What is this?)

amazon.com.

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

WELCOME
LEO'S STORE
BOOKS
APPAREL & ACCESSORIES
ELECTRONICS
TOYS & GAMES

DVD
CAMERA & PHOTO

SEE MORE STORES

Top Sellers
in
Sports &
Outdoors

## Your Account

**Instant Order Update for Leo Merken:**

**Open Orders**

These orders contain items that have not yet shipped. Click below to make changes.

- Order placed on March 7 -- view or change order.
- Order placed on January 30 -- view or change order.

EXHIBIT 5 Silver 3/4/05

**"Where's My Stuff?" ▸ See our animated demo!**

**View by Order** Open and recently shipped orders GO!

- Track packages
- Cancel items or orders
- Change shipping address
- Change billing address
- Print invoices
- Leave seller feedback
- View used item pre-orders
- Change payment method
- Combine orders
- Add items
- Return items
- Edit gift options
- Download items from your digital locker

**View by Item** items ordered in the past three months 

**Account Settings**

**Personal Information**

- Change your name, e-mail address, or password
- Update your communication preferences
- Change your birthday
- Forgot your password?
- Manage your address book
- View or change your 1-Click settings

**Your Amazon Prime Membership**

- Manage your Amazon Prime membership

**Need Help?**

Learn how to use Your Account

**Auctions, zShops, and Marketplace**

- Your Auctions & zShops account
- Your seller account

**Corporate Accounts**

- Account managers: Manage your corporate account
- Need help managing your corporate account? Learn more here

**Your Orders with Our Trusted Partners**

- audible.com
- CarsDirect.com
- Ofoto.com

**Payment Settings**

- Edit or delete a credit card
- View gift certificate balance
- Apply a gift certificate to your account
- Check your Borders or Waldenbooks Gift Card balance
- View your check balance

**E-mail Notifications**

- Alerts
- Available to Order notifications
- CDNOW Preferred Buyer's Club
- Delivers
- New for You
- Share the Love
- Special Occasion Reminders
- Weekly Movie Showtimes

**Improve Your Recommendations**

- Improve your Recommendations
- Recommendations Wizard
- Page You Made settings

**Shopping Lists & Gift Registries**

- Baby Registry
- Wedding Registry
- Wish Lists
- Share the Love

Top of Page

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Contact Us | Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Releases | Join Our Staff

Conditions of Use | Privacy Notice © 1996-2005, Amazon.com, Inc. or its affiliates

2

3

Shop in
Sporting Goods
(Beta-What is this?)

amazon.com.

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

WELCOME | LEO'S STORE | BOOKS | APPAREL & ACCESSORIES | ELECTRONICS | TOYS & GAMES | HOME & GARDEN | SOFTWARE | SEE MORE STORES

Most Wished For Items

**Your Account > Where's My Stuff? > Orders placed in 2005**

**See more:** -Select different orders to view- GO!

Need help using this page?

## Your Orders

**Order Date:** March 7, 2005
**Order #:** 103-7270421-0982236
**Recipient:** Leo Merken

View or change order

**Items:**
- 1 of: East, West : Stories
- 1 of: Haroun and the Sea of Stories

---

**Order Date:** January 30, 2005
**Order #:** 002-5348105-2090448
**Recipient:** Leo Merken

View or change order

**Items:**
- 1 of: Harry Potter and the Half-Blood Prince (Book 6)

**Don't see what you're looking for?** -Select different orders to view- 

Top of Page

Amazon.com Home | Directory of All Stores

**Our International Sites:** Canada | United Kingdom | Germany | Japan | France | China

Contact Us | Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

4

https://www.amazon.com/gp/css/history/view.html/103-0229784-0434203?orderFilter=year-2005&Go.x=6&Go.y=8 3/7/2005

Investor Relations | Press Releases | Join Our Staff

Conditions of Use | Privacy Notice © 1996-2005, Amazon.com, Inc. or its affiliates

5

Shop in
Sporting Goods
(Beta-What is this?)

amazon.com. VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

WELCOME | LEO'S STORE | BOOKS | APPAREL & ACCESSORIES | ELECTRONICS | TOYS & GAMES | HOME & GARDEN | SOFTWARE | SEE MORE STORES

Most Wished For Items

## Your Account > Where's My Stuff? > Order Summary #103-7270421-0982236

**Order Placed:** March 7, 2005

**Order Total: $25.19**

### When will your items arrive?

**Not Yet Shipped:** 2 items - delivery estimate: March 12, 2005 - March 15, 2005

### Not Yet Shipped

Need to cancel an item?

**Shipping estimate:** March 9, 2005
**Delivery estimate:** March 12, 2005 - March 15, 2005 (More about estimates)

**Shipping Address:**
Leo Merken
201 West 89th Street
Apartment 7G
New York, NY 10024
United States

**Shipping Speed:**
Standard Shipping

**Shipping Preference:**
Group my items into as few shipments as possible

| Items Ordered | Price |
|---|---|
| 1 of: **East, West : Stories** [Paperback]<br>By: SALMAN RUSHDIE<br>- 1 item(s) Gift options: None | $9.71 |
| 1 of: **Haroun and the Sea of Stories** [Paperback]<br>By: Salman Rushdie<br>- 1 item(s) Gift options: None | $10.50 |

### Payment Information

Need to print an invoice?

**Payment Method:** Change
MasterCard | Last 5 digits: 62612

**Billing Address:**
Leo Merken

Item(s) Subtotal: $20.21
Shipping & Handling: $4.98
-----
Total Before Tax: $25.19

7

https://www.amazon.com/gp/css/summary/edit.html/103-0229784-04342032%5Fencoding=UTF8&orderID=103-7270421-0982236 3/7/2005

201 West 89th Street
Apartment 7G
New York, NY 10024
United States

Estimated Tax: $0.00

**Grand Total: $25.19**

Top of Page

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Contact Us | Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Releases | Join Our Staff

Conditions of Use | Privacy Notice © 1996-2005, Amazon.com, Inc. or its affiliates

8

Page 2 of 2

Amazon.com: Your Account

5

Shop in
Sporting
Goods
(Beta-What is this?)

amazon.com.

