```
var savedIsOwned = new Array();
var savedExcluded = new Array();
var starTwinkler = new Array();
var msgTwinkler = new Array();
var delayTime = 200;
var allImages = new Array();
function amz_js_preloadImages(){
for (i=0; i < amz_js_preloadImages.length ;i++){
allImages[i] = new Image();
allImages[i].src = amz_js_preloadImages.arguments[i];
}
}
amz_js_preloadImages(starImages);
amz_js_preloadImages(dpIsOwnedImages);
amz_js_preloadImages(isOwnedImages);
amz_js_preloadImages(historyNotInterestedImages);
amz_js_preloadImages(notInterestedImages);
amz_js_preloadImages(excludedImages);
amz_js_preloadImages(thankYouImage);
amz_js_preloadImages(starMessages);
function amz_js_swapHistoryNotInterested(asin, state){
if (state == 'alt'){
notInterested = (savedNotInterested[asin] ? 0 : 1);
} else if (state != undefined) {
notInterested = state;
} else {
notInterested = savedNotInterested[asin];
}
document.images["notInterested." + asin].src =
historyNotInterestedImages[notInterested];
}
function amz_js_swapNotInterested(asin, state){
if (state == 'alt'){
notInterested = (savedNotInterested[asin] ? 0 : 1);
} else if (state != undefined) {
notInterested = state;
} else {
notInterested = savedNotInterested[asin];
}
document.images["notInterested." + asin].src =
notInterestedImages[notInterested];
}
function amz_js_swapDpIsOwned(asin, state){
if (state == 'alt'){
isOwned = (savedIsOwned[asin] ? 0 : 1);
} else {
isOwned = savedIsOwned[asin];
}
document.images["isOwned." + asin].src = dpIsOwnedImages[isOwned];
}
function amz_js_swapIsOwned(asin, state){
if (state == 'alt'){
isOwned = (savedIsOwned[asin] ? 0 : 1);
} else if (state != undefined) {
isOwned = state;
} else {
```

```
isOwned = savedIsOwned[asin];
}
document.images["isOwned." + asin].src = isOwnedImages[isOwned];
}
function amz_js_swapExcluded(asin, state){
if (state == 'alt'){
excluded = (savedExcluded[asin] ? 0 : 1);
} else {
excluded = savedExcluded[asin];
}
document.images["excluded." + asin].src = excludedImages[excluded];
}
function amz_js_sendRating(asin, ratingType, ratingValue){

var submitURL = ''
+ '/exec/obidos/instant-recs/103-5719040-0699022?'
+ 'rating.source=ir'
+ '&rating.asin.1=' + asin
+ '&use-new-form=true'
+ '&return.index.begin=1'
+ '&rating.' + ratingType + '.1=' + ratingValue
+ '&not-interested=1'
+ '&template-name='
+ encodeURIComponent('stores/recs/ratings/rate-asin-return-page');
if ( ( ( ratingType == 'onetofive' ) || ( ratingType == 'owned' ) )
&& ( savedNotInterested[asin] == 1 ) ) {
submitURL = submitURL + '&rating.notinterested.1=NONE';
savedNotInterested[asin] = 0;
}
else if ( ( ratingType == 'onetofive' ) && ( savedRatings[asin] == 0 ) ) {
submitURL = submitURL + '&rating.onetofive.1=NONE';
}
else if ( ratingType == 'notinterested' ) {
if ( savedRatings[asin] > 0 ) {
submitURL = submitURL + '&rating.onetofive.1=NONE';
savedRatings[asin] = 0;
}
if ( savedIsOwned[asin] == 1 ) {
submitURL = submitURL + '&rating.owned.1=NONE';
savedIsOwned[asin] = 0;
}
}
else if ( ratingType == 'excluded' ) {
submitURL = submitURL + '&return.delete-from-clickstream-1=' + asin;
}
window.location.href = submitURL + "&return.response=204";
}
function amz_js_swapStars(asin, rating){
if (rating == undefined){
rating = savedRatings[asin];
}
document.images["stars." + asin].src = starImages[rating];
}
function amz_js_swapStarMsgs(asin, rating){
if (rating == undefined){
if ( changedRatings[asin] ) {
```

```
document.images["messages." + asin].src = starMessages[6];
} else {
document.images["messages." + asin].src = nullStarMessage;
}
} else {
document.images["messages." + asin].src = starMessages[rating];
}
}
function amz_js_sendStars(asin, rating){
savedRatings[asin] = rating;
changedRatings[asin] = 1;
amz_js_sendRating(asin, 'onetofive', rating);
amz_js_swapStarMsgs(asin, 6);
}
