# EXHIBIT 1

**Excerpted Transcript Pages
from February 1, 2005 Deposition
of Daniel M. Kohn, taken by Plaintiff**

```
 1              UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF TEXAS
 3                     TYLER DIVISION
 4
 5   SOVERAIN SOFTWARE, LLC,      )
 6                   Plaintiff,   )
 7        vs.                     )        NO. 6:04-CV-14
 8   (1) AMAZON.COM, INC.         )           04-CV-528
 9   (2) THE GAP, INC.            )
10                   Defendants.  )
11   _____  )
12
13
14
15            DEPOSITION OF DANIEL M. KOHN
16               TUESDAY, FEBRUARY 1, 2005
17         PURSUANT TO SUBPOENA BY THE PLAINTIFF
18
19
20
21
22
23
24
25   PAGES 1 - 83
```

**es** eastwood-stein
deposition services & litigation support

475 Sansome Street, Suite 540
San Francisco, CA 94111
Phone: 800-219-5300
Fax: 415-362-0907
sfdepos@eastwood-stein.com

1

```
 1        Q.  And what were your years with NetMarket?
 2   What were your dates?
 3        A.  I conceived of the idea in January of '93,
 4   and we began working full time with the company when
 5   I graduated in June or May '94, and let's see.  Sold    09:15:09
 6   the company in December of '94, and then left in
 7   September '95, and moved to Seattle to work for
 8   McCaw.
 9        MR. GIANNETTI:  Read back the answer,
10   please.                                                 09:15:32
11        (The record was read.)
12   BY MR. GIANNETTI:
13        Q.  All right.  What was your degree at
14   Swarthmore?
15        A.  A Bachelor of Arts in -- let's see, it was     09:16:01
16   an honors major in economics, minors in political
17   science, computer science, and a concentration in
18   public policy.
19        Q.  Okay.  How much computer science did you
20   do?                                                     09:16:17
21        A.  It was my minor, so a good amount.
22        Q.  Are you a programmer?
23        A.  Yes, but not a good one.
24        Q.  What languages are you proficient in?
25        A.  That's a good question.  I'd say Pascal        09:16:27
```

13

1   documents that I was able to find.

2       Q.  Okay.  All right.  Now, since you

3   discussed NetMarket, or mentioned it, let's ask you

4   some questions about that.

5           First of all, what was NetMarket?                    09:22:33

6       A.  It was an Internet shopping service that I

7   founded 12 years ago.

8       Q.  How did you get started with that project?

9       A.  I was at the semester abroad at the London

10  School of Economics, and was using the Internet in      09:23:04

11  order to connect back to the computers at Swarthmore

12  College, and at that time, that was a very

13  challenging thing to do, to set it up and get it

14  working reliably, and had an idea to start a company

15  to use the Internet commercially.                       09:23:29

16          The initial idea was to start a travel

17  agency on the Internet.  I then convinced Roger Lee

18  to become my partner and co-founder in starting the

19  company.  We put together the first business plan,

20  and then, over the succeeding months, convinced Eiji    09:23:47

21  Hirai, and then Guy Haskin, to join us as additional

22  partners in the company.

23      Q.  When were you at the London School of

24  Economics?

25      A.  January to -- that spring semester of '93.      09:24:02

18

```
 1       Q.  And he was a technical person, with
 2  programming capabilities?
 3       A.  Yes.  He was a senior at Swarthmore, and a
 4  computer science major.
 5       Q.  Okay.  When did you actually begin work on    09:29:40
 6  NetMarket, programming work?
 7       A.  So I believe it would have been fall of
 8  '93, if not summer of '93.
 9       Q.  And was that programming work done by
10  Mr. Haskin and Mr. Hirai?                              09:30:00
11       A.  Yes, although I also assisted them.  I
12  would say that I was much more involved in the
13  overall architecture, and particularly in specifying
14  what we were going to do, but I also engaged in some
15  programming.                                           09:30:16
16       Q.  And what was Mr. Haskin's role?
17       A.  I mean, we're only four people in the
18  company, so he and Guy did the majority of the
19  programming.
20       Q.  I'm sorry.  When you said Guy, were you       09:30:38
21  referring to --
22       A.  Guy Haskin, yes.
23       Q.  So Haskin and Hirai did the majority of
24  the programming?
25       A.  Yes.                                          09:30:50
```

23

```
 1   because they were on the Internet; and NetMarket also
 2   did many or several commercial transactions on the
 3   web prior to this.
 4        Q.  But they weren't secure?
 5        A.  Correct.  I believe the date that our          09:58:06
 6   system went live was July 2nd, '94.  So then there
 7   was -- then, so five weeks later, or so, we added the
 8   security service.
 9        Q.  Okay, and how do you establish that date?
10        A.  Which?                                        09:58:28
11        Q.  July 2nd, 1994.
12        A.  From memory.
13        Q.  Is there any record, that you're aware of,
14   of the software that existed in July of 1994, or
15   August of 1994?                                        09:58:44
16        A.  We sold the software to what's now Cendant
17   Corporation, and so they would have any record.
18        Q.  So you don't have that software?
19        A.  I do not.
20        Q.  Are you aware of where copies of that         09:59:00
21   software might be?
22        A.  I am not.
23        Q.  Have you seen any copies of that software?
24        A.  I have not in eleven years.
25        Q.  Would you recognize that software if you      09:59:14
```

38

```
 1   as being in Perl, that was in a language that you
 2   were proficient in?
 3        A.  Yes.
 4        Q.  Okay.  I want to turn to another subject.
 5   You mentioned a backup tape of e-mails, I believe a      10:47:51
 6   four-millimeter tape; is that correct?
 7        A.  Yes.
 8        Q.  Do you recall when you last saw that tape?
 9        A.  I would think in the '97-'98 time frame.
10   I recall seeing it, having it in Seattle.  I don't       10:48:10
11   believe I've ever seen it since I made the move to
12   California.
13        Q.  And when did you move to California?
14        A.  2000.
15        Q.  And just to refresh my memory, when did         10:48:26
16   you move to Seattle?
17        A.  In '95.
18        Q.  Did you change computers while you were in
19   Seattle?
20        A.  Yes.  I've changed computers about six or       10:48:35
21   seven times since then, I believe, since leaving
22   NetMarket.
23        Q.  Just to be clear, you say you recall
24   seeing the tape in Seattle, or the documents that
25   were on the tape?                                        10:48:47
```

69

```
1        Q.  Just to be clear, you are aware that there
2   was a tape with e-mails that may be responsive to the
3   subpoena, but you no longer have that tape; is that
4   correct?
5        A.  Correct.  I provided all documents that I       10:57:28
6   was able to get access to, and all computer files
7   that I was able to get access to.
8        Q.  Thank you.  That's all I have on cross.
9
10                  REDIRECT EXAMINATION                     10:57:39
11  BY MR. GIANNETTI:
12       Q.  Just a couple of questions.  Did you write
13  any portion of the original software for NetMarket?
14       A.  I did.  But I'd say that my contributions
15  were largely edits or changes to the content that Guy    10:57:48
16  and Eiji were writing.  In particular, I believe they
17  were writing much more of the core back-end
18  functionality, and my contributions would have been
19  much more the facade of layouts, HTML, essentially
20  lower tech.                                              10:58:11
21       Q.  Do you think you would recognize that
22  original software?
23       A.  Again, I might, but I'm not certain.
24       Q.  If one wanted to know how that software
25  worked, would Mr. Hirai or Mr. Haskin be the persons     10:58:23
```

76