# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | 6:04-CV-14 |
| v. | § | |
| | § | |
| AMAZON.COM, INC. | § | |
| | § | |
| Defendant | § | |

## ORDER

Due to the Court's other trial settings, the Court **resets** the Dispositive Motion Hearing and Pretrial Conference to **10:00 a.m. on July 22, 2005.** The parties' Pretrial Objections are now due on July 19, 2005. The parties' Motions in Limine are now due July 20, 2005. The Court **ORDERS** the parties to confer and attempt to reach an agreement on the Motions in Limine. The parties are to advise the Court by 5:00 p.m. on July 21, 2005 as to which paragraphs are agreed to and which paragraphs still need to be addressed at the Pretrial Conference.

The Court requests both parties provide the Court with their proposed jury instructions on a disk and in WordPerfect format at the July 22 hearing.

The Court requests the parties confer and notify the Court by July 18, 2005 as to which, if any, Motions for Partial Summary Judgment they would like to submit on the briefs and for which motions they request oral argument.

**So ORDERED and SIGNED this 14th day of July, 2005.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**