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

WELCOME | LEO'S STORE | BOOKS | APPAREL & ACCESSORIES | ELECTRONICS | TOYS & GAMES | HOME & GARDEN | SOFTWARE | SEE MORE STORES

Most Wished For Items

## Your Account > Where's My Stuff? > Order Summary #002-5348105-2090448

**Order Placed:** January 30, 2005

**Order Total:** **$21.98**

### When will your items arrive?

**Not Yet Shipped:** 1 item - delivery estimate: July 16, 2005

### Not Yet Shipped

Need to cancel an item?

**Shipping estimate:** July 15, 2005
**Delivery estimate:** July 16, 2005 (More about estimates)

**Shipping Address:** Change

Leo Merken
201 West 89th Street
Apartment 7G
New York, NY 10024
United States

**Items Ordered**
1 of: **Harry Potter and the Half-Blood Prince (Book 6)** [Hardcover]
By: J. K. Rowling, Mary GrandPré (Illustrator)
- 1 item(s) Gift options: None Change

**Price**
$17.99

**Shipping Speed:** Change
Standard Shipping

**Shipping Preference:**
Group my items into as few shipments as possible

### Payment Information

Need to print an invoice?

**Payment Method:** Change
MasterCard | Last 5 digits: 44968

**Billing Address:** Change

**Item(s) Subtotal:** $17.99
**Shipping & Handling:** $3.99
-----

10

https://www.amazon.com/gp/css/summary/edit.html/103-0229784-0434203?%5Fencoding=UTF8&orderID=002-5348105-2090448 3/7/2005

Leo Merken
201 West 89th Street
Apartment 7G
New York, NY 10024
United States

Total Before Tax: $21.98
Estimated Tax: $0.00
-----
**Grand Total: $21.98**

**Want to use a gift certificate?**

Enter code here, then click "Apply": [ ] Apply

Note: Promotional certificates and gift cards may be redeemed only when the order is originally placed. Also, you can apply gift certificate balances only to items listed as "not yet shipped."

Top of Page

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Contact Us | Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Releases | Join Our Staff

Conditions of Use | Privacy Notice © 1996-2005, Amazon.com, Inc. or its affiliates

11

Page 2 of 2

Amazon.com: Your Account



Shop in
Gourmet
Food
(Beta-What is this?)

amazon.com.

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

WELCOME
YOUR STORE
BOOKS
APPAREL & ACCESSORIES
ELECTRONICS
TOYS & GAMES
DVD
CELL PHONES & SERVICE
SEE MORE STORES

Most Wished For Items

**Help > Using Your Account > Reviewing & Changing Orders**

## Browse **Reviewing & Changing Orders**

- Adding Items to Your Order
- Canceling Items from an Order
- Canceling Magazine Subscriptions
- Combining Your Orders
- Editing Gift-Wrapping & Gift Messages
- Orders with Amazon Merchants
- Problem with an Order?
- Revising Shipping & Billing Information for an Order
- Tracking Your Package
- Viewing or Changing Your 1-Click Orders

**Search the Help Department**

GO!

Enter one or more keywords. (Example: gift certificate)

## Reviewing & Changing Your Orders

You can review the details and status of any order you have placed via Your Account. For orders that have already been shipped, you can confirm the date and method of shipment, an estimated date of arrival, and a tracking number, if applicable.

You can make changes to Amazon.com-fulfilled orders that have not yet entered the shipping process; however, you cannot change orders placed through Amazon Marketplace*, or with a merchant operating on the Amazon.com Web site, such as Lands' End or JCPenney.)

**Please note:** Whenever you make a change to an order via Your Account, such as modifying the shipping options, address, or items, our system re-evaluates our inventory to determine the best fulfillment plan for your order given the new information. Therefore, any changes you make may affect the estimated delivery date for your order.

Due to the volume of packages we ship each day, it is impossible to locate and make changes to any package once it has entered the shipping process.

Click the links to the left for more information, or click the link at the top of this page to visit Your Account. We'll ask you to sign in with the e-mail address and password associated with your account. If you forgot your password, we can help you get a new one.

(* This includes Amazon.com subsidiaries that sell through Marketplace, such as Warehouse Deals.)

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.
- See our animated demo!

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- New customer? Click here to learn about searching, browsing, and shopping at Amazon.com.
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** All Products **for** GO!

http://www.amazon.com/exec/obidos/tg/browse/-/595034/ref=br_bx_c_2_2/102-1442472-1060145 4/8/2005

Top of Page

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Contact Us | Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Releases | Join Our Staff

Conditions of Use | Privacy Notice © 1996-2005, Amazon.com, Inc. or its affiliates