function amz_js_sendNotInterested(asin){
savedNotInterested[asin] = (savedNotInterested[asin] ? 0 : 1);
rating = (savedNotInterested[asin] ? 'NOTINTERESTED' : 'NONE');
amz_js_sendRating(asin, 'notinterested', rating);
amz_js_swapStars(asin, 0);
}
function amz_js_sendIsOwned(asin){
savedIsOwned[asin] = (savedIsOwned[asin] ? 0 : 1);
rating = (savedIsOwned[asin] ? 'OWN' : 'NONE');
amz_js_sendRating(asin, 'owned', rating);
}
function amz_js_sendExcluded(asin){
savedExcluded[asin] = (savedExcluded[asin] ? 0 : 1);
rating = (savedExcluded[asin] ? 'EXCLUDE' : 'NONE');
amz_js_sendRating(asin, 'excluded', rating);
}
function amz_js_starMouseOver(asin, rating){
if (starTwinkler[asin] != 0){
window.clearTimeout(starTwinkler[asin]);
starTwinkler[asin] = 0;
}
if (msgTwinkler[asin] != 0){
window.clearTimeout(msgTwinkler[asin]);
msgTwinkler[asin] = 0;
}
amz_js_swapStars(asin, rating);
amz_js_swapStarMsgs(asin, rating);
}
function amz_js_starMouseOut(asin){
starTwinkler[asin] = window.setTimeout("amz_js_swapStars('"+asin+"')",
delayTime);
msgTwinkler[asin] = window.setTimeout("amz_js_swapStarMsgs('"+asin+"')",
delayTime);
}
function amz_js_showHistoryNotInterested(asin, notInterested){
var imageID = "notInterested." + asin;
document.write("<img src='" + historyNotInterestedImages[notInterested] +
"'");
document.write("id='" + imageID + "' ");
document.write("onClick=\"amz_js_swapHistoryNotInterested('" + asin + "',
'alt');");
```

```
document.write("amz_js_swapStars('" + asin + "', 0);");
document.write("amz_js_swapIsOwned('" + asin + "', 0);");

document.write("window.setTimeout('amz_js_sendNotInterested(\\'" + asin +
"\\');', delayTime);\" ");
document.write("border=0 width=114 height=16 valign=absmiddle>");
}
function amz_js_showNotInterested(asin, notInterested){
var imageID = "notInterested." + asin;
document.write("<img src='" + notInterestedImages[notInterested] + "'");
document.write("id='" + imageID + "' ");
document.write("onClick=\"amz_js_swapNotInterested('" + asin + "',
'alt');");

document.write("amz_js_swapStars('" + asin + "', 0);");
document.write("amz_js_swapIsOwned('" + asin + "', 0);");

document.write("window.setTimeout('amz_js_sendNotInterested(\\'" + asin +
"\\');', delayTime);\" ");
document.write("border=0 width=114 height=16 valign=absmiddle>");
}
function amz_js_showDpIsOwned(asin, isOwned){
var imageID = "isOwned." + asin;
document.write("<img src='" + dpIsOwnedImages[isOwned] + "'");
document.write("id='" + imageID + "' ");
document.write("onClick=\"amz_js_swapDpIsOwned('" + asin + "', 'alt');");
document.write("amz_js_swapNotInterested('" + asin + "', 0);");
document.write("window.setTimeout('amz_js_sendIsOwned(\\'" + asin +
"\\');', delayTime);\" ");
document.write("border=0 width=64 height=16 valign=absmiddle>");
}
function amz_js_showIsOwned(asin, isOwned){
var imageID = "isOwned." + asin;
document.write("<img src='" + isOwnedImages[isOwned] + "'");
document.write("id='" + imageID + "' ");
document.write("onClick=\"amz_js_swapIsOwned('" + asin + "', 'alt');");
document.write("amz_js_swapNotInterested('" + asin + "', 0);");
document.write("window.setTimeout('amz_js_sendIsOwned(\\'" + asin +
"\\');', delayTime);\" ");
document.write("border=0 width=74 height=16 valign=absmiddle>");
}
function amz_js_showExcluded(asin, exluded){
var imageID = "excluded." + asin;
document.write("<img src='" + excludedImages[excluded] + "'");
document.write("id='" + imageID + "' ");
document.write("onClick=\"amz_js_swapExcluded('" + asin + "', 'alt');");
document.write("window.setTimeout('amz_js_sendExcluded(\\'" + asin +
"\\');', delayTime);\" ");
document.write("border=0 width=122 height=29 valign=absmiddle>");
}
function amz_js_showStars (asin, rating){
var starID = "stars." + asin;
starTwinkler[asin] = 0;
msgTwinkler[asin] = 0;