Amazon.com: Help / Using Your Account / Reviewing & Changing Orders Page 2 of 2

HTML associated with Amazon.com "Recommended for Peter M Martin" page (Exhibit 42)

```
<html>
<head>
<title>Amazon.com: Recommended For You</title>

<style type="text/css"><!--
.serif { font-family: times,serif; font-size: medium; }
.sans { font-family: verdana,arial,helvetica,sans-serif; font-size:
medium; }
.small { font-family: verdana,arial,helvetica,sans-serif; font-size:
small; }
.h1 { font-family: verdana,arial,helvetica,sans-serif; color: #CC6600;
font-size: medium; }
.h3color { font-family: verdana,arial,helvetica,sans-serif; color:
#CC6600; font-size: small; }
.tiny { font-family: verdana,arial,helvetica,sans-serif; font-size: x-
small; }
.websearch-string {font-family: verdana,arial,helvetica,sans-serif; font-
size: x-small; }
.listprice { font-family: arial,verdana,sans-serif; text-decoration: line-
through; font-size: small; }
.price { font-family: verdana,arial,helvetica,sans-serif; color: #990000;
font-size: small; }
.tinyprice { font-family: verdana,arial,helvetica,sans-serif; color:
#990000; font-size: x-small; }
.attention { background-color: #FFFFD5; }
.eyebrow {font-family: verdana,arial,helvetica,sans-serif; font-size:
10px; font-weight: bold; text-transform: uppercase; text-decoration: none;
color: #FFFFFF;}
A.eyebrow:link { text-decoration: none;}
.breadcrumb {font-family: verdana,arial,helvetica,sans-serif;font-size:
small;font-weight:bold;}
.breadcrumb-node {font-family: verdana,arial,helvetica,sans-serif;font-
size: small;font-weight: bold;color: #CC6600;}
.horizontal-search {font-weight: bold; font-size: medium; color: #FFFFFF;
font-family: verdana,arial,helvetica,sans-serif;}
.horizontal-websearch {font-size: x-small; font-
family:verdana,arial,helvetica,sans-serif;padding-left: 12px;}
.horizontal-advanced-websearch {font-size: x-small; color: #ffffff; font-
family:verdana,arial,helvetica,sans-serif; text-decoration: none}
A.horizontal-advanced-websearch:hover {text-decoration: underline}
.topnav { font-family: verdana,arial,helvetica,sans-serif; font-size:
12px; text-decoration: none; }
.topnav A:link, .topnav A:visited { text-decoration: none; color: #003399;
}
.topnav A:hover { text-decoration: none; color: #CC6600; }
.topnav-active A:link, .topnav-active A:visited { font-family:
verdana,arial,helvetica,sans-serif; font-size: 12px; color: #CC6600; text-
decoration: none; }
.tabon a, .tabon a:visited { font-size: 10px; color: #FFCC66; font-family:
verdana,arial,helvetica,sans-serif; text-decoration: none; text-transform:
uppercase; font-weight: bold; line-height: 10px; }
.taboff a, .taboff a:visited { font-size: 10px; color: #000000; font-
family: verdana,arial,helvetica,sans-serif; text-decoration: none; text-
transform: uppercase; font-weight: bold; line-height: 10px; }
.tabon a:hover, .taboff a:hover { text-decoration: underline; }
```

```
.tabon div, .taboff div { margin-top: 7px; margin-left: 9px; margin-
bottom: 5px; }
.popover-tiny { font-size: x-small; font-family:
verdana,arial,helvetica,sans-serif; }
.popover-tiny a, .popover-tiny a:visited { text-decoration: none; color:
#003399; }
.popover-tiny a:hover { text-decoration: none; color: #CC6600; }
.indent { margin-left: 1em; }
.half { font-size: .5em; }
.list div { margin-bottom: 0.25em; text-decoration: none; }
.hr-center { margin: 15px; border-top-width: 1px; border-right-width: 1px;
border-bottom-width: 1px; border-left-width: 1px; border-top-style:
dotted; border-right-style: none; border-bottom-style: none; border-left-
style: none; border-top-color: #999999; border-right-color: #999999;
border-bottom-color: #999999; border-left-color: #999999; }
.divider { border-top: 1px dashed #cc9; }

--></style>
</head>

<body bgcolor="#FFFFFF" link="#003399" alink="#FF9933" vlink="#996633"
topmargin=0 text="#000000"  >

<a name="top"></a>

<map name="right_top_nav_map">
<area shape="rect"
href=http://www.amazon.com/gp/cart/view.html/ref=top_nav_sb_yourstore/103-
5719040-0699022 coords="0,0,80,21">

<area shape="rect"
href=http://www.amazon.com/gp/registry/registry.html/ref=cm_wl_topnav_your
store/103-5719040-0699022?type=wishlist coords="85,0,151,21"
id="topnav_wishlist">

<area shape="rect" href=/exec/obidos/account-access-
login/ref=top_nav_ya_yourstore/103-5719040-0699022 coords="155,0,256,21">

<area shape="rect" href=/exec/obidos/tg/browse/-
/508510/ref=top_nav_hp_yourstore/103-5719040-0699022
coords="260,0,299,21">
</map>

<table border=0 width=100% cellspacing=0 cellpadding=0>

<script>
preloadedimages = new Array();
function images_preload() {
for (i = 0; i < images_preload.arguments.length; i++)
{
preloadedimages[images_preload.arguments[i]] = new Image();
preloadedimages[images_preload.arguments[i]].src
= images_preload.arguments[i];
}
}
function images_preload_with_base() {
```