document.write("<map name='starmap" + asin +"'>");
var i = 0;
```

```
for (i = 0; i < 6; i++) {
document.write("<area shape=rect " +
"coords='" + starMap[i] + "' " +
"onMouseOver=\"amz_js_starMouseOver('" + asin + "'," + i + ");\" " +
"onMouseOut=\"amz_js_starMouseOut('" + asin + "');\" " +
"onClick=\"amz_js_sendStars('" + asin + "'," + i + ");" +

"amz_js_swapNotInterested('" + asin + "', 0);" +

"\" >");
}
document.write("</map>");
document.write("<img vspace=2 src='" + starImages[rating] + "'");
document.write(" border=0 usemap='#starmap" + asin);
document.write("' id='" + starID + "'>");
}
function amz_js_showMessages (asin, rating){
var msgID = "messages." + asin;
if ( rating == undefined ) {
document.write("<img vspace=2 height=16 src='" + nullStarMessage + "'");
}
else {
document.write("<img vspace=2 height=16 src='" + starMessages[rating] +
"'");
}
document.write("' id='" + msgID + "'>");
}
</script>

<script language="Javascript" type="text/javascript">
var asin = 'B00005REHE';
var rating = 0;
var isOwned = 0;
var notInterested = 0;

var excluded = 0;
savedExcluded[asin] = excluded;

savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">

<nobr>

<script language="Javascript1.1" type="text/javascript">
<!--

function amz_js_WriteRatingsLink(){
document.write("<span class=tiny>");

if (bulbimg){
document.write("<a href=javascript:amz_js_PopWin('" + whyWindowUrl +
"','RecsWhyWindow','width=480,height=450,resizable=yes,scrollbars=yes,stat
```

```
us=yes') onMouseOver=\"status='" + tooltip + "'; return true;\"
onMouseOut=\"status=''; return true;\" title='" + tooltip+ "'><img
vspace=2 hspace=2 align=absmiddle src='" + bulbimg + "' width=9 height=12
border=0 alt='" + tooltip + "'></a>");
}
document.write("<a href=javascript:amz_js_PopWin('" + whyWindowUrl +
"','RecsWhyWindow','width=480,height=450,resizable=yes,scrollbars=yes,stat
us=yes') onMouseOver=\"status='" + tooltip + "'; return true;\"
onMouseOut=\"status=''; return true;\" title='" + tooltip+ "'>" +
whyLinkText + "</a>" + trailingParen);
document.write("</span>");
}

var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/B00005REHE/instant-recs/ref=pd_rate_lk_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>

</nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
document.write("<span class=small>");
document.write("</span>");
//-->
</script>

</div>

<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>

<noscript>

<td>
```

```
<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="B00005REHE">
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >

<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="B00005REHE">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">
</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/B00005REHE/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>

</td>
</tr>
</table>
</td>
</noscript>
</tr>
</table>
</td></tr>
```

```
<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-2" valign="top">

<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>

<td align=left><b class=small>2&#46; </b></td>

<td><center>

<a href=/exec/obidos/tg/detail/-/B00005REI5/ref=pd_ys_ir_all_2/103-
5719040-0699022?v=glance&s=books>

<img src="http://images.amazon.com/images/P/B00005REI5.01.TZZZZZZZ.jpg"
width=80 height=90 vspace=3 align=top hspace=5 border=0 border=1></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/B00005REI5/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/B00005REI5/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>

<a href=/exec/obidos/tg/detail/-/B00005REI5/ref=pd_ys_ir_all_2/103-
5719040-0699022?v=glance&s=books><b>Having Trouble with Your Strategy?
Then Map It (HBR OnPoint Enhanced Edition) [DOWNLOAD: PDF]</b></a>

</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Robert S. Kaplan, David P.