HTML associated with Amazon.com "Recommended for Peter M Martin" page (Exhibit 42)

```
base = images_preload_with_base.arguments[0];
for (i = 1; i < images_preload_with_base.arguments.length; i++)
{
image_name = images_preload_with_base.arguments[i];
preloadedimages[image_name] = new Image();
preloadedimages[image_name].src = base + image_name;
}
}
function replace_image(slot, image) {
document.images[slot].src = preloadedimages[image].src;
}
</script>

<map name="logo_nav_map">
<area shape="rect" coords="0,0,108,29"
href=/exec/obidos/subst/home/redirect.html/ref=nh_yourstore/103-5719040-
0699022
onmouseout="replace_image('Image48','http://g-
images.amazon.com/images/G/01/associates/navbar2000/amzn_a9_mo_anim.gif')"
onmouseover="replace_image('Image48','http://g-
images.amazon.com/images/G/01/associates/navbar2000/amzn_a9_mo_swap.gif')"
/>
<area shape="rect"
href="http://www.amazon.com/gp/xs/sharethepi.html/ref=lty_info_logo/103-
5719040-0699022" target="AmazonHelp" onclick="return
amz_js_PopWin('http://www.amazon.com/gp/xs/sharethepi.html/ref=lty_info_lo
go/103-5719040-
0699022','AmazonHelp','width=680,height=450,resizable=1,scrollbars=1,toolb
ar=1,status=1');" coords="0,29,108,43"
onmouseout="replace_image('Image48','http://g-
images.amazon.com/images/G/01/associates/navbar2000/amzn_a9_mo_anim.gif')"
onmouseover="replace_image('Image48','http://g-
images.amazon.com/images/G/01/associates/navbar2000/amzn_a9_mo_swap.gif')"
/>
<area shape="rect"
href="http://www.amazon.com/gp/xs/sharethepi.html/ref=lty_info_logo/103-
5719040-0699022" target="AmazonHelp" onclick="return
amz_js_PopWin('http://www.amazon.com/gp/xs/sharethepi.html/ref=lty_info_lo
go/103-5719040-
0699022','AmazonHelp','width=680,height=450,resizable=1,scrollbars=1,toolb
ar=1,status=1');" coords="108,0,148,43"
onmouseout="replace_image('Image48','http://g-
images.amazon.com/images/G/01/associates/navbar2000/amzn_a9_mo_anim.gif')"
onmouseover="replace_image('Image48','http://g-
images.amazon.com/images/G/01/associates/navbar2000/amzn_a9_mo_swap.gif')"
/>
</map>

<tr>
<td width=100%>
<center>

<table width=100% border=0 cellspacing=0 cellpadding=0 vspace=0>
<tr>
<td width=25% rowspan=2 valign="bottom">
```

```
<div class="small">

<script language="Javascript1.1" type="text/javascript">
<!--
function PopWinA(url,name,options){
var ContextWindow = window.open(url,name,options);
ContextWindow.opener = this;
ContextWindow.focus();
}
//-->
</script>
<map name=sg_beta_image_map>
<area shape=rect coords="31,60,124,74"
href="/exec/obidos/subst/misc/sporting-goods-beta-launch-no-link-pop-
up.html/103-5719040-0699022?ref=gw_br_sg" >
<area shape="rect" coords="1,1,130,75"
href=http://www.amazon.com/exec/obidos/am/103-5719040-
0699022?p=http%3A%2F%2Fwww.amazon.com%2Fgp%2Fbrowse.html%2Fref%3Dsg%5Fspec
ial%5Ftab%5F185516%2F103%2D5719040%2D0699022%3Fnode%3D3375251&l=821493&c=1
85516&i=18850&hmac=9A1681A8F566E43DAD5006D335AA9360C8B9767E>
</map>

<img src="http://g-images.amazon.com/images/G/01/stores/sporting-
goods/nav/sportinggoods-130-75.gif" width=130 height=75 border="0"
USEMAP="#sg_beta_image_map" align="absbottom">

</div>
</td>

<td align=left valign=bottom>

<a href=/exec/obidos/subst/home/redirect.html/ref=nh_yourstore/103-
5719040-0699022><img src="http://g-
images.amazon.com/images/G/01/associates/navbar2000/logo-no-border(1).gif"
width=148 height=43 alt="" border="0"></a>
</td>

<td valign=bottom><font size=2 style="font-size:16px;"> <br></font><a
href="/exec/obidos/tg/browse/-/1036592/ref=tab_xs_ap_4/103-5719040-
0699022"><img src="http://g-images.amazon.com/images/G/01/apparel/apparel-
coat-tab_top.gif" width=70 height=34 border=0></a></font></td>

<td align=right>

<table cellpadding="0" cellspacing="0"><tr><td valign="bottom"><img
src="http://g-
images.amazon.com/images/G/01/nav/personalized/cartwish/right-topnav-
default-2.gif" width=300 height=22 alt="" USEMAP=#right_top_nav_map
border=0></td></tr>
</table>
</td>
<td align=right rowspan=2 width=25%>

<div class="small">

<script language="javascript">
```

```
xs_is_ns = 0;
xs_is_ie = 0;
xs_bname = navigator.appName;
xs_bver = navigator.appVersion;
xs_bcode = navigator.appCodeName;
var xs_bver_obidos = "5";
xs_bplat = navigator.platform;
var xs_showContent = 0;
var xs_content_timeout;
var xs_content_location;
if (xs_bver_obidos >= 4) {
xs_show();
}
function xs_show() {
if ((xs_bplat.indexOf("MacPPC") != -1) && (xs_bver.indexOf("MSIE") != -1)
&& ( xs_bver.indexOf("5.0") != -1 )) {
xs_is_ie = 1;
xs_showContent = 1;
}
if ((xs_bplat.indexOf("MacPPC") != -1) && ( (xs_bver.indexOf("Netscape")
!= -1) || (xs_bver.indexOf("Gecko") != -1) || (xs_bcode.indexOf("Mozilla")
!= -1) ) && ( xs_bver.indexOf("5.0") != -1 )) {
xs_is_ns = 1;
xs_showContent = 1;
}
if (xs_bplat.indexOf("Win32") != -1 ) {
if ( ( xs_bver.indexOf("MSIE") > 0 ) && ( xs_bver_obidos >= 4 ) ) {
xs_is_ie = 1;
xs_showContent = 1;
}
if ( ( xs_bname.indexOf("Netscape") != -1 ) && ( xs_bver_obidos >= 5 ) ) {
xs_is_ns = 1;
xs_showContent = 1;
}
}
}
function xs_toggle_pop(action){
if (xs_is_ie == 1) {
if (action == 1) {
clearTimeout(xs_content_timeout);
xs_content_location = document.body.clientWidth - 200;
document.all['xs_pop_content'].style.left = xs_content_location;
document.all['xs_pop_content'].style.visibility = 'visible';
}
if (action == 0) {
xs_content_timeout =
setTimeout("document.all['xs_pop_content'].style.visibility =
'hidden';",2000);
}
}
if (xs_is_ns == 1) {
if (action == 1) {