Norton</font><br>

Average Customer Review&#58;

<img src="http://g-images.amazon.com/images/G/01/x-locale/common/customer-
reviews/stars-3-5.gif" width=64 height=12 border=0 alt="3.5
out of 5 stars">

<br>
Publication Date: January 29, 2005
```

```
<br>
</font>
</td>
</tr>

<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>

<b>Our Price:</b>
<b class=price>

<span class=small>
$7.00
</span>
</b>
 
</font>
</td>
<td>

<table><tr><td>

<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >

<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
<input type="hidden" name="asin.B00005REI5" value="1">
<input type="hidden" name="store-name" value=ebooks>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif border=0 width=113 height=23 >
</form>

</td></tr></table>
</td></tr>

<tr>
<td colspan=2>

<script language="Javascript" type="text/javascript">
var asin = 'B00005REI5';
var rating = 0;
var isOwned = 0;
var notInterested = 0;
var excluded = 0;
savedExcluded[asin] = excluded;
savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">
<nobr>
```

```
<script language="Javascript1.1" type="text/javascript">
<!--

var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/B00005REI5/instant-recs/ref=pd_rate_1k_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>
</nobr>

<script language="Javascript1.1" type="text/javascript">
<!--

document.write("<span class=small>");

document.write("</span>");
//-->
</script>

</div>

<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>

<noscript>

<td>

<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="B00005REI5">
```

```
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >

<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="B00005REI5">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">

</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/B00005REI5/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>

</td>
</tr>
</table>
</td>
</noscript>
</tr>
</table>
</td></tr>

<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-3" valign="top">

<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
```

```
<tr valign=top>

<td align=left><b class=small>3&#46; </b></td>

<td><center>

<a href=/exec/obidos/tg/detail/-/B00005RZ8F/ref=pd_ys_ir_all_3/103-
5719040-0699022?v=glance&s=books>

<img src="http://images.amazon.com/images/P/B00005RZ8F.01.TZZZZZZZ.jpg"
width=80 height=90 vspace=3 align=top hspace=5 border=0 border=1></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/B00005RZ8F/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/B00005RZ8F/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>

<a href=/exec/obidos/tg/detail/-/B00005RZ8F/ref=pd_ys_ir_all_3/103-
5719040-0699022?v=glance&s=books><b>Organigraphs: Drawing How Companies
Really Work [DOWNLOAD: PDF]</b></a>

</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Henry Mintzberg, Ludo Van
der Heyden</font><br>

Publication Date: January 29, 2005

<br>

</font>
</td>
</tr>

<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>

<b>Our Price:</b>
<b class=price>
<span class=small>
$6.00
</span>
</b>
```

```
 
</font>
</td>
<td>

<table><tr><td>

<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >

<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
<input type="hidden" name="asin.B00005RZ8F" value="1">
<input type="hidden" name="store-name" value=ebooks>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif border=0 width=113 height=23 >
</form>

</td></tr></table>
</td></tr>

<tr>
<td colspan=2>

<script language="Javascript" type="text/javascript">
var asin = 'B00005RZ8F';
var rating = 0;
var isOwned = 0;
var notInterested = 0;
var excluded = 0;
savedExcluded[asin] = excluded;
savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">
<nobr>

<script language="Javascript1.1" type="text/javascript">
<!--

var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/B00005RZ8F/instant-recs/ref=pd_rate_lk_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>
</nobr>
```

```
<script language="Javascript1.1" type="text/javascript">
<!--
document.write("<span class=small>");
document.write("</span>");
//-->
</script>

</div>

<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>
<noscript>
<td>

<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="B00005RZ8F">
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >

<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
```

```
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="B00005RZ8F">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">

</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/B00005RZ8F/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>

</td>
</tr>
</table>
</td>
</noscript>
</tr>
</table>
</td></tr>

<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-4" valign="top">

<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>
<td align=left><b class=small>4&#46; </b></td>
<td><center>

<a href=/exec/obidos/tg/detail/-/B00005REIE/ref=pd_ys_ir_all_4/103-
5719040-0699022?v=glance&s=books>

<img src="http://images.amazon.com/images/P/B00005REIE.01.TZZZZZZZ.jpg"