clearTimeout(xs_content_timeout);
xs_content_location = document.body.clientWidth - 200;
document.getElementById('xs_pop_content').style.left =
xs_content_location;
```

```
document.getElementById('xs_pop_content').style.visibility = 'visible';
}
if (action == 0) {
xs_content_timeout =
setTimeout("document.getElementById('xs_pop_content').style.visibility
='hidden';",2000);
}
}
}
</script>

<table border=0 cellspacing=0 cellpadding=0><tr><td>
<a href="http://www.amazon.com/exec/obidos/am/103-5719040-
0699022?p=tg%2Fzg%2F%2D%2F03%2Ftoy%2Fref%3Dpd%5Fzg%5Fcam%5Frt%5Fmw%5Ftoy1%
5Fbu%2F&l=821492&c=182204&i=18850&s=1"><img src="http://g-
images.amazon.com/images/G/01/gifts/zg_rt1_mw_toy1_bu.gif" width=80
height=75 border="0"></a></td></tr></table>

</div>
</td>
</tr>

<tr valign=bottom>

<td align=right><nobr>

<a href=/exec/obidos/subst/home/home.html/ref%3Dtab%5Ffr%5Fgw%5F1/103-
5719040-0699022><img src="http://g-
images.amazon.com/images/G/01/nav/personalized/tabs/welcome-off-whole.gif"
width=60 height=26 border=0 id=tb_gateway></a><a
href=/exec/obidos/tg/stores/your/store-home/-
/0/ref%3Dpd%5Fysl%5Ffr%5Ffr%5F2/103-5719040-0699022><img src="http://g-
images.amazon.com/images/G/01/nav/personalized/tabs/yourstore-on-
sliced._ZCPETER%27S,0,2,0,0,verdenab,7,255,204,102_.gif" width=81
height=26 border=0></a><a href=/exec/obidos/tg/browse/-
/283155/ref%3Dtab%5Ffr%5Fb%5F3/103-5719040-0699022><img src="http://g-
images.amazon.com/images/G/01/nav/personalized/tabs/books-off-sliced.gif"
width=39 height=26 border=0 id=tb_books></a></nobr></td><td
colspan=2><nobr><a href=/exec/obidos/tg/browse/-
/1036592/ref%3Dtab%5Ffr%5Fap%5F4/103-5719040-0699022><img src="http://g-
images.amazon.com/images/G/01/apparel/apparel-coat-tab_btm.gif" width=70
height=26 border=0></a><a href=/exec/obidos/tg/browse/-
/172282/ref%3Dtab%5Ffr%5Fe%5F5/103-5719040-0699022><img src="http://g-
images.amazon.com/images/G/01/nav/personalized/tabs/electronics-off-
sliced.gif" width=74 height=26 border=0 id=tb_electronics></a><a
href=/exec/obidos/tg/browse/-/171280/ref%3Dtab%5Ffr%5Ft%5F6/103-5719040-
0699022><img src="http://g-
images.amazon.com/images/G/01/nav/personalized/tabs/toys-off-sliced.gif"
width=47 height=26 border=0 id=tb_toys></a><a
href=/exec/obidos/tg/browse/-/5174/ref%3Dtab%5Ffr%5Fm%5F7/103-5719040-
0699022><img src="http://g-
images.amazon.com/images/G/01/nav/personalized/tabs/music-off-sliced.gif"
width=39 height=26 border=0 id=tb_music></a><a
href=/exec/obidos/tg/browse/-/130/ref%3Dtab%5Ffr%5Fd%5F8/103-5719040-
0699022><img src="http://g-
images.amazon.com/images/G/01/nav/personalized/tabs/dvd-off-sliced.gif"
```

```
width=35 height=26 border=0 id=tb_dvd></a><a
href=http://www.amazon.com/exec/obidos/subst/home/all-
stores.html/ref%3Dtab_gw_storesdirectory/103-5719040-0699022><img
src="http://g-images.amazon.com/images/G/01/nav/personalized/tabs/see-
more-off-sliced.gif" width=70 height=26 border=0></a></nobr></td>

</tr>
</table>
</center>
</td>
</tr>

<tr align=center bgcolor=#006699>

<td><div id="std_subnav" style="display:''">

<style type="text/css">
<!--
.subnav {
font-family: Verdana, Arial, Helvetica, sans-serif;
font-size: 9px;
line-height: 10px;
font-weight: bold;
text-transform: uppercase;
color: #FFFFFF;
}
.currentlink {
font-family: Verdana, Arial, Helvetica, sans-serif;
font-size: 9px;
line-height: 10px;
font-weight: bold;
text-transform: uppercase;
color: #FFCC66;
text-decoration: none;}
A.subnav:link {
text-decoration: none;
}
A.subnav:visited {
text-decoration: none;
}
A.subnav:hover {
text-decoration: underline;
}
-->
</style>

<table width="100%" border="0" cellspacing="0" cellpadding="0">
<tr>

<td align="center" bgcolor=#006699 height="28">

<table border="0" cellspacing="0" cellpadding="0">
<tr align="center">
```

```
<td><a href=http://www.amazon.com/exec/obidos/tg/stores/your/rec-wizard/-
/ys/ref=pd_ys_nav_rw/103-5719040-0699022 class="subnav">Recommendations<br
/>Wizard</a></td>

<td valign="middle">   <img src=http://g-
images.amazon.com/images/G/01/toys/icons/pixel-white.gif width=1 height=15
align=middle>   </td>

<td><a href=http://www.amazon.com/exec/obidos/flex-sign-
in/ref=pd_ys_nav_iyr?opt=an&page=misc/login/flex-sign-in-
secure.html&method=GET&cont-page=recs/signed-in-continue&cont-
type=collection&response=tg/recs/ir-collection-edit/-/1/owned/all/103-
5719040-0699022 class="subnav">Improve Your<br />Recommendations</a></td>

<td valign="middle">   <img src=http://g-
images.amazon.com/images/G/01/toys/icons/pixel-white.gif width=1 height=15
align=middle>   </td>

<td><a href=http://www.amazon.com/exec/obidos/subst/community/community-
home.html/ref=pd_ys_nav_com/103-5719040-0699022 class="subnav">Friends
&<br />Favorites</a></td>

<td valign="middle">   <img src=http://g-
images.amazon.com/images/G/01/toys/icons/pixel-white.gif width=1 height=15
align=middle>   </td>

<td><a href=http://www.amazon.com/exec/obidos/tg/cm/member-glance/-
/self/ref=pd_ys_nav_aya/103-5719040-0699022 class="subnav">About You<br
/>Area</a></td>

<td valign="middle">   <img src=http://g-
images.amazon.com/images/G/01/toys/icons/pixel-white.gif width=1 height=15
align=middle>   </td>

<td><a href=http://www.amazon.com/exec/obidos/tg/browse/-
/13316081/ref=pd_ys_nav_help/103-5719040-0699022 class="subnav">Learn
More</a></td>

</tr>
</table>
</td>
</tr>
</table>
</div></td>
</tr>

<tr align=center bgcolor=#EEEECC>
<td>

<TABLE cellpadding=5 cellspacing=0 border=0 width=100% bgcolor=#EEEECC>