width=80 height=90 vspace=3 align=top hspace=5 border=0 border=1></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/B00005REIE/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/B00005REIE/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
```

```
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>

<td colspan=2 width=100% class=small valign=middle>
<font face=verdana,arial,helvetica>
<a href=/exec/obidos/tg/detail/-/B00005REIE/ref=pd_ys_ir_all_4/103-
5719040-0699022?v=glance&s=books><b>Strategy as Simple Rules (HBR OnPoint
Enhanced Edition) [DOWNLOAD: PDF]</b></a>
</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Kathleen M. Eisenhardt,
Donald Sull</font><br>

Average Customer Review&#58;

<img src="http://g-images.amazon.com/images/G/01/x-locale/common/customer-
reviews/stars-4-0.gif" width=64 height=12 border=0 alt="4.0
out of 5 stars">

<br>

Publication Date: January 29, 2005

<br>

</font>
</td>
</tr>

<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>

<b>Our Price:</b>
<b class=price>
<span class=small>
$7.00
</span>
</b>
 
</font>
</td>
<td>

<table><tr><td>

<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >

<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
```

```
<input type="hidden" name="asin.B00005REIE" value="1">
<input type="hidden" name="store-name" value=ebooks>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif border=0 width=113 height=23 >
</form>

</td></tr></table>

</td></tr>

<tr>
<td colspan=2>

<script language="Javascript" type="text/javascript">
var asin = 'B00005REIE';
var rating = 0;
var isOwned = 0;
var notInterested = 0;
var excluded = 0;
savedExcluded[asin] = excluded;
savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">

<nobr>

<script language="Javascript1.1" type="text/javascript">
<!--

var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/B00005REIE/instant-recs/ref=pd_rate_lk_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>

</nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
document.write("<span class=small>");
document.write("</span>");
//-->
</script>
</div>

<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
```

```
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>

<noscript>
<td>

<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="B00005REIE">
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >

<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">

<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="B00005REIE">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
```

```
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">

</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/B00005REIE/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>

</td>
</tr>
</table>
</td>
</noscript>
</tr>
</table>
</td></tr>

<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-5" valign="top">

<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>
<td align=left><b class=small>5&#46; </b></td>
<td><center>

<a href=/exec/obidos/tg/detail/-/B00005REKP/ref=pd_ys_ir_all_5/103-
5719040-0699022?v=glance&s=books>

<img src="http://images.amazon.com/images/P/B00005REKP.01.TZZZZZZZ.jpg"
width=80 height=90 vspace=3 align=top hspace=5 border=0 border=1></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/B00005REKP/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/B00005REKP/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>
```

```
<a href=/exec/obidos/tg/detail/-/B00005REKP/ref=pd_ys_ir_all_5/103-
5719040-0699022?v=glance&s=books><b>Organization Design: Fashion or Fit?
[DOWNLOAD: PDF]</b></a>

</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Henry Mintzberg</font><br>
Average Customer Review&#58;

<img src="http://g-images.amazon.com/images/G/01/x-locale/common/customer-
reviews/stars-5-0.gif" width=64 height=12 border=0 alt="5.0
out of 5 stars">

<br>
Publication Date: January 29, 2005
<br>
</font>
</td>
</tr>

<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>

<b>Our Price:</b>
<b class=price>
<span class=small>
$6.00
</span>
</b>
 
</font>

</td>
<td>

<table><tr><td>

<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >

<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
<input type="hidden" name="asin.B00005REKP" value="1">
<input type="hidden" name="store-name" value=ebooks>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif border=0 width=113 height=23 >
</form>
</td></tr></table>
</td></tr>

<tr>
<td colspan=2>
```

```
<script language="Javascript" type="text/javascript">
var asin = 'B00005REKP';
var rating = 0;
var isOwned = 0;
var notInterested = 0;
var excluded = 0;
savedExcluded[asin] = excluded;
savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">
<nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/B00005REKP/instant-recs/ref=pd_rate_lk_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>
</nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
document.write("<span class=small>");
document.write("</span>");
//-->
</script>
</div>

<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>

<noscript>
```

```
<td>

<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="B00005REKP">
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >

<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="B00005REKP">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">

</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/B00005REKP/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>

</td>
</tr>
</table>
</td>
</noscript>
```

```
</tr>
</table>
</td></tr>

<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-6" valign="top">

<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>

<td align=left><b class=small>6&#46; </b></td>

<td><center>

<a href=/exec/obidos/tg/detail/-/1578513308/ref=pd_ys_ir_all_6/103-
5719040-0699022?v=glance&s=books>

<img
src="http://images.amazon.com/images/P/1578513308.01.__PIsm.arrow,TopLeft,
-2,-19_SCTZZZZZZZ_.jpg" width=63 height=99 vspace=3 align=top hspace=5
border=0 border=0></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/1578513308/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/1578513308/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>

<a href=/exec/obidos/tg/detail/-/1578513308/ref=pd_ys_ir_all_6/103-
5719040-0699022?v=glance&s=books><b>Cultivating Communities of
Practice</b></a>

</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Etienne Wenger, et
al</font><br>

Average Customer Review&#58;
```

```
<img src="http://g-images.amazon.com/images/G/01/x-locale/common/customer-
reviews/stars-4-5.gif" width=64 height=12 border=0 alt="4.5
out of 5 stars">

<br>

Publication Date: March 15, 2002

<br>

</font>
</td>
</tr>

<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>

<b>Our Price: <font color=#990000>$18.87</font></b> 

<a href=http://www.amazon.com/exec/obidos/tg/stores/offering/list/-
/1578513308/all/ref=pd_ys_ir_all_used/103-5719040-0699022><span
class=small><b>Used &amp; new</b></span></a>

<span class=tiny>from</span> <span class=price>$19.00</span>

</font>
</td>
<td>

<table><tr><td>

<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >

<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
<input type="hidden" name="asin.1578513308" value="1">
<input type="hidden" name="store-name" value=books>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif border=0 width=113 height=23 >
<input type="image" value="Add to Wish List" name="submit.add-to-
registry.wishlist" src=http://g-images.amazon.com/images/G/01/buttons/add-
to-wl-yellow.gif border="0" height=23 width=113 >
</form>

</td></tr></table>

</td></tr>

<tr>
<td colspan=2>

<script language="Javascript" type="text/javascript">
var asin = '1578513308';
```

```
var rating = 0;
var isOwned = 0;
var notInterested = 0;
var excluded = 0;
savedExcluded[asin] = excluded;
savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">

<nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/1578513308/instant-recs/ref=pd_rate_lk_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>
</nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
document.write("<span class=small>");
document.write("</span>");
//-->
</script>
</div>

<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>

<noscript>
<td>
<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>
```

```
<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="1578513308">
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >

<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="1578513308">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">
</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/1578513308/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>

</td>
</tr>
</table>
</td>
</noscript>
</tr>
</table>
</td></tr>

<tr>
```

```
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-7" valign="top">

<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>

<td align=left><b class=small>7&#46; </b></td>
<td><center>

<a href=/exec/obidos/tg/detail/-/B00005RZ1N/ref=pd_ys_ir_all_7/103-
5719040-0699022?v=glance&s=books>

<img src="http://images.amazon.com/images/P/B00005RZ1N.01.TZZZZZZZ.jpg"
width=80 height=90 vspace=3 align=top hspace=5 border=0 border=1></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/B00005RZ1N/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/B00005RZ1N/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>

<a href=/exec/obidos/tg/detail/-/B00005RZ1N/ref=pd_ys_ir_all_7/103-
5719040-0699022?v=glance&s=books><b>From Competitive Advantage to
Corporate Strategy [DOWNLOAD: PDF]</b></a>

</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Michael E. Porter</font><br>

Average Customer Review&#58;

<img src="http://g-images.amazon.com/images/G/01/x-locale/common/customer-
reviews/stars-4-0.gif" width=64 height=12 border=0 alt="4.0
out of 5 stars">

<br>
Publication Date: January 29, 2005
<br>
</font>
</td>
</tr>
```

```
<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>

<b>Our Price:</b>
<b class=price>

<span class=small>
$6.00
</span>
</b>
 
</font>
</td>
<td>

<table><tr><td>

<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >

<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
<input type="hidden" name="asin.B00005RZ1N" value="1">
<input type="hidden" name="store-name" value=ebooks>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif border=0 width=113 height=23 >
</form>