<TR>
<form method="post" ACTION="/exec/obidos/search-handle-form/103-5719040-
0699022">
<TD valign=middle align=left>
```

```
<table align=left border=0 cellpadding=0 cellspacing=0><tr
valign=middle><td>
<nobr>
<font face=verdana,arial,helvetica size=-1>
<b>Search</b> All Products:
<input type=hidden name=index value=blended>
<input type="text" name="field-keywords" size=14>
<input type="image" height=21 width=21 border=0 value="Go" name="Go"
src="http://g-images.amazon.com/images/G/01/v9/search-browse/go-
button.gif" align=absmiddle>
</font>
</nobr>
</td></tr></table>

</TD>
</form>
<form method="post" action="/exec/obidos/redirect-to-path/103-5719040-
0699022">
<TD valign=middle align=right>
<font face=verdana,arial,helvetica size=-1>
<b>Browse: </b>
<select name="obidos-path">
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/283155">Books</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/5174">Music</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/130">DVD</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/404274">VHS</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/1036592">Apparel</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-/562436">Movie
Showtimes</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/172282">Electronics</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/502394">Camera &amp; Photo</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/229543">Software</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/285180">Toys</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/605012">Travel</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-/540744">Baby
Products</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/468642">Computer &amp; Video Games</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-/228013">Tools
&amp; Hardware</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/289962">Outdoor Living</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/284507">Kitchen &amp; Housewares</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/3367581">Jewelry &amp; Watches</option>
```

```
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/3370831">Gourmet Food Beta</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/3760911">Beauty Beta</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/11091801">Musical Instruments Beta</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/3375251">Sports &amp; Outdoors</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/599858">Magazine Subscriptions</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-/301185">Cell
Phones</option>
<option value="http://www.amazon.com/exec/obidos/tg/browse/-
/517808">Outlet</option>
<option
value="http://www.amazon.com/exec/obidos/subst/cards/home/home.html">e-
Cards</option>
<option
value="http://s1.amazon.com/exec/varzea/subst/home/home.html">Auctions</op
tion>
<option
value="http://s1.amazon.com/exec/varzea/subst/home/fixed.html">zShops</opt
ion>
</select>

<input type="image" height=21 width=21 border=0 value="Go" name="Go"
src="http://g-images.amazon.com/images/G/01/v9/search-browse/go-
button.gif" align=absmiddle>
</font>
</TD>
</form>
</TR>
</TABLE>
</td>
</tr>
</table>

<div style="background-color: #ffd;text-align: center">
<div class="small">
Like what you see here?  Come directly to Your Store by visiting <a
href=http://www.amazon.com/exec/obidos/am/103-5719040-
0699022?p=http%3A%2F%2Fmy.amazon.com%2F&l=1196323&c=183589&i=18850&hmac=64
F85D2A43666C38E5B4BC8E9120D1E031D54C94>my.amazon.com</a>
</div>
</div>

<p><b class="h1">Recommended for Peter M Martin</b> <span class="tiny">(If
you're not Peter M Martin, <a href="/exec/obidos/flex-sign-
in/ref=pd_nr_nav_signin/103-5719040-0699022?opt=oa&page=recs/sign-in-
secure.html&response=tg/stores/your/store-home/-/0">click
here</a>.)</span></p>

<table width="100%">
<tr>
<td valign="top" width="170">
```

```
<table border="0" cellspacing="0" cellpadding="0">
<tr valign="bottom">
<td><table width="100%" border="0" cellspacing="0" cellpadding="0">
<tr valign="top" bgcolor=#006699>
<td width="5"><img src="http://g-
images.amazon.com/images/G/01/icons/eyebrow-upper-left-corner.gif" width=5
height=5 border=0></td>
<td><table border="0" cellspacing="3" cellpadding="0">
<tr>
<td valign="bottom" align="left" class="eyebrow">BROWSE RECOMMENDED</td>
</tr>
</table>
</td>
<td width="5" align="right"><img src="http://g-
images.amazon.com/images/G/01/icons/eyebrow-upper-right-corner.gif"
width=5 height=5 border=0></td>
</tr>
</table>
</td>
</tr>
<tr valign=top align=center>
<td><table width="100%" cellspacing="2" style="border: 1px solid #cccc99">

<tr><td colspan="2" class="h3color"><b>Just for Today</b></td></tr>
<tr>
<td colspan="2" class="small"><span class="tiny">&#8226</span> <a
href="/exec/obidos/tg/stores/your/store-home/-/pym/ref=pd_ys_nav_pym/103-
5719040-0699022">Page You Made</a> <span class="tiny">(20)</span></td>
</tr>

<tr>
<td colspan="2" class="small"><span class="tiny">&#8226</span> <a
href="/exec/obidos/tg/stores/your/watch-list/-/1/ref=pd_ys_nav_watch/103-
5719040-0699022">Your Watch List</a> <small>(Beta)</small></td>
</tr>

<tr><td colspan="2" height="12"></td></tr>

<tr><td colspan="2" class="h3color"><b>Recommendations</b></td></tr>

<tr><td colspan="2">
<table width="100%" cellspacing="0" cellpadding="0"><tr><td
class="small"><b style="color: #666666">Your Favorites</b></td>