</td></tr></table>
</td></tr>

<tr>
<td colspan=2>

<script language="Javascript" type="text/javascript">
var asin = 'B00005RZ1N';
var rating = 0;
var isOwned = 0;
var notInterested = 0;
var excluded = 0;
savedExcluded[asin] = excluded;
savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">
<nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
```

```
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/B00005RZ1N/instant-recs/ref=pd_rate_lk_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>
</nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
document.write("<span class=small>");
document.write("</span>");
//-->
</script>
</div>

<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>

<noscript>

<td>

<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="B00005RZ1N">
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >
```

```
<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="B00005RZ1N">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">

</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/B00005RZ1N/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>

</td>
</tr>
</table>
</td>
</noscript>
</tr>
</table>
</td></tr>

<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-8" valign="top">
<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>
<td align=left><b class=small>8&#46; </b></td>
<td><center>

<a href=/exec/obidos/tg/detail/-/B00005REKJ/ref=pd_ys_ir_all_8/103-
5719040-0699022?v=glance&s=books>
```

```
<img src="http://images.amazon.com/images/P/B00005REKJ.01.TZZZZZZZ.jpg"
width=80 height=90 vspace=3 align=top hspace=5 border=0 border=1></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/B00005REKJ/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/B00005REKJ/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>

<a href=/exec/obidos/tg/detail/-/B00005REKJ/ref=pd_ys_ir_all_8/103-
5719040-0699022?v=glance&s=books><b>How Competitive Forces Shape Strategy
[DOWNLOAD: PDF]</b></a>

</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Michael E. Porter</font><br>

Average Customer Review&#58;

<img src="http://g-images.amazon.com/images/G/01/x-locale/common/customer-
reviews/stars-5-0.gif" width=64 height=12 border=0 alt="5.0
out of 5 stars">

<br>
Publication Date: January 29, 2005
<br>
</font>
</td>
</tr>

<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>
<b>Our Price:</b>
<b class=price>
<span class=small>
$6.00
</span>
</b>
 
</font>
</td>
<td>

<table><tr><td>
```

```
<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >

<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
<input type="hidden" name="asin.B00005REKJ" value="1">
<input type="hidden" name="store-name" value=ebooks>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif border=0 width=113 height=23 >
</form>
</td></tr></table>
</td></tr>

<tr>
<td colspan=2>

<script language="Javascript" type="text/javascript">
var asin = 'B00005REKJ';
var rating = 0;
var isOwned = 0;
var notInterested = 0;
var excluded = 0;
savedExcluded[asin] = excluded;
savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">
<nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/B00005REKJ/instant-recs/ref=pd_rate_lk_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>
</nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
document.write("<span class=small>");
document.write("</span>");
//-->
</script>
</div>
```

```
<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>

<noscript>
<td>

<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="B00005REKJ">
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >

<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="B00005REKJ">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
```

```
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">

</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/B00005REKJ/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>

</td>
</tr>
</table>
</td>
</noscript>
</tr>
</table>
</td></tr>

<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-9" valign="top">
<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>
<td align=left><b class=small>9&#46; </b></td>

<td><center>

<a href=/exec/obidos/tg/detail/-/B00005RZ33/ref=pd_ys_ir_all_9/103-
5719040-0699022?v=glance&s=books>

<img src="http://images.amazon.com/images/P/B00005RZ33.01.TZZZZZZZ.jpg"
width=80 height=90 vspace=3 align=top hspace=5 border=0 border=1></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/B00005RZ33/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/B00005RZ33/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>
```

```
<a href=/exec/obidos/tg/detail/-/B00005RZ33/ref=pd_ys_ir_all_9/103-
5719040-0699022?v=glance&s=books><b>Matrix Management: Not a Structure, a
Frame of Mind [DOWNLOAD: PDF]</b></a>

</font>

<br>

<font face=verdana,arial,helvetica size=-1>by Christopher A. Bartlett,
Sumantra Ghoshal</font><br>

Average Customer Review&#58;

<img src="http://g-images.amazon.com/images/G/01/x-locale/common/customer-
reviews/stars-3-5.gif" width=64 height=12 border=0 alt="3.5
out of 5 stars">

<br>

Publication Date: January 29, 2005
<br>
</font>
</td>
</tr>

<tr valign="top"><td>