<td align="right" class="tiny"><a href="/exec/obidos/flex-sign-
in/ref=pd_ys_nav_editfavs/103-5719040-
0699022?page=personalization/favorites/favorites-sign-in-
secure.html&response=favorites-edit/personalization/favorites/edit-
areas.html&pass_through=product-group-id.gateway.ys&method=GET"><img
src="http://g-images.amazon.com/images/G/01/buttons/edit-small" width=35
height=16 border=0></a></td></tr></table>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/books/ref=pd_ys_nav_fav_b/103-5719040-0699022">Books</a>
```

```
</td></tr>

<tr><td colspan="2" height="12"></td></tr>
<tr><td colspan="2" class="small"><b style="color: #666666">More
Stores</b></td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/apparel/ref=pd_ys_nav_a/103-5719040-0699022">Apparel</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/baby/ref=pd_ys_nav_ba/103-5719040-0699022">Baby</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/dvd/ref=pd_ys_nav_d/103-5719040-0699022">DVD</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/electronics/ref=pd_ys_nav_e/103-5719040-0699022">Electronics</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/garden/ref=pd_ys_nav_ol/103-5719040-0699022">Outdoor Living</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/hi/ref=pd_ys_nav_hi/103-5719040-0699022">Tools & Hardware</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/jewelry/ref=pd_ys_nav_jw/103-5719040-0699022">Jewelry</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/kitchen/ref=pd_ys_nav_k/103-5719040-0699022">Kitchen & Housewares</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
```

```
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/magazines/ref=pd_ys_nav_mag/103-5719040-0699022">Magazine
Subscriptions</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/music/ref=pd_ys_nav_m/103-5719040-0699022">Music</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/pc/ref=pd_ys_nav_pc/103-5719040-0699022">Computers</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/photo/ref=pd_ys_nav_p/103-5719040-0699022">Camera & Photo</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/software/ref=pd_ys_nav_sw/103-5719040-0699022">Software</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-/0/sporting-
goods/ref=pd_ys_nav_sg/103-5719040-0699022">Sports &amp; Outdoors</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/toys/ref=pd_ys_nav_t/103-5719040-0699022">Toys &amp; Games</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/video/ref=pd_ys_nav_v/103-5719040-0699022">Video</a>
</td></tr>

<tr><td class="tiny" valign="top">&#8226</td>
<td class="small" valign="top">
<a href="/exec/obidos/tg/stores/your/store-home/-
/0/videogames/ref=pd_ys_nav_vg/103-5719040-0699022">Computer &amp; Video
Games</a>
</td></tr>
</table>
</td>
</tr>
```

```
</table>

<br />

<table width="100%" cellspacing="0" cellpadding="0" style="border: 1px
solid #cccc99">
<tr bgcolor="#eeeecc"><td><table>
<tr><td class="small"><b><a href="/exec/obidos/flex-sign-
in/ref=pd_ys_nav_iyr/103-5719040-
0699022?opt=af&page=personalization/favorites/favorites-sign-in-
secure.html&response=tg/recs/ir-collection-edit/-/1/owned/all/">Improve
Your Recommendations</a></b></td></tr>
</table></td></tr>
<tr><td><table>
<tr><td class="small"><b>Peter</b>, improve what we recommend to you by
editing your collection:</td></tr>
<tr><td class="small"><span class="tiny">&#8226;</span> <a
href="/exec/obidos/flex-sign-in/ref=pd_ys_iyr_own/103-5719040-
0699022?opt=af&page=personalization/favorites/favorites-sign-in-
secure.html&response=tg/recs/ir-collection-edit/-/1/owned/all/">Items you
own</a> <span class="tiny">(9)</span></td></tr>
<tr><td class="small"><span class="tiny">&#8226;</span> <a
href="/exec/obidos/flex-sign-in/ref=pd_ys_iyr_wl/103-5719040-
0699022?opt=af&page=personalization/favorites/favorites-sign-in-
secure.html&response=tg/recs/ir-collection-edit/-/1/wishlist/all/">Items
on your Wish List</a> <span class="tiny">(0)</span></td></tr>

<tr><td class="small"><span class="tiny">&#8226;</span> <a
href="/exec/obidos/flex-sign-in/ref=pd_ys_iyr_rated/103-5719040-
0699022?opt=af&page=personalization/favorites/favorites-sign-in-
secure.html&response=tg/recs/ir-collection-edit/-/1/ratings/all/">Items
you've rated</a> <span class="tiny">(0)</span></td></tr>
<tr><td class="small"><span class="tiny">&#8226;</span> <a
href="/exec/obidos/flex-sign-in/ref=pd_ys_iyr_ni/103-5719040-
0699022?opt=af&page=personalization/favorites/favorites-sign-in-
secure.html&response=tg/recs/ir-collection-edit/-/1/not-
interested/all/">Items you've marked "Not interested"</a> <span
class="tiny">(0)</span></td></tr>
</table></td></tr>
</table>

<br />

<div class="small" style="padding: 2px; border: 1px solid #cccc99;text-
align: left">
<b class="h3color">Need Help?</b><br />
Visit our <a href="/exec/obidos/tg/browse/-/13316081/ref=pd_ys_help/103-
5719040-0699022">Help</a> area to learn more.
</div>

</td>
<td width="8"></td>
<td valign="top">

<table width="100%" border="0" cellpadding="3">
<tr>
```

```
<td height="25"><table width="100%" border="0" cellspacing="0"
cellpadding="0">
<tr>

<td class="small">Recommendations for you are based on <a
href="/exec/obidos/flex-sign-in/ref=pd_ys_iyr_hn_own/103-5719040-
0699022?opt=af&page=recs/sign-in-secure.html&response=tg/recs/ir-
collection-edit/-/1/owned/all/">9 items you own</a> and more.</td>

<td><a href="/exec/obidos/tg/stores/your/store-home/-
/0/all/0/16/ref=pd_ys_0_next/103-5719040-0699022"><img src="http://g-