<font face=verdana,arial,helvetica size=-1>

<b>Our Price:</b>
<b class=price>
<span class=small>
$6.00
</span>
</b>
 
</font>
</td>
<td>

<table><tr><td>

<form style="margin-bottom:0;" method="POST"
action="http://www.amazon.com/gp/legacy-handle-buy-box.html/103-5719040-
0699022" >

<input type="hidden" name="coliid" value="">
<input type="hidden" name="colid" value="">
<input type="hidden" name="asin.B00005RZ33" value="1">
<input type="hidden" name="store-name" value=ebooks>
<input type="image" value="Add to Shopping Cart" name="submit.add-to-cart"
src=http://g-images.amazon.com/images/G/01/buttons/add-to-cart-yellow-
short.gif border=0 width=113 height=23 >
</form>

</td></tr></table>
</td></tr>
```

```
<tr>
<td colspan=2>

<script language="Javascript" type="text/javascript">
var asin = 'B00005RZ33';
var rating = 0;
var isOwned = 0;
var notInterested = 0;
var excluded = 0;
savedExcluded[asin] = excluded;
savedRatings[asin] = rating;
savedNotInterested[asin] = notInterested;
savedIsOwned[asin] = isOwned;
</script>

<div style="padding-left: 5px; padding-bottom: 3px">

<nobr>

<script language="Javascript1.1" type="text/javascript">
<!--

var bulbimg = "";
var tooltip = "We recommend this item for you. Click to see why.";
var whyWindowUrl = "/exec/obidos/tg/stores/recs/rate-this-asin/-
/B00005RZ33/instant-recs/ref=pd_rate_lk_instant-recs_nb/103-5719040-
0699022";
var whyLinkText = "Why was I recommended this?";
var trailingParen = "";
amz_js_WriteRatingsLink()
//-->
</script>

</nobr>

<script language="Javascript1.1" type="text/javascript">
<!--
document.write("<span class=small>");
document.write("</span>");
//-->
</script>

</div>

<table cellspacing="0" cellpadding="0" style="border: 1px solid #CECF9C;">
<tr>
<td><script language="Javascript">amz_js_showMessages(asin);</script></td>
<td><script language="Javascript">amz_js_showStars(asin, rating);</script>
</td>
<td>

<script language="Javascript">amz_js_showDpIsOwned(asin,
isOwned);</script>

</td>
```

```
<td>
<script language="Javascript">amz_js_showHistoryNotInterested(asin,
notInterested);</script>
</td>

<noscript>
<td>

<table border=0 width=100% cellpadding=4 cellspacing=0>
<tr bgcolor=#EEEECC>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_own/103-
5719040-0699022>

<input type=hidden name=use-new-form value=true>
<input type=hidden name=return.header-type value=i-own-it>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.asin.1 value="B00005RZ33">
<input type=hidden name=rating.owned.1 value=OWN>
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=return.index.begin value=>

<td width=58 >

<input type="image" value="I own it" name="i-own-it" src="http://g-
images.amazon.com/images/G/01/x-locale/common/buttons/i-own-it-blue.gif"
border="0" width=58 height=19  align="absmiddle">

</td>
</form>

<form method=post action=/exec/obidos/instant-recs/pd_ys_ir_all_ni/103-
5719040-0699022>

<td width=94 >
<input type=hidden name=template-name value="tg/stores/your/store-home/-
/0/all/0/1">
<input type=hidden name=use-new-form value=true>
<input type=hidden name=rating.source value=ir>
<input type=hidden name=rating.notinterested.1 value=notinterested>
<input type=hidden name=rating.asin.1 value="B00005RZ33">
<input type=hidden name=return.header-type value=not-interested>
<input type=hidden name=return.index.begin value=>
<input type="image" value="Not interested" name="not-interested"
src="http://g-images.amazon.com/images/G/01/x-locale/common/buttons/not-
interested-blue.gif" border="0" width=94 height=19  align="absmiddle">
</td>
</form>

<td align=right width=100%>

<a href=/exec/obidos/tg/recs/ir-why/-
/books//regular/none/B00005RZ33/0/1/pc/none/3/ref=pd_ir_why/103-5719040-
0699022><span class="small">Why was I recommended this?</span></a>
```

```
</td>
</tr>
</table>
</td>
</noscript>
</tr>
</table>
</td></tr>

<tr>
<td colspan=3><hr noshade size=1 color=#cccc99 class=divider></td>
</tr>

<tr id="gut-row-10" valign="top">

<td rowspan=3>
<table border=0 cellpadding=0 cellspacing=0 width=100% class=small>
<tr valign=top>

<td align=left><b class=small>10&#46; </b></td>

<td><center>

<a href=/exec/obidos/tg/detail/-/0521663636/ref=pd_ys_ir_all_10/103-
5719040-0699022?v=glance&s=books>

<img
src="http://images.amazon.com/images/P/0521663636.01.__PIsm.arrow,TopLeft,
-2,-19_SCTZZZZZZZ_.jpg" width=63 height=99 vspace=3 align=top hspace=5
border=0 border=0></a>

<br clear=all />

<table><tr><td align=center class=tiny><a href="/exec/obidos/tg/sim-
explorer/explore-items/-/0521663636/0/ref=pd_sexpl_r_b/103-5719040-
0699022" onclick="amz_js_PopWin('/exec/obidos/tg/sim-explorer/explore-
items-lite/-/0521663636/0/ref=pd_sexpl_r_b/103-5719040-
0699022','amz_rel_items','width=600,height=450,toolbar=no,resizable=yes,sc
rollbars=yes,status=no');return false;">See related
items</a></td></tr></table>

</td></tr></table>
</td>
<td colspan=2 width=100% class=small valign=middle>

<font face=verdana,arial,helvetica>

<a href=/exec/obidos/tg/detail/-/0521663636/ref=pd_ys_ir_all_10/103-
5719040-0699022?v=glance&s=books><b>Communities of Practice: Learning,
Meaning, and Identity</b></a>

</font>

<br>
```