images.amazon.com/images/G/01/buttons/more-results-sand" width=104
height=22 vspace=3 border=0 align=right></a></td>

</tr>
</table></td>
</tr>

<tr>
<td height="25" class="small"><span class="tiny">view:</span>
<b>All</b> |

<a href="/exec/obidos/tg/stores/your/store-home/-
/nr/all/0/ref=pd_ys_hn_nr/103-5719040-0699022">New Releases</a> |

<a href="/exec/obidos/tg/stores/your/store-home/-
/fr/all/0/ref=pd_ys_hn_fr/103-5719040-0699022">Coming Soon</a>

 | <a href="/exec/obidos/tg/stores/your/store-home/-
/barg/all/0/ref=pd_ys_hn_barg/103-5719040-0699022">Bargains</a>

| <a href="/exec/obidos/tg/stores/your/watch-list/-
/1/ref=pd_ys_hn_watch/103-5719040-0699022">Your Watch List</a>
<small>(Beta)</small>

</tr>

</table>
<table cellspacing="0" cellpadding="0">

<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-1" valign="top">

<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>

<td align=left><b class=small>1&#46; </b></td>

<td><center>

<a href=/exec/obidos/tg/detail/-/B00005REHE/ref=pd_ys_ir_all_1/103-
5719040-0699022?v=glance&s=books>
```

```
<img src="http://images.amazon.com/images/P/B00005REHE.01.TZZZZZZZ.jpg"
width=80 height=90 vspace=3 align=top hspace=5 border=0 border=1></a>

<script language="Javascript1.1" type="text/javascript">
<!--
function amz_js_PopWin(url,name,options){
var ContextWindow = window.open(url,name,options);
ContextWindow.opener = this;
ContextWindow.focus();
}
function amz_js_RefreshOriginalWindow(url) {
if ((window.opener == null) || (window.opener.closed))
{
var OriginalWindow = window.open(url);
OriginalWindow.opener = this;
}
else{
window.opener.location=url;
}
}
//-->
</script>

<script language="Javascript1.1" type="text/javascript">
<!--
window.name = "amz_parent";
//-->
</script>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/B00005REHE/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/B00005REHE/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>

<a href=/exec/obidos/tg/detail/-/B00005REHE/ref=pd_ys_ir_all_1/103-
5719040-0699022?v=glance&s=books><b>What Is Strategy? (HBR OnPoint
Enhanced Edition) [DOWNLOAD: PDF]</b></a>

</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Michael E. Porter</font><br>
```

```
Average Customer Review&#58;

<img src="http://g-images.amazon.com/images/G/01/x-locale/common/customer-
reviews/stars-4-0.gif" width=64 height=12 border=0 alt="4.0
out of 5 stars">

<br>
Publication Date: January 29, 2005
<br>
</font>
</td>
</tr>

<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>

<b>Our Price:</b>
<b class=price>
<span class=small>
$7.00
</span>
</b>
 
</font>
</td>
<td>

<table><tr><td>

<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >
<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
<input type="hidden" name="asin.B00005REHE" value="1">
<input type="hidden" name="store-name" value=ebooks>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif
border=0 width=113 height=23 >
</form>

</td></tr></table>
</td></tr>

<tr>
<td colspan=2>

<script language="Javascript" type="text/javascript">

var dpIsOwnedImages = new Array("http://g-
images.amazon.com/images/G/01//x-locale/personalization/i-own-it-off.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/i-own-
it-on.gif");
var isOwnedImages = new Array("http://g-images.amazon.com/images/G/01//x-
locale/personalization/i-own-it-off.gif",
```

```
"http://g-images.amazon.com/images/G/01//x-locale/personalization/i-own-
it-on.gif");
var historyNotInterestedImages = new Array("http://g-
images.amazon.com/images/G/01//x-locale/personalization/not-interested-
off.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/not-
interested-on.gif");
var notInterestedImages = new Array("http://g-
images.amazon.com/images/G/01//x-locale/personalization/not-interested-
off.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/not-
interested-on.gif");
var excludedImages = new Array("http://g-images.amazon.com/images/G/01//x-
locale/personalization/use-for-recs-on.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/use-for-
recs-off.gif");
var thankYouImage = "http://g-
images.amazon.com/images/G/01//detail/saved.gif";
var starImages = new Array("http://g-images.amazon.com/images/G/01//x-
locale/personalization/stars-not-rated.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
hate.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
dont-like.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
ok.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
like-it.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-i-
love-it.gif");
var nullStarMessage = "http://g-images.amazon.com/images/G/01//x-
locale/personalization/stars-text-rate.gif";
var starMap = new Array('0,0,14,20',
'15,0,30,20',
'31,0,43,20',
'44,0,56,20',
'57,0,69,20',
'70,0,82,20');
var starMessages = new Array("http://g-images.amazon.com/images/G/01//x-
locale/personalization/stars-text-not-rated.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
text-hate.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
text-dont-like.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
text-ok.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
text-like.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
text-love.gif",
"http://g-images.amazon.com/images/G/01//x-locale/personalization/stars-
text-saved.gif");

var savedRatings = new Array();
var changedRatings = new Array();
var savedNotInterested = new Array();
```